FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA

2002 JUN -3 P 12: 04

SIGN
BY DEPUTY CLERK

**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

CIVIL ACTION NO: _____

CV 02-529-C-B-M3

BILL ABRAM INDIVIDUALLY AND ON BEHALF OF AARON ABRAM; BILL ABRAM; JULIE ABRAM GREEN INDIVIDUALLY AND ON BEHALF OF JARED ABRAM; EDITH M. FRAZIER INDIVIDUALLY AND ON BEHALF OF KENDALL TERRELL ABRAM; NATHANIEL ABRAM; TELLIS ABRAM; RITA ALEX; GEORGE ALEXANDER; INEZ C. ALEXANDER; LISA VIDEAU ALEXANDER; JERRY ALFRED, JR.; JULIA ALFRED; VANESSA GILLIS LEBLANC INDIVIDUALLY AND ON BEHALF OF ALTON ALLEN; SHERYL W. ALLEN INDIVIDUALLY AND ON BEHALF OF JOSEPH ALLEN, JR.; SHERYL W. ALLEN; MARY ANN ALMONTE-ESTEVES; DON L. CUSHENBERRY INDIVIDUALLY AND ON BEHALF OF WILLIAM CUSHENBERRY, IV; WILLIAM CUSHENBERRY, JR.; MELLISSA CUSHENBERRY INDIVIDUALLY AND ON BEHALF OF BRENNAN CUSHENBERRY; DON L. CUSHENBERRY; ELLIOT CUSHENBERRY; LLOYD CUSHENBERRY; MELLISSA CUSHENBERRY; NORMA SMITH CUSHENBERRY; PAULA CHER CUSHENBERRY; DON L. CUSHENBERRY INDIVIDUALLY AND ON BEHALF OF PORSCHE CUSHENBERRY; RAWN D. CUSHENBERRY; SHAWN R. CUSHENBERRY; WILMA C. CUSHENBERRY; JOSEPH CUSHENBERRY; ELDRICK CUSHENBERY; ALONZO S. DANIELS; NELSON LEROY DANIELS; REGINA DANIELS; REGINA DANIELS

| INITIALS | DOCKET# |
|----------|---------|
| bS | 1 |

BR:421753 1

1

RET
JS, Removal

INDIVIDUALLY AND ON BEHALF OF
TERRY DANIELS; TIMOTHY G.
DANIELS; CHENNESIA D. DARVILLE;
DESHOIN N. DARVILLE; DESHOIN N.
DARVILLE INDIVIDUALLY AND ON
BEHALF OF   JUSTIN DARVILLE;
BROOKS DAVIDSON; CHARLETA
DAVIS; MONIQUE D. DAVIS
INDIVIDUALLY AND ON BEHALF OF
DEMETRAIL DAVIS; EUGENIA DAVIS
INDIVIDUALLY AND ON BEHALF OF
DONOVAN DAVIS; EUGENIA DAVIS;
IDA DAVIS; ARTHUR DAVIS, JR.;
EUGENIA DAVIS INDIVIDUALLY AND
ON BEHALF OF KENDERYIUS DAVIS;
LORETTA DAVIS; MICHAEL A. DAVIS;
MICHELLE E. DAVIS; MONIQUE D.
DAVIS; EUGENIA DAVIS
INDIVIDUALLY AND ON BEHALF OF
RAYVON DAVIS; SANDRA DAVIS;
LASONYA N. JACKSON
INDIVIDUALLY AND ON BEHALF OF
BRENDEN DELMORE; KIM
LECHELLE DELMORE; KIM
LECHELLE DELMORE
INDIVIDUALLY AND ON BEHALF OF
LADERRIAS DELMORE; PENNY D.
DELMORE; DORIS B. DELONE; AMY
ELIZABETH DEMOULIN; GINA LYNN
HOLIDAY INDIVIDUALLY AND ON
BEHALF OF   RAVEN J. DEMOULIN;
MONIQUE D. DAVIS; EUGENIA DAVIS
INDIVIDUALLY AND ON BEHALF OF
RAYVON DAVIS; SANDRA DAVIS;
LASONYA N. JACKSON
INDIVIDUALLY AND ON BEHALF OF
BRENDEN DELMORE; KIM
LECHELLE DELMORE; KIM
LECHELLE DELMORE
INDIVIDUALLY AND ON BEHALF OF
LADERRIAS DELMORE; PENNY D.
DELMORE; DORIS B. DELONE; AMY
ELIZABETH DEMOULIN; GINA LYNN

2

HOLIDAY INDIVIDUALLY AND ON
BEHALF OF RAVEN J. DEMOULIN;
JANICE B. DEMPSEY INDIVIDUALLY
AND ON BEHALF OF D'ANGELA
DEMPSEY; JANICE B. DEMPSEY;
ALEXANDER DENNIS; ERNEST
DENNIS, JR.; LINDA Y. WILLIAMS
DIXON; AMY LOWERY DOMINIQUE;
AMY LOWERY DOMINIQUE
INDIVIDUALLY AND ON BEHALF OF
ANGEL DOMINIQUE; TERRY S.
DOMINIQUE INDIVIDUALLY AND ON
BEHALF OF CHANEL C. DOMINIQUE;
AMY LOWERY DOMINIQUE
INDIVIDUALLY AND ON BEHALF OF
FELTON DOMINIQUE; TERRY S.
DOMINIQUE; ALCIDE E. DORSEY;
RICHARD T. DOUGHERTY;
KENDRICK D. DUMMONS; BOBBIE J.
DUNBAR; CLARENCE J. DUNBAR;
COTY MARIE DUNBAR; COTY MARIE
DUNBAR INDIVIDUALLY AND ON
BEHALF OF EMMA MARIE DUNBAR;
COTY MARIE DUNBAR
INDIVIDUALLY AND ON BEHALF OF
JAMAAL DUNBAR;COTY MARIE
DUNBAR INDIVIDUALLY AND ON
BEHALF OF JOHN DUNBAR; COTY
MARIE DUNBAR INDIVIDUALLY AND
ON BEHALF OF KIMMELY DUNBAR;
CYNTHIA WALKER INDIVIDUALLY
AND ON BEHALF OF LATASHA
DUNBAR; MICHAEL ANTHONY
DUNBAR; VALERIE L. DUNBAR;
WARDELL JAMES DUNBAR; COTY
MARIE DUNBAR INDIVIDUALLY AND
ON BEHALF OF WILLIE DUNBAR;
SHARON DENISE TODD
INDIVIDUALLY AND ON BEHALF OF
ROBERT DUNDY, JR.; ROBERT
DUNDY; JOE DUNN, JR.; VALERIE
JEAN DUNN; EDDIE DURR; HAVER
DURR; GLORIA EAGLIN; CHARLES E.

3

BR.421753 1

EALEM; RUTH G. EALY
INDIVIDUALLY AND ON BEHALF OF
LAJAMISE EALY; RUTH G. EALY;
ALFRED EARLY; ANNIE M. EARLY;
ANDRIKA NICOLE EDWARDS; BETTY
EMERSON; LATOYA L. EMERSON;
GRACE E. ENNELS; JAMES H. ERWIN
INDIVIDUALLY AND ON BEHALF OF
BRANDON ERWIN; JAMES H. ERWIN
INDIVIDUALLY AND ON BEHALF OF
CALEB ERWIN; JAMES H. ERWIN
INDIVIDUALLY AND ON BEHALF OF
CAMERON ERWIN; JAMES H. ERWIN;
JAMES H. ERWIN INDIVIDUALLY AND
ON BEHALF OF MIKAYLA ERWIN;
AUDREY M. FAVORITE; BRIDGET V.
FAVORITE; CARRIE FAVORITE;
LAUWANA FAVORITE INDIVIDUALLY
AND ON BEHALF OF CHRISTOPHER
FAVORITE; LAUWANA FAVORITE
INDIVIDUALLY AND ON BEHALF OF
JESSICA FAVORITE; LAUWANA
FAVORITE INDIVIDUALLY AND ON
BEHALF OF LADARUS FAVORITE;
LAUWANA FAVORITE; AUDREY M.
FAVORITE INDIVIDUALLY AND ON
BEHALF OF LUKE FAVORITE; JOYCE
FLEMING INDIVIDUALLY AND ON
BEHALF OF ALEXIS FLEMING;
CAROL CRAIG FLEMING
INDIVIDUALLY AND ON BEHALF OF
CAROL CRAIG FLEMING; CEDONIA
W. FLEMING; CAROL CRAIG
FLEMING INDIVIDUALLY AND ON
BEHALF OF COURTNEY D. FLEMING;
DON E. FLEMING; EMMA JEAN
PATTERSON FLEMING; GLORIA
FLEMING; JOYCE FLEMING;
KEDRICK FLEMING; LAWRENCE K.
FLEMING; LORRAINE J. FLEMING;
CAROL CRAIG FLEMING
INDIVIDUALLY AND ON BEHALF OF
RODRICK J. FLEMING; SYLVESTER R.

BR 421753 1

FLEMING; BETTY L. FLETCHER; ROXIE HALL POPULARS INDIVIDUALLY AND ON BEHALF OF KEITH FORT; CALVEY FRANCIS; JOSEPH FRANKLIN, JR.; CHRISTINE J. FRANKLIN; LAZERRICK FRANKLIN; MARY L.B. FRANKLIN; ROSA M. FRANKLIN; TREMAYNE D. FRANKLIN; JACQUELINE A. FRAZIER INDIVIDUALLY AND ON BEHALF OF FREDDIE FRAZIER, JR.; CHARLES FRAZIER; EDITH M. FRAZIER; JACQUELINE A. FRAZIER INDIVIDUALLY AND ON BEHALF OF FREDERICK D. FRAZIER; JACQUELINE A. FRAZIER; KEITH FRAZIER; TOMMY L. FULLER, JR.; JOYCE MARIE SNOWTEN INDIVIDUALLY AND ON BEHALF OF ARIEL FULLER; JOYCE MARIE SNOWTEN INDIVIDUALLY AND ON BEHALF OF CHANELL FULLER; ALICE M. GAILES; ELLEN W. GAINES; D. L. GARNER; LEOLA GARNER; ALISA MARIE GARRISON; ALISA MARIE GARRISON INDIVIDUALLY AND ON BEHALF OF JA'LYNN GARRISON; SHAWN B. GARRISON; ELIZABETH GAYLES; CARLA JEAN GEORGE; LINDA A. GIBSON; EDWARD JOHN GILLIS, III; EDWARD J. GILLIS, SR.; NORMAN J. GILLIS; NAKIMA GILMORE INDIVIDUALLY AND ON BEHALF OF AARON GILMORE; ELLA GOODEN GILMORE; NAKIMA GILMORE INDIVIDUALLY AND ON BEHALF OF ISIAH GILMORE, JR.; NAKIMA GILMORE; ISIAH GILMORE, SR.; ASHLEY GLASPER; KRYSTAL SHAUNTELL GLASPER; ORA LEE J. GLASPER; DAISY GOODLOW; CYNTHIA T. GORDON; EDWARD

5

BR·421753 1

GORDON; GERALD GORDON; DELOIS
G. ARTHUR INDIVIDUALLY AND ON
BEHALF OF OCTAVIA L. GORDON;
ROBERT HAMPTON GRACE, JR.;
ROBERT H. GRACE, SR.; CORMANDA
LYNETTE GRACE; DELORIS GRACE;
IRA DEAN GRACE; ISAAC H. GRACE;
JOYCE A. GRACE; TERRY M. GRACE
INDIVIDUALLY AND ON BEHALF OF
RONALD GRACE, JR.; TERRY M.
GRACE INDIVIDUALLY AND ON
BEHALF OF RASHAD GRACE;
REGINALD GRACE; HAYWARD
GRACE; AYANNA T. GRAVES
INDIVIDUALLY AND ON BEHALF OF
ANTRICA J. GRAVES; AYANNA T.
GRAVES; AYANNA T. GRAVES
INDIVIDUALLY AND ON BEHALF OF
DE'ANDRE D. GRAVES; JOYCE R.
GREEN INDIVIDUALLY AND ON
BEHALF OF ALEXANDRIA GREEN,
III; BOBBY R. GREEN; CHERYL R.
GREEN; JOYCE R. GREEN; JOYCE R.
GREEN; JULIE ABRAM GREEN;
ROSSILYN GREEN INDIVIDUALLY
AND ON BEHALF OF KEAIRA GREEN;
ROSSILYN GREEN INDIVIDUALLY
AND ON BEHALF OF KEONNTAI
GREEN; ROSSILYN GREEN; SUNNY
GREEN; SUNNY J. GREEN; ALVIN
GREENE; CEOLA MOORE GREENE;
ALVIN GREENE INDIVIDUALLY AND
ON BEHALF OF DARIA GREENE;
HELLARY GREENE, JR.; RYAN C.
GREENE; CHARISSE GRIFFIN;
DESHON A. HALL; SHELIA HALL
INDIVIDUALLY AND ON BEHALF OF
LAKEISHA HALL; SHELIA HALL;
ELISIA HAMILTON; ARTHUR L.
HANDLEY; EDDIE L. HARGROVE;
BARBARA HARRIS; HELEN HARRIS;
MAURICE A. HARRIS; REGINALD
HARRIS; TENITA HARRIS; MELVIN

6

BR.421753.1

HASTEN, JR.; ANNETTE HASTEN;
CHARLES HASTEN; CHERYL
HASTEN; ANNETTE HASTEN
INDIVIDUALLY AND ON BEHALF OF
JARVIS M. HASTEN; MELVIN L.
HASTEN; JEFFERY D. HAYES;
MARGIE S. HAYES; ARTHUR
HAYMOND; CYNTHIA B. HEARD;
ROBERT P. HEBERT; DEBRA ANN
HENDERSON; KATHLEEN J. HENRY
INDIVIDUALLY AND ON BEHALF OF
ALLAYAH S. HENRY; KATHLEEN J.
HENRY; LINDA FAYE HIGGENS;
EPHOM HILLARD; GEORGE
HILLIARD, JR.; LOUIS HILLIARD;
EDNA ALANA HINES; DOROTHY
HOLIDAY; GINA LYNN HOLIDAY;
ELLA HOLLAND;
HELEN P. HOLLAND; JOE HOLLAND;
VICTORIA A. HOLLAND
INDIVIDUALLY AND ON BEHALF OF
JULES L. HOLLAND; JULES R.
HOLLAND; MANFIELD HOLLAND;
VICTORIA A. HOLLAND; ALMA
HOLLINS; EDDIE HOLLINS;
FREDERICK L. HOLLINS; BESSIE
HOWARD; CASSANDRA M. HOWARD;
CELIA D. HOWARD; CORA HOWARD;
DOMINICA D. COLE HOWARD;
LEONARD L. HOWARD; OSCAR
HUBBARD; SHEILA HUBBARD; JOYCE
C. IRVING-WALKER; EDDIE
JACKSON, JR.; ALBERTHA JACKSON;
AUDREY E. JACKSON; AUDREY M.
JACKSON; CLARENCE JACKSON;
CLARENCE JACKSON; COREY L.
JACKSON; DEBORAH JACKSON;
EDWARD JACKSON; ERMA H.
JACKSON; GLENDA M. JACKSON;
KRISTINA A. JACKSON; LASONYA N.
JACKSON; MILTON JACKSON;
OCTAVIA JACKSON; OLIVIA E.
JACKSON; PERRY JACKSON; ROBERT

7

BR:421753 1

L. JACKSON; RUSSELL JACKSON; RUSSTIN KAJON JACKSON; LINDA A. GIBSON INDIVIDUALLY AND ON BEHALF OF SHAQUANNA JACKSON; STEPHENIA M. JACKSON; WILLIE JACKSON; KELVIN JACKSON; WILSON JAMES, IV; ALLEN JAMES, JR.; KATHLEEN J. HENRY INDIVIDUALLY AND ON BEHALF OF BRANDON JAMES; BRETT STEVE JAMES; JAMES W. GREENE; LUCILLA ADLINE BROOKS INDIVIDUALLY AND ON BEHALF OF JADA COREYNEKWA JAMES; JEANIE R. JAMES; LORETTA JAMES; JIMMIE JARVIS, JR.; LEROY JENKINS, JR.; BARBARA JENKINS; HEISLEY JIMENEZ; GREGORY JOHNSON; VANESSA GILLIS LEBLANC INDIVIDUALLY AND ON BEHALF OF TERRY JOHNSON, JR.; RALPH JOHNSON, SR.; CALVIN W. JOHNSON;

CHARLENE D. JOHNSON; COLLEEN PATRICE JOHNSON; CONSTANCE W. JOHNSON; VANESSA GILLIS LEBLANC INDIVIDUALLY AND ON BEHALF OF CRYSTAL JOHNSON; SINDY JOHNSON INDIVIDUALLY AND ON BEHALF OF DAMESHA JOHNSON; GREGORY T. JOHNSON INDIVIDUALLY AND ON BEHALF OF DANITRA JOHNSON; DELORES W. JOHNSON; DENEKA M. JOHNSON; VANESSA GILLIS LEBLANC INDIVIDUALLY AND ON BEHALF OF DIONNE JOHNSON; DORIS A. JOHNSON; ERNESTINE L. JOHNSON; GEORGINA G. JOHNSON; GERALDINE JOHNSON; GERALDINE REFUGE JOHNSON; GLADYS JOHNSON; GREGORY T. JOHNSON; LAKEISHA RILEY INDIVIDUALLY AND ON BEHALF OF JAMARCUS JOHNSON; SINDY JOHNSON INDIVIDUALLY AND ON BEHALF OF JAMES JOHNSON;

8

BR 421753 1

JAMEY DWAYNE JOHNSON; LORRAINE J. FLEMING INDIVIDUALLY AND ON BEHALF OF JEREMY J. JOHNSON; AUDREY MOSBY INDIVIDUALLY AND ON BEHALF OF JESSICA JOHNSON; VANESSA GILLIS LEBLANC INDIVIDUALLY AND ON BEHALF OF JOSHUA JOHNSON; LORRAINE J. FLEMING INDIVIDUALLY AND ON BEHALF OF JOSHUA J. JOHNSON; DENEKA M. JOHNSON INDIVIDUALLY AND ON BEHALF OF KYLE JOHNSON; LATANDRA JAVAY JOHNSON; MICHAEL JOHNSON; OPHELIA V. JOHNSON; SINDY JOHNSON; CHRISTIE L. MARKS INDIVIDUALLY AND ON BEHALF OF TA'MYCHELL Q. JOHNSON; TARON J. JOHNSON; LAUWANA FAVORITE INDIVIDUALLY AND ON BEHALF OF TRE'VONE JOHNSON; CEDRIC RANDALL JONES; CHARLES E. JONES; RHEA M. JONES INDIVIDUALLY AND ON BEHALF OF CHRISTIAN JONES; KATHY B. JONES INDIVIDUALLY AND ON BEHALF OF CHRISTOPHER JONES; SHAUNTELL JONES WILSON INDIVIDUALLY AND ON BEHALF OF JACOB JONES; JACQUELINE ANN JONES; JOYCE JONES; KATHY B. JONES; PENNY D. DELMORE INDIVIDUALLY AND ON BEHALF OF KELSIE JONES; LARRY JONES; LINDA JONES; SANDRA MARIE JONES INDIVIDUALLY AND ON BEHALF OF LOTOYA RODERN JONES; MARY JONES; SANDRA MARIE JONES INDIVIDUALLY AND ON BEHALF OF MASITIA NICOLE JONES; RETTA W. JONES; RICKEY JONES; RONALD A. JONES; SANDRA MARIE JONES; SHIRLEY JONES; SIDNEY JONES; RHEA M. JONES INDIVIDUALLY AND ON BEHALF OF STEVENCIA JONES; YOLANDA L.

BR 421753 1

JONES INDIVIDUALLY AND ON BEHALF OF TRAVIS JONES; YOLANDA L. JONES; RHEA M. JONES; LORETTA JORDAN INDIVIDUALLY AND ON BEHALF OF ASHLEY JORDAN; BURNELL JORDAN; DEBRA A. JORDAN; DORIS JORDAN; GWENDOLYN JORDAN; LATRICIA JORDAN; LINDA JORDAN; LORETTA JORDAN; MARLIN WAYNE JORDAN INDIVIDUALLY AND ON BEHALF OF MARLIN WAYNE JORDAN; ROLAND D. JORDAN; TOYA JORDAN; PERRY JACKSON INDIVIDUALLY AND ON BEHALF OF LAUREN JORDAN; LESTER JOSEPH, II; ALBERTHA JOSEPH; CARLA D. JOSEPH; ELOISE JOSEPH; ERROLL L. JOSEPH; ETHEL JOSEPH; CHARLENE H. JOSHUA; CHRISTINA MARIE KADOR INDIVIDUALLY AND ON BEHALF OF ALEXIS CHAUNTELLE KADOR; BRENDA KADOR; CHRISTINA MARIE KADOR; DOROTHY KELLEY; CEPHAS OMAR KEMP; CLARENCE A. KEY; NINA KEY; JOYCE KEYS; PAULINE D. KNIGHTEN; LOIS A. LACOUR; SHARON SHANETTE LANE INDIVIDUALLY AND ON BEHALF OF CHINQUITA LANE; SHARON SHANETTE LANE INDIVIDUALLY AND ON BEHALF OF JERRICK LANE; SHARON SHANETTE LANE INDIVIDUALLY AND ON BEHALF OF JUSTIN LANE; SHARON SHANETTE LANE INDIVIDUALLY AND ON BEHALF OF LAKEISHA LANE; SHARON SHANETTE LANE INDIVIDUALLY AND ON BEHALF OF MARCUS LANE; SHARON SHANETTE LANE; DEBRA MARTIN WHITE INDIVIDUALLY AND ON BEHALF OF TERRANCE T. LANE; TONIA RENEE LANE; LEO J. LANG; CHARLOTTE M. LANIEU; BRENDA ANN LANIEU

10

BR 421753 1

INDIVIDUALLY AND ON BEHALF OF
KATRENA LANIEU; CORNELIUS
LANIEUX, JR.; BRENDA ANN LANIEU;
ERICA D. BROWN INDIVIDUALLY
AND ON BEHALF OF    LEANNE
LAWLESS; YOLANDA B. LAWS;
VANESSA GILLISLEBLANC; MARCUS
MONTRELL LEE; TERRAN LYN
LEWIS; ARETHA LINK; BRIDGET V.
FAVORITE INDIVIDUALLY AND ON
BEHALF OF    LENNET LITTLE, III;
JACQUELINE LODGE INDIVIDUALLY
AND ON BEHALF OF CHRISTIAN
LODGE; JESSICA FAYE LEVIN LODGE
INDIVIDUALLY AND ON BEHALF OF
AARON LODGE, JR; FRANK LODGE,
JR.;   AARON K. LODGE; ADELINE
LODGE; JESSICA FAYE LEVIN LODGE
INDIVIDUALLY AND ON BEHALF OF
ALEXIS LODGE; ANITRA LYNETTE
LODGE; APRIL SHANTEL LODGE;
AUGUSTINE S. LODGE; BEVERLY
LODGE; LAKEIDRA DESHAY LODGE
INDIVIDUALLY AND ON BEHALF OF
DIAMOND LODGE;  FRANK LODGE;
JACQUELINE LODGE; JESSICA FAYE
LEVINE LODGE; LAKEIDRA DESHAY
L O D G E ;   S A N D R A   D A V I S
INDIVIDUALLY AND ON BEHALF OF
LATOYA  LODGE; LUCILLE LODGE;
TROY D. LODGE; LORRAINE
LONDON;    JEROME LOWERY;
JEROME LOWERY, JR.;
OLIVIA LUCKETT; CHRISTIE L.
MARKS; JEROME    MARTIN, JR.;
ANGELA MARTIN INDIVIDUALLY
AND ON BEHALF OF    AANESHA
M A R T I N ;   A N G E L A   M A R T I N
INDIVIDUALLY AND ON BEHALF OF
AANIYA MARTIN; VERONICA D.
MARTIN INDIVIDUALLY AND ON
BEHALF OF AMY MARTIN; ANGELA
MARTIN;  DELORES D.
MARTIN;    VERONICA D. MARTIN
INDIVIDUALLY AND ON BEHALF OF

11

BR 421753 1

ERIC MARTIN; DELORES D. MARTIN
INDIVIDUALLY AND ON BEHALF OF
LA'FELSHA D. C. MARTIN;  DEBRA
MARTINWHITE INDIVIDUALLY AND
ON BEHALF OF  LATISHA DESHAY
MARTIN;  ROLAND  J.  MARTIN;
V E R O N I C A   D .   M A R T I N
INDIVIDUALLY AND ON BEHALF OF
SAMANTHA MARTIN; VERONICA D.
MARTIN;  VERONICA  D.  MARTIN
INDIVIDUALLY AND ON BEHALF OF
VICTORIA  MARTIN;  BARBARA
MAYFIELD;    REGINALD  MCBEE;
WILLIE  D.   MCBEE;  CLIFTON
MCNELL;  EVERLINE P. MELLIEON;
LEO  MELLIEON;  LEROY  MICKLES,
JR.;  EDNA  W.   MICKLES;  AARON
MILES, JR.; CARRIE B. MILES; GARY
MILES; WANDA A. MILES; ROBERT
MILLER; WYLONDA MILLER; DEBRA
C.  MILLIGAN;  ROBIN  MILLIGAN;
JAMES  MITCHELL;  CYNTHIA
MONROE;  CYNTHIA  MONROE
INDIVIDUALLY AND ON BEHALF OF
DOMINEC  MONROE;  CYNTHIA
MONROE  INDIVIDUALLY  AND  ON
BEHALF  OF  SAMUEL  MONROE;
SOSTHAN  MONROE;  VICTOR
MONROE;  CEOLA MOORE GREENE
INDIVIDUALLY AND ON BEHALF OF
MARCUS  MOORE;   ANDREA  T.
MORGAN;  BERNICE   'MORGAN;
TOLBET  MORRIS,  JR.;  ANGELA
MARIE  MORRIS; ANGELA MARIE
MORRIS  INDIVIDUALLY  AND  ON
BEHALF  OF   BRADLEY  MORRIS;
CHARLES  MORRIS; MARILYN A.
MORRIS;  MARILYN  A.  MORRIS
INDIVIDUALLY AND ON BEHALF OF
SIERRA DANIELLE MORRIS; ANGELA
MARIE MORRIS NDIVIDUALLY AND
ON BEHALF OF  NAQUILLA MORRIS;
UDREY  MOSBY; YOLANDA MOSBY;
BOBBY MOSS; DEANERES MURPHY;
CURTIS  MURRY;  MARILYN  L.

12

MURRY; DARLENE MUSE; MELLISSA
CUSHENBERRY INDIVIDUALLY AND
ON BEHALF OF ANDREA BREONE
NADOR; SYLVIA NASH; JOYCE B.
NELSON; BEN NELSON; BENNY
NELSON; CLEVELAND NELSON;
G W E N D O L Y N   N E L S O N
INDIVIDUALLY AND ON BEHALF OF
DYNIESHA LA'SHAY NELSON;
GWENDOLYN NELSON; GWENDOLYN
NELSON INDIVIDUALLY AND ON
BEHALF OF JAMIE NELSON; JOE
NELSON; LILLIE MAE BENNETT
INDIVIDUALLY AND ON BEHALF OF
KEYWANDA Q. NELSON; LAQUINTA
VERCHELLE NELSON; LAQUINTA
VERCHELLE NELSON INDIVIDUALLY
AND ON BEHALF OF RYNEISHA
NELSON; IRMA DINE STEPHENS
INDIVIDUALLY AND ON BEHALF OF
JAMES NORTHERN, III; BARBARA P.
OBY INDIVIDUALLY AND ON BEHALF
OF JOHN E. OBY, JR; BARBARA P.
OBY; TOMAS ORTEGA; DENIA
CALVEY OUBRE INDIVIDUALLY AND
ON BEHALF OF DEKYLA OUBRE;
DENIA CALVEY OUBRE; DAQUANTA
ADRIENNE ERIKA PALMER;
BEVERLY H. PARKER; MARY
PATEN; WILLIAM PATEN; MARILYN
L. MURRY INDIVIDUALLY AND ON
BEHALF OF BYRON K. PATTERSON;
D E D R I C K   D .   P A T T E R S O N ;
G E R A L D I N E   P A T T E R S O N
INDIVIDUALLY AND ON BEHALF OF
EBONY PATTERSON; GERALDINE
PATTERSON; INGRID MICHELLE
P A T T E R S O N ;   M A R G U E R I T E
P A T T E R S O N ;   R O E D R E I C K
PATTERSON; TAMICA DANIELLE
PATTERSON; TERRANCE G.
PATTERSON; VIRGINIA M.
PATTERSON; DIANE PAYTON
INDIVIDUALLY AND ON BEHALF OF
CHASTON PAYTON; BRENDA A.

13

BR 421753 1

PAYTON; BRENDA A. PAYTON
INDIVIDUALLY AND ON BEHALF OF
CARMISHA L. PAYTON; DIANE
PAYTON; BRENDA A. PAYTON
INDIVIDUALLY AND ON BEHALF OF
IESHIA PAYTON; ROZINA C.
PERKINS; EMMA PHILLIPS; TONI
PHILLIPS; MORTICIA L. PIERCE;
VESSIE PIERCE; TINA PINDEXTER
INDIVIDUALLY AND ON BEHALF OF
ASHIA PINDEXTER; TINA
PINDEXTER INDIVIDUALLY AND ON
BEHALF OF JOSEPH PINDEXTER;
TINA PINDEXTER INDIVIDUALLY
AND ON BEHALF OF PEBBLES
PINDEXTER; TINA PINDEXTER; TINA
PINDEXTER
INDIVIDUALLY AND ON BEHALF OF
KORTNIE PINDEXTER; TINA
PINDEXTER INDIVIDUALLY AND ON
BEHALF OF PORSCHE PINDEXTER;
VERA POPULARS; HERMAN
POPULARS, SR; VERA POPULARS
INDIVIDUALLY AND ON BEHALF OF
NATASHA POPULARS; NOLETA M.
POPULARS; ROXIE HALL POPULARS;
ROBIN AMBEAU PORTER
INDIVIDUALLY AND ON BEHALF OF
JORDAN L. PORTER; ROBIN AMBEAU
PORTER; TISSUETTA PORTER;
THOMAS POWERS, JR.; JACKEY R.
PUGH; SANTOS RAMOS
INDIVIDUALLY
AND ON BEHALF OF CARLOS
RAMOS; SANTOS RAMOS; OLEVIA F.
RAVEN; VICTORIA W. RAWLS;
VILMORE REDDITT, JR; EVELYN S.
REED; KATHEISHA L. REED;
KATHEISHA L. REED INDIVIDUALLY
AND ON BEHALF OF KELVIN REED;
KEVIN T. REED; LEONARD REED, JR.;
PEARL F. REED; SHAUNTELL JONES
WILSON INDIVIDUALLY AND ON
BEHALF OF SHEDRICK REED, JR.;
LABARICK L. REFUGE; KIMBERLY

14

BR 421753.1

MARIE RICARD; CATHERINE B. COLLINS INDIVIDUALLY AND ON BEHALF OF DION RICHARDSON, JR.; BERTHA G. VERRET INDIVIDUALLY AND ON BEHALF OF AVERY RICHARDSON; JOSEPH RILEY, JR.; ANDRE RILEY;
LAKEISHA RILEY; DOROTHY WEATHERSPOON INDIVIDUALLY AND ON BEHALF OF SHAMARA RILEY; JOSLYN A. RIVETT; JANIE W. ROBERTSON; LEON C. RODRIGUE JR; CRYSTAL S. RODRIGUE; WARDELL JAMES RODRIQUE; SHELIA MARIE STERLING INDIVIDUALLY AND ON BEHALF OF NADIA RODRIQUEZ; SHELIA MARIE STERLING INDIVIDUALLY AND ON BEHALF OF PAULETTA S. RODRIQUEZ; SHELIA MARIE STERLING INDIVIDUALLY AND ON BEHALF OF TERRICA B. RODRIQUEZ; BRENT ROSS; JERRY DEAN ROSS; MARY ROSS; PATRICIA ANN ROSS; TROYLYNN ROSS; ENITH BROUSSARD ROY; RUBY T. SCOTT; JILL D. RUFFIN INDIVIDUALLY AND ON BEHALF OF BRANDI RUFFIN; JILL D. RUFFIN INDIVIDUALLY AND ON BEHALF OF BYRON V. RUFFIN; JILL D. RUFFIN; ORETHA RUFFIN; LASONDRA TITUS RUSSELL; VALARIE J. SAMPSON; BARBARA P. OBY INDIVIDUALLY AND ON BEHALF OF JOSEPH S. SCOTT, II; HENRY SCOTT, JR; REGINALD MCBEE INDIVIDUALLY AND ON BEHALF OF MARQUISHAH SCOTT; D'ANN L. SCOTT; D'ANN L. SCOTT INDIVIDUALLY AND ON BEHALF OF DARREN SCOTT; D'ANN L. SCOTT INDIVIDUALLY AND ON BEHALF OF DORSAY SCOTT; BARBARA P. OBY INDIVIDUALLY AND ON BEHALF OF JAMICA S. SCOTT; MARK T. SCOTT;

15

BR:421753 1

MARK T. SCOTT INDIVIDUALLY AND ON BEHALF OF MARKESA M. SCOTT; VELMA SCOTT; SHARON WILLIAMS-SEMIEN INDIVIDUALLY AND ON BEHALF OF JOY SEMIEN; SHARON WILLIAMS-SEMIEN INDIVIDUALLY AND ON BEHALF OF PRECIOUS SEMIEN; TONY SEWELL; VALERIE L.DUNBAR INDIVIDUALLY AND ON BEHALF OF JAVONTA SHERMAN; GWENDOLYN G. SIBLEY; MELCHEZIDECK SIMON; ALICE M. GAILES INDIVIDUALLY AND ON BEHALF OF ACHILLIE SMITH; ALFRED SMITH; BARBARA HARRIS INDIVIDUALLY AND ON BEHALF OF ELLA SMITH; CARLA D. JOSEPH INDIVIDUALLY AND ON BEHALF OF ERROLL SMITH; CARLA D. JOSEPH INDIVIDUALLY AND ON BEHALF OF ERROL'NEYSHA SMITH; GEORGE SMITH; JOHNSMITH; LAQUINTA VERCHELLE NELSON INDIVIDUALLY AND ON BEHALF OF JOHNELL SMITH; JOSEPH L. SMITH; LELA F. SMITH; MARY SMITH; RICHARD SMITH, JR.; ROBERT SMITH; RONALD SMITH; RUSSEL G SMITH; SHIRLEY SMITH; VELMA M. SMITH; VERGINALD LEE SMITH; HERMAN SMITH; AVIS J. SNOWTEN; AVIS J. SNOWTEN INDIVIDUALLY AND ON BEHALF OF GERLYN SNOWTEN; AVIS J. SNOWTEN INDIVIDUALLY AND ON BEHALF OF JESSICA C. SNOWTEN; JOYCE MARIE SNOWTEN; HAZEL SPARROW; VALENTINE SPENCER, SR.; ERMA M. SPOONER; EDDIE TROY SPRIGGS; D E S H O I N   N .   D A R V I L L E INDIVIDUALLY AND ON BEHALF OF GALENCIA SPRIGGS; GIRTIE STARKS; IRMA DINE STEPHENS INDIVIDUALLY AND ON BEHALF OF ERIC GLENN STEPHENS; IRMA DINE

BR 421753.1

STEPHENS; MATTHEW L. STEPHENS;
SHELIA MARIE STERLING
INDIVIDUALLY AND ON BEHALF OF
JAMES A. STERLING; SHELIA MARIE
STERLING; TAMARA STEVENS;
TAMARA STEVENS INDIVIDUALLY
AND ON BEHALF OF TREVIS
STEVENS; ROY STEWART
INDIVIDUALLY AND ON BEHALF OF
ROY STEWART, JR.; GEORGE W.
STEWART JR; ANGELA LODGE
STEWART; CALVIN STEWART; ROY
STEWART INDIVIDUALLY AND ON
BEHALF OF DEMARCUS STEWART;
ERNESTINE JOHNSON STEWART;
EUGENE STEWART; LIESELOTTE M.
STEWART; MAUDRIA STEWART;
ROY STEWART; SHAWNDREKA D.
STEWART; FREDERICK STEWART;
RHONDA STIGERS INDIVIDUALLY
AND ON BEHALF OF DEREGINALD
STIGERS; RHONDA STIGERS;
BRENDA T. TASKER; CURTIS
TATNEY, JR.; SHANTEL C. TATNEY;
VAN TATNEY; EMILY JAMES
TAYLOR; GERALDINE TAYLOR;
JAMES L. TAYLOR; MARY T.
TAYLOR; NIRA D. TAYLOR; TERRY
M. GRACE; SIBIL THIBEAUX;
ALBERTHA M. THOMAS; LOIS W.
THOMAS INDIVIDUALLY AND ON
BEHALF OF CHELSEA THOMAS;
LOIS W. THOMAS INDIVIDUALLY
AND ON BEHALF OF DERRICK
THOMAS; JUNIUS THOMAS; LOIS W.
THOMAS; MATTHEWS W. THOMAS
INDIVIDUALLY AND ON BEHALF OF
MALIANA THOMAS; MATTHEWS W.
THOMAS; MATTHEWS W. THOMAS
INDIVIDUALLY AND ON BEHALF OF
MONIQUE THOMAS; GERALDINE
THOMAS; EDWARD THOMPSON, JR.;
JERELYN THORNTON; KELANDA
THURMAN; KAREN CUSHENBERRY
TILLEY; KAREN CUSHENBERRY

17

BR 421753 1

TILLEY INDIVIDUALLY AND ON BEHALF OF MARY TILLEY; SHARON DENISE TODD INDIVIDUALLY AND ON BEHALF OF IYEHESA C. TODD; JENELL A. TODD; JOYCE R. TODD; TONETTE LACHELLE TODD INDIVIDUALLY AND ON BEHALF OF LA'KANDRUS TODD; SHARON DENISE TODD; TONETTE LACHELLE TODD; TRAVIS ANTHONY TODD; TONETTE LACHELLE. TODD INDIVIDUALLY AND ON BEHALF OF TREVOR TODD; CONNIE YVETTE TORRENCE; AIDA LUZ TORRES; DAVID E. TORRES; ZENO D. TRAVIS, III; ETTA TRAVIS; HELEN S. TRAVIS; DWAYNE TURNER; MONIKA TURNER; ETHEL P. VALENTINE; WARDELL VALENTINE; LAURENCE VEAL; BERTHA G. VERRET; LISA C. VERRET BROOKS INDIVIDUALLY AND ON BEHALF OF BRANDON M. VERRET; JEFFREY VERRETT; LISA C. VERRETT BROOKS INDIVIDUALLY AND ON BEHALF OF LINDAYSHEA VERRETT; EVELYN M. VESSEL; ALVIN DENNIS VIDEAU; CHARONDA LANETTE VIDEAU; LISA VIDEAU ALEXANDER INDIVIDUALLY AND ON BEHALF OF MIKE DWAYNE VIDEAU; RONALD VIDEAU; TOMMIE J. VIDEAU; CASSANDRA M. HOWARD INDIVIDUALLY AND ON BEHALF OF DONALD VONDO, JR; DONALD VONDO; ALFRED WALKER, JR; CYNTHIA WALKER; HEBERT WALKER; PATRICIA WALKER; OLLIE M. WASHINGTON; ROLAND H. WASHINGTON; STANLEY WASHINGTON; DEBORAH WATKINS INDIVIDUALLY AND ON BEHALF OF PHILIP WATKINS, JR.; DEBORAH WATKINS INDIVIDUALLY AND ON BEHALF OF BRANDON WATKINS; DEBORAH WATKINS; DOROTHY WEATHERSPOON; ANTIONETTE

BR 421753 1

WEST; JERMAINE WEST; HERBERT
L. WEST, JR; KATRINA D. WESTON;
MARTHA JAMES WHALEY; RUSSELL
WHALEY; DEBRA MARTIN WHITE
INDIVIDUALLY AND ON BEHALF OF
JOSEPH WHITE, JR.;     CONNIE
WHITE;   DEBRA MARTIN WHITE
INDIVIDUALLY AND ON BEHALF OF
DEANTHONY DWAYNE WHITE;
DEBRA MARTIN WHITE; MARY
SHALITA DEGGS WHITE; SHAKEITA
L. WHITE;    ANTHONY WHITLEY;
CAROLYN C. WHITMORE; LOIS M.
WHITMORE; LOIS BROOKS WICKER
INDIVIDUALLY AND ON BEHALF OF
EMMA A. WICKER; LOIS BROOKS
WICKER; LOIS BROOKS WICKER
INDIVIDUALLY AND ON BEHALF OF
RYAN P. WICKER; SHANTEL C.
TATNEY INDIVIDUALLY AND ON
BEHALF OF KRYSTAL-SEYMONE
WIGGINS;   LIONEL   WILLIAMS;
SHIRLEY WILLIAMS INDIVIDUALLY
AND ON BEHALF OF    JOSHUA
WILLIAMS; JOSEPH G. WILLIAMS;
ANDSTINE WILLIAMS; CHARLENE W.
WILLIAMS INDIVIDUALLY AND ON
BEHALF OF ASHLEY WILLIAMS;
ATKINS WILLIAMS; BETTY M
WILLIAMS; FAYE G.   WILLIAMS
INDIVIDUALLY AND ON BEHALF OF
BRITTANY NICOLE WILLIAMS;
CEDONIA WILLIAMS;   CHARLENE
WILLIAMS; CHARLES WILLIAMS, JR.;
CLARA ? WILLIAMS INDIVIDUALLY
AND ON BEHALF OF CHRISTOPHER
WILLIAMS; CLARA B.   WILLIAMS;
CLARA L. WILLIAMS; CYNTHIA
WILLIAMS;  ELODIE  WILLIAMS
INDIVIDUALLY AND ON BEHALF OF
DENZEL WILLIAMS;   DOROTHY B.
WILLIAMS; DOROTHY P. WILLIAMS;
ELIZABETH WILLIAMS; ELIZABETH
A. WILLIAMS; ELODIE  WILLIAMS;
ELWIN     WILLIAMS;    ETHEL

19

BR 421753 1

WILLIAMS; FAYE G. WILLIAMS; GREGORY WILLIAMS; MARY YOUNG INDIVIDUALLY AND ON BEHALF OF HENERY MARCUS WILLIAMS; HENRY WILLIAMS; JASON LEON WILLIAMS; CHARLENE WILLIAMS INDIVIDUALLY AND ON BEHALF OF JOSHUA WILLIAMS; CYNTHIA WILLIAMS INDIVIDUALLY AND ON BEHALF OF JOSHUA WILLIAMS; KAREN WILLIAMS; KOLANDE S. WILLIAMS; LEONA V. WILLIAMS; LIONEL WILLIAMS; LOUIS P. WILLIAMS; LOUISE WILLIAMS; MARTHA RAYE WILLIAMS; MELISSA WILLIAMS; CYNTHIA WILLIAMS INDIVIDUALLY AND ON BEHALF OF REGINA LASHAWN WILLIAMS; SHIRLEY WILLIAMS; FAYE G. WILLIAMS INDIVIDUALLY AND ON BEHALF OF STACEY WILLIAMS; SHARON WILLIAMS-SEMIEN; KELLY WILLIE, JR.; EDDIE WILLIAMS, JR.; EMELDA A. WILLLIAMS; KIEASE BECNEL INDIVIDUALLY AND ON BEHALF OF JOSEPH WILSON JR; VALERIE L. DUNBAR INDIVIDUALLY AND ON BEHALF OF ADRIANNA WILSON; GRACE WILSON INDIVIDUALLY AND ON BEHALF OF ANDRIKA D'SHELLE WILSON; CHYRLA WILSON; GRACE WILSON INDIVIDUALLY AND ON BEHALF OF DAPHNE WILSON; EDWIN RODRICK WILSON; GRACE WILSON; KIEASE BECNEL INDIVIDUALLY AND ON BEHALF OF JONESHIA WILSON; JOYCE KNIGHT WILSON; JULIUS WILSON, JR.; KISHA S. WILSON; SHAUNTELL JONES WILSON; SYLVIA WILSON; HAZEL WILSON; RUBY V. WOODS INDIVIDUALLY AND ON BEHALF OF DAVE WOODS; MILDRED WOODS; RUBY V. WOODS; ALEXANDER WRIGHT

BR.421753 1

INDIVIDUALLY AND ON BEHALF OF
ALEXANDER WRIGHT, III;
ALEXANDER WRIGHT; ALEXANDER
WRIGHT INDIVIDUALLY AND ON
BEHALF OF ANDRE' WRIGHT; DELL
D. WRIGHT; STEPHEN ROBERT
YAEGER; CYNTHIA YORK; RUDY
YORK; DEBORAH CALLOWAY
INDIVIDUALLY AND ON BEHALF OF
TERRICA YORK; LOETIA YOUNG;
MARY YOUNG; SHEILA J. YOUNG;
DANNA MARIE ZACHARY; LOUIS
ALEXANDER; GERALDINE
ARMSTEAD; REV. EDWARD
ARMSTEAD; JUNIUS ARMSTEAD;
PATRICIA ARMSTEAD; WILLIE
ARMSTEAD; VARNESSA ARMSTEAD;
ALEVIA A. BARBER; JOSIE J.
BATTISTE INDIVIDUALLY AND ON
BEHALF OF DIONNE YOUNG; BRIAN
BATTON; CARL BATTON
INDIVIDUALLY AND ON BEHALF OF
MONTEGA DAVIS AND MARIAH
DAVIS; PAULETTE D. BATTON;
CLARENCE BATTON, JR.
INDIVIDUALLY AND ON BEHALF OF
CANDYCE J. BATTON; WANDA F.
BATTON; MARY BATTON
INDIVIDUALLY AND ON BEHALF OF
STERLING BATTON, JR., CALEB
BATTON, JAVAUGHN BATTON AND
DAVAUGHN BATTON; STERLING
BATTON, SR.; MICHAEL J. BATTON;
WAYNE BLOOME; ANDRETTA
BREAUX; BERDELL BREAUX; ROGER
BREAUX, SR.; ROGER BREAUX, JR.;
JANICE BRIDGEWATER; BARBARA
ANN BROWN; PERCY BROWN; INDIA
BROWN; WILMER BROWN, JR.;
WILLIE E. BRUCE, SR.; RENEE D.
DAVIS INDIVIDUALLY AND ON
BEHALF OF VAN DAVIS, JR.; VAN
DAVIS; VENECIA T. DAY; EDWARD
DUNLAP; LA'TASHA DUNLAP; SYBIL
FRANCOIS INDIVIDUALLY AND ON

BR:421753.1

BEHALF OF ANDRE C. FRANCOIS; GREGORY W. FRANKLIN INDIVIDUALLY AND ON BEHALF OF KENYATTA GILBERT AND GREGORY W. GILBERT; KIESHA GILBERT; JENNIFER L. FRANKLIN; MALCOLM L. FRANKLIN; LOIS LEE FRANKLIN INDIVIDUALLY AND ON BEHALF OF DEVON FRANKLIN AND EVAN FRANKLIN; ROBERT GILLIS, JR.; CRYSTAL K. HARRIS INDIVIDUALLY AND ON BEHALF OF AMANDALYN A. HARRIS; DONALD HARRIS; DONNA HARRIS; KELLY HARRIS INDIVIDUALLY AND ON BEHALF OF DEKIYRIAN D. BARBER AND DARIUS D. D. HARRIS; MILDRED HARRIS INDIVIDUALLY AND ON BEHALF OF HANEEFA LEE AND COREY LEE; RHONDA S. HARRIS; ROSALIE HARRIS; TRENDERLYN HARRIS; IRENE HILL; WILLIE HILL; BREKEITHA JACKSON INDIVIDUALLY AND ON BEHALF OF KELSA BROOKE JACKSON AND KALI B. AMBEAU; FRANK JACKSON, JR.; FRANK JACKSON, SR.; GERRIN M. JACKSON; GLENDA D. JACKSON; VICTORIA M. JAMES; CHARLES L. JAMES, SR.; BRIDGET BATTON JOHNSON INDIVIDUALLY AND ON BEHALF OF DARIUS BATTON AND KAYLA YOUNG; KENNETH D. JOHNSON; DIANNE JOHNSON; LOUISE JOHNSON; NIKKI LEE; TINA LEE; ADA M. MCGINNIS; ELLIS MCGINNIS, JR.; OLIVER J. MCGINNIS; REGINALD W. MCGINNIS; SADIE MCGINNIS INDIVIDUALLY AND ON BEHALF OF KAYLA PUGH; BARBARA R. MELLION; JAMIE D. MELLION; HENRY D. MELLION; LAMEKA MELLION; EVELYN MORGAN; FREDDIE MORGAN; JOHN L. MORRIS, SR.; JAMES MYLES; ASHLEY OLIVER;

BR 421753 1

ERNESTINE OLIVER INDIVIDUALLY AND ON BEHALF OF ASHLEY G. OLIVER; SHERELL D. OLIVER; HERMAN D. OLIVER; HERMAN OLIVER; LA'TOYA OUBRE INDIVIDUALLY AND ON BEHALF OF DAMION D. OUBRE; MARY P. OUBRE; BRENDA R. OVETE; LAWRENCE D. OVETE INDIVIDUALLY AND ON BEHALF OF JANAE L. OVETE; LANDA D. OVETE; LORETTA A. PANIA; LAURA POINDEXTER; CYNTHIA RENEE PUGH;
FANNIE E. RIDER; SIDNEY RIDER; EARL RILEY; LUCILLE A. RIVERS; JULIA B. ROGERS INDIVIDUALLY AND ON BEHALF OF KETURAH S. ROGERS; KENNETH ROGERS; KENDRA ROGERS; KENTIKA M. ROGERS; TAKIYA M. SKIDMORE; BELINDA SMITH INDIVIDUALLY AND ON BEHALF OF DWAYNE SMITH, JR.; DWAYNE SMITH, SR.; HARRIETT SPARKS; AGNES STEWART; HENRY STEWART INDIVIDUALLY AND ON BEHALF OF PHILADELPHIA STEWART AND DANIEL STEWART; DEBRA STEWART; HENRY STEWART, III; LANCE STEWART INDIVIDUALLY AND ON BEHALF OF ANTHONY STEWART; ALBERTHA M. THOMAS; ROBERT THOMAS, SR.; COREY A. THOMAS; ROBIN R. THOMAS; MARTHA M. TILLMAN INDIVIDUALLY AND ON BEHALF OF JERNIECA D. TILLMAN AND JEREME' D. TILLMAN; WILLIE TILLMAN, JR.; CARCHELL L. TILLMAN; DAWANDA N. TILLMAN; TONYA D. WARNER INDIVIDUALLY AND ON BEHALF OF KIYA M. SMITH; KAYLA T'SHAY WARNER; EVELYN WASHINGTON; CLIFTON L. WATSON; MARY I. WATSON INDIVIDUALLY AND ON BEHALF OF CASSANDRA R. WATSON;

23

BR 421753 1

ANN MARIE WILLIAMS INDIVIDUALLY AND ON BEHALF OF BREEANN L. D. WILLIAMS; CHARLES WILLIAMS; CHARLES E. WILLIAMS INDIVIDUALLY AND ON BEHALF OF SHARONE J. WILLIAMS; IDELL C. WILLIAMS; EDDIE WILLIAMS, JR.; ELIZABETH A. WILLIAMS INDIVIDUALLY AND ON BEHALF OF JACQUELINE WILLIAMS; JOSEPH WILLIAMS, JR. INDIVIDUALLY AND ON BEHALF OF JOSEPH WILLIAMS, III AND NINA DILLON; MICHELLE WILLIAMS; NATHANIEL WILLIAMS; NICOLE L. WILLIAMS; PRECIOUS WILLIAMS INDIVIDUALLY AND ON BEHALF OF SHANNON WILLIAMS; CLARENCE WILSON; GEORGENNE BATTON; DELORES D. WINSTON; CHARLOTTE WOODFORK INDIVIDUALLY AND ON BEHALF OF ARVINIECE G. TILLMAN, ARNICKA K. WOODFORK AND ARMONI K. WOODFORK; ARVIN SEAN WOODFORK; CASSANDRA AARON; EDWARD ADAMS, INDIVIDUALLY AND ON BEHALF OF EDDREAL ADAMS; EDWARD ADAMS; STEPHANIE G. WHITE INDIVIDUALLY AND ON BEHALF OF MARKELLE ADAMS; ALMA ADOLPH; GREGORY S. ADOLPH; SHARISH ADOLPH INDIVIDUALLY AND ON BEHALF OF LE TREE ADOLPH; SHARISH ADOLPH INDIVIDUALLY AND ON BEHALF OF LEMOND ADOLPH; LEROY ADOLPH; SHARISH ADOLPH INDIVIDUALLY AND ON BEHALF OF LEROY ADOLPH, JR.; SAM ADOLPH; SHARISH ADOLPH; JOSEPH K. ALBERT; RUTHIE ALBERT; MARY ALCEE INDIVIDUALLY AND ON BEHALF OF MARKEST ALCEE; MARY ALCEE INDIVIDUALLY AND ON BEHALF OF MARLON ALCEE; MARY ALCEE

24

BR-421753 1

INDIVIDUALLY AND ON BEHALF OF
MARSHAWN ALCEE; MARVIN ALCEE;
MARY ALCEE; CHRISTOPHER
ALEXANDER; CRYSTAL ALEXANDER;
JANICE ALEXANDER; WILLIE
ALEXANDER; BETTY ALLEN; CAROL
ALLEN; CHARLES J. ALLEN;
DARNETTA ALLEN; DARNETTA
ALLEN INDIVIDUALLY AND ON
BEHALF OF DIAMONE ALLEN;
ELLEN ALLEN; LLOYD ALLEN;
MITCHEL ALLEN; NAOMIE C. ALLEN;
DARNETTA ALLEN INDIVIDUALLY
AND ON BEHALF OF SCYLAR ALLEN;
WILLIE Y. ALLEN; CALVIN
ANDERSON; CLIFFORD E.
ANDERSON; JEREMY ANDERSON;
ZELDA BUTLER INDIVIDUALLY AND
ON BEHALF OF JOEY D. ANDERSON;
NORMA ANDERSON INDIVIDUALLY
AND ON BEHALF OF LAUNJARIUS
ANDERSON; NORMA ANDERSON;
WILLIE ANDERSON; SHERMAN FORT
INDIVIDUALLY AND ON BEHALF OF
SEAN ANGAELE; ALVIN ANTOINE;
BERNICE ANTOINE; CASSANDRA
ANTOINE; KIMBERLY ANTOINE;
KIMBERLYN ANTOINE; CASSANDRA
ANTOINE INDIVIDUALLY AND ON
BEHALF OF MALIK ANTOINE;
MARJORIE ANTOINE; ORETHA
ANTOINE; TROY A. ANTOINE; TROY
ANTOINE, SR.; JERRY ARMWOOD, SR.
INDIVIDUALLY AND ON BEHALF OF
JOY ARMWOOD; JERRY ARMWOOD,
SR. INDIVIDUALLY AND ON BEHALF
OF JERRY ARMWOOD, JR.; JERRY
ARMWOOD, SR.; GENELL ARNOLD
INDIVIDUALLY AND ON BEHALF OF
ASHLEY ARNOLD; GENELL ARNOLD;
GENELL ARNOLD INDIVIDUALLY
AND ON BEHALF OF JOSHUA
ARNOLD; LORENZO ARNOLD;
EARLDEAN ARVIE; ROGER ARVIE,
JR.; ROGER ARVIE, SR.; DOROTHY

25

BR:421753.1

ASBERRY; DOROTHY ASBERRY
INDIVIDUALLY AND ON BEHALF OF
LAWERENCE ASBERRY; JAMES
LOUIS INDIVIDUALLY AND ON
BEHALF OF MEGAN ASLER; OLGA A.
PACK INDIVIDUALLY AND ON
BEHALF OF TRAVIS ATKINS; MARIE
AUGUSTUS; VIRQIL BAKER;
JEANETTE BANKS INDIVIDUALLY
AND ON BEHALF OF CHELSEA
BANKS; JEANETTE BANKS;
JEANETTE BANKS INDIVIDUALLY
AND ON BEHALF OF MICHAEL
BANKS; SHIRLEY BANKS; JEANETTE
BANKS INDIVIDUALLY AND ON
BEHALF OF WHITNEY BANKS;
ALFRED BARBER; DIONNE RILEY
INDIVIDUALLY AND ON BEHALF OF
DARREN BARRETT; MARY M.
BARTNEY; MAUDRIE BARTNEY;
KATHY BATES; KATHY BATES
INDIVIDUALLY AND ON BEHALF OF
HOWARD B. BATES, JR.; JUANITA
GORDON INDIVIDUALLY AND ON
BEHALF OF KAPRIC BATISTE;
JUANITA GORDON INDIVIDUALLY
AND ON BEHALF OF MORRIS
BATISTE; ALMETA BATTISTE;
CHERYL BATTISTE; EDWARD
BATTISTE; LEA BATTISTE; MARY
BATTISTE; SHERMAN BATTISTE;
EDWARD BATTISTE, JR.; HENRY
JACKSON, III INDIVIDUALLY AND ON
BEHALF OF CHARITY BATTLEY;
HENRY JACKSON, III INDIVIDUALLY
AND ON BEHALF OF
LACEY BATTLEY; MICHELLE Y.
BAZILLE; CHARLES F. BEARDON;
CHARLES F. BEARDON
INDIVIDUALLY
AND ON BEHALF OF CHARLES M.
BEARDON; JOSEPH BEARDON; JOYCE
BEARDON; SHERRELLE BEARDON
INDIVIDUALLY AND ON BEHALF OF
KENNEDI BEARDON; SHERRELLE

26

BR:421753 1

BEARDON; CHARLES F. BEARDON
INDIVIDUALLY AND ON BEHALF OF
TRISTON BEARDON; LOUIS
BEARDON, JR.; CHELETA BELL;
EOLA BELL; JESSICA BELL
INDIVIDUALLY ANDON BEHALF OF
GENERETT BELL; JEFFERY E. BELL;
JESSICA BELL; JOHN A. BELL;
JOSEPHINE BELL; JOSEPHINE R.
BELL; LARRY N. BELL; NELLIE W.
BELL; WANDA BELL; JUNIUS BELL,
JR.; MARY BELLINGTON; LEROY H.
MITCHELL INDIVIDUALLY
AND ON BEHALF OF   LAKITA L.
BELONEY; PETRA M. BENNETT
INDIVIDUALLY AND ON BEHALF OF
BIANCA BENNETT; PETRA M.
BENNETT INDIVIDUALLY AND ON
BEHALF OF  BRITTANY BENNETT;
CLARENCE BENNETT; CYNTHIA L.
BENNETT; CYNTHIA L. BENNETT
INDIVIDUALLY AND ON BEHALF OF
DORSHA D. BENNETT; PETRA M.
BENNETT INDIVIDUALLY AND ON
BEHALF OF   JOSEPH BENNETT;
CYNTHIA  L.  BENNETT
INDIVIDUALLY AND ON BEHALF OF
KAYLA D. BENNETT; PATRICIA
BENNETT; PETRA M. BENNETT;
CYNTHIA  L.  BENNETT
INDIVIDUALLY AND ON BEHALF OF
SHAQUILLE O. BENNETT; ANGEL
BERNARD; AUDREY M. BERNARD;
GLENDA BERNARD; AUDREY M.
BERNARD INDIVIDUALLY AND ON
BEHALF OF  IEASHA T. BERNARD;
KEDRA  BERNARD;  LEANNA
BERNARD; LEO BERNARD; DARRELL
BERRY; CONSTANCE LAFAYETTE
INDIVIDUALLY AND ON BEHALF OF
NAJEE  BERRY;  CONSTANCE
LAFAYETTE INDIVIDUALLY AND ON
BEHALF OF  OFARI BERRY; BRAD
BERTRAND; EDDIE BESSIE; ERMA
BESSIE; FREDDIE BESSIE; HAZEL

BR 421753 1

BESSIE; MARY BESSIE; HORACE
BESSIE, SR.; JULIA BESSIE; PHILLIP
BESSIE, JR.; MARY BLAKE; WAYNE
BLALOCK; CHERYL D. BLALOCK;
LYNELL BLANTON INDIVIDUALLY
AND ON BEHALF OF CHRISTY
BLANTON; LYNELL BLANTON;
BRIDGETTE DUNN INDIVIDUALLY
AND ON BEHALF OF BRANDY
BORDEN; FRED D. BOSELY;
ANTHONY BOSLEY; CASANDRA
BOSLEY; ANTHONY BOSLEY
INDIVIDUALLY AND ON BEHALF OF
CHELSEA BOSLEY; DENNIS BOSLEY;
ANTHONY BOSLEY INDIVIDUALLY
AND ON BEHALF OF D'WAYNIA
BOSLEY; JOANN BOSLEY;
LAWRENCE BOSLEY; THOMAS
BOSLEY; FRED BOSLEY, SR.;
HERMAN BOSLEY, JR.;
CHRISTOPHER BOULIGNY; JOSEPH
R. BOURGEOIS; MARIE BOURGEOIS;
JESS STOVALL INDIVIDUALLY AND
ON BEHALF OF JASPER BOWDEN;
DANA HALL INDIVIDUALLY AND ON
BEHALF OF ALONA BOWMAN;
STACY BRACKEN INDIVIDUALLY
AND ON BEHALF OF JUSTON
BRACKEN; STACY BRACKEN; STACY
BRACKEN INDIVIDUALLY AND ON
BEHALF OF TANESHA BRACKEN;
STACY BRACKEN INDIVIDUALLY
AND ON BEHALF OF TYLER
BRACKEN; DANA S. BRADFORD;
JAMES E. BRADY; MARGARETTE W.
BRADY; TROY A. BRADY; BARRY
BRAXTON; ENID BRAXTON; LOUIS
BREADON; YVONNE M. WALKER
INDIVIDUALLY AND ON BEHALF OF
IRIS S. BREAUX; YVONNE M.
WALKER INDIVIDUALLY AND ON
BEHALF OF SHANIKA R. BREAUX;
JOHN KNIGHT INDIVIDUALLY AND
ON BEHALF OF NICHOLAS
BRECKENRIDGE, JR.; CORELIA

BR 421753 1

BRIDGEWATER; TRACIE
BRIDGEWATER INDIVIDUALLY AND
ON BEHALF OF KEION
BRIDGEWATER; TRACIE
BRIDGEWATER; TRACIE
BRIDGEWATER INDIVIDUALLY AND
ON BEHALF OF TRA'VON
BRIDGEWATER; TRACIE KITTS
INDIVIDUALLY AND ON BEHALF OF
VINTRICEIYA BRIDGEWATER; GALE
BRIGGS INDIVIDUALLY AND ON
BEHALF OF BRITTANY BRIGGS;
GALE BRIGGS; SHERYL D. BROOKS;
ALENE M. BROWN; FRANK LOUIS, SR.
INDIVIDUALLY AND ON BEHALF OF
ANDREA BROWN; CLAIBORNE
BROWN; EARLINE BROWN; ELI
BROWN; IVORY BROWN; JACKLYN
BROWN; JANET DAVIS
INDIVIDUALLY AND ON BEHALF OF
JAZZ BROWN; IVORY BROWN
INDIVIDUALLY AND ON BEHALF OF
JEREMY BROWN; JANET DAVIS
INDIVIDUALLY AND ON BEHALF OF
JUSTIN BROWN; IVORY BROWN
INDIVIDUALLY AND ON BEHALF OF
KATRINA BROWN; KEVIN D. BROWN;
LEVI BROWN; LINDA H. BROWN;
LINDA BROWN; ORA L. BROWN;
RICHARD BROWN; CLAIBORNE
BROWN INDIVIDUALLY AND ON
BEHALF OF SHANNON BROWN;
SHELLEY BROWN; SHIRLEY BROWN;
TROY L. BROWN INDIVIDUALLY AND
ON BEHALF OF TRANIQUA L.
BROWN; TROY L. BROWN; WANDA H.
BROWN; ZELMA BROWN; ELTON G.
BROWN, SR.; WILLIE BROWN, SR.;
ROBERT E. BROWN, SR.; GLORIA
BRUMFIELD; GLORIA BRUMFIELD
INDIVIDUALLY AND ON BEHALF OF
TAYLOR BRUMFIELD; MARY ALCEE
INDIVIDUALLY AND ON BEHALF OF
MARCUS BUGGAGE; MARY ALCEE
INDIVIDUALLY AND ON BEHALF OF

BR 421753 1

MARVIN BUGGAGE;   KAREN A.
BUGGS INDIVIDUALLY AND ON
BEHALF OF   D'QUINCY BUGGS;
KAREN A. BUGGS; KAREN A. BUGGS
INDIVIDUALLY AND
ON BEHALF OF   KENT BUGGS;
JOSEPH BUNCH; JOSEPH BUNCH
INDIVIDUALLY AND ON BEHALF OF
JOSHUA BUNCH; JOYCE BUNCH;
SHIRLEY BUNCH; JOSEPH BUNCH
INDIVIDUALLY AND ON BEHALF OF
JOSEPH BUNCH, JR.; ZELDA BUTLER;
TRUDY HARDY INDIVIDUALLY AND
ON BEHALF OF COURTNEY BUTLER;
ZELDA BUTLER INDIVIDUALLY AND
ON BEHALF OF ROSHECIA BUTLER;
VIRGINIA BUTLER; HERBERT BYNUM
INDIVIDUALLY AND ON BEHALF OF
DE'VON H. BYNUM; BEVERLY
BYNUM;
CHETWIN J. BYNUM; GAYTHA L.
BYNUM;   HERBERT   BYNUM;
MARGARET S. BYNUM; SHENITA R.
BYNUM; JAMES E. BYNUM, JR.;
ANGELLA BYRD; ARCHIE BYRD;
BRENDA BYRD; ELMER BYRD; IRENE
BYRD; PATRICIA BYRD; RICHARD J.
CARLIN;   STACY   D.   CARR
INDIVIDUALLY AND ON BEHALF OF
ERNESHIA CARR; STACY D. CARR;
ALICE CARTER; CARLOS CARTER;
ALICE CARTER INDIVIDUALLY AND
ON BEHALF OF COURTNEY CARTER;
ELMA CARTER; JOE A. CARTER;
PATRICIA A. CARTER; PAMELA
CASEMERE INDIVIDUALLY AND ON
BEHALF OF   CARLA CASEMERE;
PAMELA CASEMERE; TAMMY DOSEY
INDIVIDUALLY AND ON BEHALF OF
IKESHA CASEY; AUREJANA H.
CEASER; CARLA W. CEASER; CARLA
W. CEASER INDIVIDUALLY AND ON
BEHALF OF  COLIN CEASER; CARLA
W. CEASER INDIVIDUALLY AND ON
BEHALF OF   KAI LYN CEASER;

BR 421753 1

KENNA CEASER; DAVID CEDOTAL; DAVID CEDOTAL INDIVIDUALLY AND ON BEHALF OF DWAYNE CEDOTAL; EDITH CEDOTAL; FELICIA CEDOTAL; C A T H E R I N E    C E L E S T I N INDIVIDUALLY AND ON BEHALF OF CANDACE CELESTIN; CATHERINE C E L E S T I N ;    P A T R I C K    J . CELESTIN; QUINEKKI CHACHERE; DEIDRE CHAPPELL; KATINA C H R I S T O P H E ;   S Y L V I A    A . CHRISTOPHE INDIVIDUALLY AND ON BEHALF OF KAYLA CHRISTOPHE; S Y L V I A    A .    C H R I S T O P H E INDIVIDUALLY AND ON BEHALF OF NICHOLAS J. CHRISTOPHE; SYLVIA A. CHRISTOPHE; JANET VAUGHN INDIVIDUALLY AND ON BEHALF OF ALEXIS CHRISTOPHER; KIMBERLIA JAMES INDIVIDUALLY AND ON B E H A L F    O F    D E ' A U B R E Y CHRISTOPHER; JANET VAUGHN INDIVIDUALLY AND ON BEHALF OF D E W A Y N E    C H R I S T O P H E R ; KIMBERLIA JAMES INDIVIDUALLY AND ON BEHALF OF FREDDRICK C H R I S T O P H E R ;    H E A T H E R C H R I S T O P H E R ;    J A M I E    M . CHRISTOPHER; JONATHAN P. C H R I S T O P H E R ;    R O N D A CHRISTOPHER INDIVIDUALLY AND ON BEHALF OF KENNETH C H R I S T O P H E R ;    R O N D A CHRISTOPHER INDIVIDUALLY AND ON BEHALF OF NICOLE C H R I S T O P H E R ;    R O B E R T C H R I S T O P H E R ;    R O N D A CHRISTOPHER; JANET VAUGHN INDIVIDUALLY AND ON BEHALF OF SHAVETTE CHRISTOPHER; MICHAEL CHURCH; DENISE CLAIBORNE; DENISE CLAIBORNE INDIVIDUALLY AND ON BEHALF OF DYLAN CLAIBORNE; IDEAL CLAIBORNE; FABARA CRITNEY INDIVIDUALLY

31

BR.421753 1

AND ON BEHALF OF KYLE CLAIBORNE; CATHERINE CLARK; CATHERINE CLARK INDIVIDUALLY AND ON BEHALF OF MIKALE D. CLARK; PAUL CLARK; CAROLYN CLAYTON; CAROLYN CLAYTON INDIVIDUALLY AND ON BEHALF OF COCO A. CLAYTON; INEZ CLAYTON; MARCUS CLAYTON; SHIRLEY CLAYTON; JESSE CLAYTON, SR. INDIVIDUALLY AND ON BEHALF OF JESSE J. CLAYTON, JR.; JESSE CLAYTON, SR.; TINA TURNER INDIVIDUALLY AND ON BEHALF OF TY CLEMMONS, JR.; GILDA COFFEE; VIDRINE W. COLAR; ALISS COLEMAN; ANTOINETTE COLEMAN; ERNEST COLEMAN; GREGORY COLEMAN; AMANDA C. KELLER INDIVIDUALLY AND ON BEHALF OF LEASLY COLEMAN; OLIVIA COLEMAN; PATRICIA COLEMAN; ARTHUR COLLAR; ERNESTINE COLLIER; CEDERICK COLLINS; EVA COLLINS; FREDERICK COLLINS; PAULETTE COLLINS; SYLVESTER TOSTON INDIVIDUALLY AND ON BEHALF OF RAPHAEL L. COLLINS; SYLVESTER TOSTON INDIVIDUALLY AND ON BEHALF OF REDINAND COLLINS; LORETTA COOLEY INDIVIDUALLY AND ON BEHALF OF DARRENCE COOLEY; LORETTA COOLEY; PATRICIA COOLEY; PERCY COOLEY, SR.; JOSEPHINE COTTON; MARGARET A. COTTON; PATRICIA COTTON; RAKEESHA COTTON; TOMEKA COTTON; DYLAN COX; STERLA COX, SR. INDIVIDUALLY AND ON BEHALF OF FRANKLIN COX; STERLA COX, SR. INDIVIDUALLY AND ON BEHALF OF JUSTIN COX; LYNETTE COX; STERLA COX, SR. INDIVIDUALLY AND ON BEHALF OF STERLA COX, JR.; JANNA CRAIG;

32

BR 421753 1

MARY CRAIG; BENNIE CRAWFORD;
LENORA D. CRAWFORD; FABARA
CRITNEY; JENNIFER CRITNEY;
RICKY L. CRITNEY; ROBERT
CRITNEY, JR. INDIVIDUALLY AND ON
BEHALF OF ROBERT CRITNEY, III;
ROBERT CRITNEY, JR.; DOROTHY R.
CROCKETT; MARGERY MORGAN
INDIVIDUALLY AND ON BEHALF OF
ANDRE CROON; WILMER SCOTT
INDIVIDUALLY AND ON BEHALF OF
CORY CUMMINGS; WILMER SCOTT
INDIVIDUALLY AND ON BEHALF OF
JEREMY CUMMINGS; LEONARD
CUMMINGS; WILMER SCOTT
INDIVIDUALLY AND ON BEHALF OF
LIORETTA CUMMINGS; BRANDON
CUNNINGHAM; ANNIE CYPRAIN;
ANNIE CYPRAIN INDIVIDUALLY AND
ON BEHALF OF KRYSTAL CYPRAIN;
BOBBIE CYPRAIN, SR.; MARVIN
CYRUS; CHRISTY DANIELS
INDIVIDUALLY AND ON BEHALF OF
CHADRICK DANIELS; CHRISTY
DANIELS; CHRISTY DANIELS
INDIVIDUALLY AND ON BEHALF OF
COBY DANIELS; CHRISTY DANIELS
INDIVIDUALLY AND ON BEHALF OF
COREY DANIELS; CHRISTY DANIELS
INDIVIDUALLY AND ON BEHALF OF
COURTLYN DANIELS; CHRISTY
DANIELS INDIVIDUALLY AND ON
BEHALF OF COURTNEY DANIELS;
ANTHONY DARYON; CLIFTON M.
DAVIS; JANET DAVIS; LANDRY
DAVIS; LOUISE J. DAVIS; LUCY M.
DAVIS; JANET DAVIS INDIVIDUALLY
AND ON BEHALF OF MARKETA
DAVIS; MARTHA DAVIS; MELANIE
DAVIS; SHALANA L. DAVIS; JIMMY J.
ROBERT, SR. INDIVIDUALLY AND ON
BEHALF OF ARINSHA DECUIR;
JIMMY J. ROBERT,
SR. INDIVIDUALLY AND ON BEHALF
OF DENOTA DECUIR; JIMMY J.

33

BR 421753 1

ROBERT, SR. INDIVIDUALLY AND ON BEHALF OF JIMESHA DECUIR; LATASHA MARTIN INDIVIDUALLY AND ON BEHALF OF TYRON D. DELMORE; GAYTHA L. BYNUM INDIVIDUALLY AND ON BEHALF OF TYSON DEMPSEY; ASHLEY DENHAM; JOSEPH BUNCH INDIVIDUALLY AND ON BEHALF OF TERRY DENHAM; JANICE JONES INDIVIDUALLY AND ON BEHALF OF DIAMANTE DENTS; ARTHUR DICKERSON; BARBARA DICKERSON; QUENTIN DICKERSON INDIVIDUALLY AND ON BEHALF OF COURTNEY DICKERSON; ARTHUR DICKERSON INDIVIDUALLY AND ON BEHALF OF CRYSTAL DICKERSON; ARTHUR DICKERSON INDIVIDUALLY AND ON BEHALF OF CYLERLY DICKERSON; QUENTIN DICKERSON; QUENTIN DICKERSON INDIVIDUALLY AND ON BEHALF OF QUINESHA DICKERSON; SHELIA DICKERSON; HENRI PAYNE INDIVIDUALLY AND ON BEHALF OF TRAVIS DICKERSON; VIQUINNA DIEBEUON; DARLENE DIXON INDIVIDUALLY AND ON BEHALF OF CEDRICK DIXON; DARLENE DIXON INDIVIDUALLY AND ON BEHALF OF COURTNEY DIXON; DARLENE DIXON; DARLENE DIXON INDIVIDUALLY AND ON BEHALF OF RICHARD DIXON; EDDIE DOGAN; MICHAEL DOMINGUE; JENNIFER CRITNEY INDIVIDUALLY AND ON BEHALF OF MAGNUM DOMINO; PETER DONALD; ALBERTA DONATTO; HENRY DORSEY, JR. INDIVIDUALLY AND ON BEHALF OF BRITTNEY DORSEY; HENRY DORSEY, JR. INDIVIDUALLY AND ON BEHALF OF CANDICE DORSEY; DAMON DORSEY; YVETTE DORSEY INDIVIDUALLY AND ON BEHALF OF DEMONTRELL DORSEY;

34

DERWIN DORSEY; EDITH DORSEY;
FANNIE DORSEY; YVETTE DORSEY
INDIVIDUALLY AND ON BEHALF OF
RENE DORSEY; RODNEY W. DORSEY;
SHAKIA H. DORSEY; TYRONE
DORSEY; WILMER DORSEY;
YVETTE DORSEY; HENRY DORSEY,
JR.; ROY E. DORTY; TAMMY DORSEY;
LLOYD DOUCETTE, JR.; ELIZABETH
A. DOUGLAS; EVELYN DOUGLAS;
FAEBREANNE DOUGLAS; STELLA
MURPHY INDIVIDUALLY AND ON
BEHALF OF JAZMIN DOUGLAS;
RENWICK DOUGLAS INDIVIDUALLY
AND ON BEHALF OF J'MYREHEA
DOUGLAS; RENWICK DOUGLAS;
REYNARD H. DOUGLAS, JR.
INDIVIDUALLY AND ON BEHALF OF
REYNECIA DOUGLAS; RONALD
DOUGLAS; RENWICK DOUGLAS
INDIVIDUALLY AND ON BEHALF OF
S'YLECIA DOUGLAS; RENICCA
WILLIAMS INDIVIDUALLY AND ON
BEHALF OF ZMYREHEA DOUGLAS;
REYNARD H. DOUGLAS, JR.
INDIVIDUALLY AND ON BEHALF OF
REYNARD H. DOUGLAS, III; REYNARD
H. DOUGLAS, JR.; REYNARD H.
DOUGLAS, SR.; ANGELA R. DOWDY;
MARLENE DOYLE-MOORE
INDIVIDUALLY AND ON BEHALF OF
DAVID DOYLE; FRANK D. DOYLE;
TAMARA D. DOYLE; MARLENE
DOYLE-MOORE; DEVLIN DUKES;
CASSANDRA ANTOINE
INDIVIDUALLY AND ON BEHALF OF
DEVIN DUNBAR; DEBRA DUNCAN;
HENRY DUNCAN; BRIDGETTE DUNN;
CYNTHIA DUNN; LANCE DUNN; PAUL
DUNN; CHARLEY
DUNN, JR.; CARL K. DUNN, JR.; DEZIE
EADES; ADLEAN EDWARDS; DARREL
EDWARDS; DARREL EDWARDS
INDIVIDUALLY AND ON BEHALF OF
DARYLE EDWARDS; TYWANDA

35

BR 421753 1

EDWARDS INDIVIDUALLY AND ON
BEHALF OF DORNESSIA EDWARDS;
ADLEAN EDWARDS INDIVIDUALLY
AND ON BEHALF OF GARY
EDWARDS; HAROLD EDWARDS;
WELTON SMITH INDIVIDUALLY AND
ON BEHALF OF KRYSTAL D.
EDWARDS; TYWANDA EDWARDS;
WANDA EDWARDS; YANCY
EDWARDS; BYRAN JACKSON, SR.
INDIVIDUALLY AND ON BEHALF OF
MARION N. ELMORE; ALBERT
EMERY; ALBERT EMERY
INDIVIDUALLY AND ON BEHALF OF
NICHOLAS EMERY; REV. JAMES
ENGLAND; JULIA ENGLAND; DEBRA
ENGLISH INDIVIDUALLY AND ON
BEHALF OF ASIA ENGLISH; DEBRA
ENGLISH; WILLIE M. GUSS
INDIVIDUALLY AND ON BEHALF OF
JONTRELL ESCO; RENNA FABRE;
KACHANNA R. FAIR; DAVIS FAIR, JR.;
WARDELL R, IRVIN INDIVIDUALLY
AND ON BEHALF OF JORDAN
FAVORITE; RONALD FAVORITE;
SHARON L. FEFIE INDIVIDUALLY
AND ON BEHALF OF ALESHIA FEFIE;
SHARON L. FEFIE INDIVIDUALLY
AND ON BEHALF OF ARESHIA FEFIE;
SHARON L. FEFIE; LAMONT FELLS
INDIVIDUALLY AND ON BEHALF OF
AMEKA FELLS; LAMONT FELLS;
ROWENA B. FIELDS
INDIVIDUALLY AND ON BEHALF OF
CAMERON C. FIELDS; JACQUELINE
FIELDS; CAROL ALLEN
INDIVIDUALLY AND ON BEHALF OF
RAJANEE' FIELDS; ROWENA B.
FIELDS; CAROL ALLEN
INDIVIDUALLY AND ON BEHALF OF
SHAMAR FIELDS; MARIE AUGUSTUS
INDIVIDUALLY AND ON BEHALF OF
CHARLES FLETCHER; MICHAEL
FLORIDA, SR.; LANDRY C.
FONTENOT; BARBARA FOREST;

BR 421753 I

CHERISSE FOREST; CHERISSE FOREST INDIVIDUALLY AND ON BEHALF OF DILON FOREST; CHERISSE FOREST INDIVIDUALLY AND ON BEHALF OF JONATHAN FOREST, JR.; SHERMAN FORT; CORETTA L. WILSON INDIVIDUALLY AND ON BEHALF OF JONATHAN M. FOUNTAIN; DEBBIE FRANCIS INDIVIDUALLY AND ON BEHALF OF DAMION FRANCIS; DEBBIE FRANCIS; CARL K. DUNN, JR. INDIVIDUALLY AND ON BEHALF OF KEITHAN FRANCOIS; ARTHUR H. FRANKLIN; TAHITA FRANKLIN INDIVIDUALLY AND ON BEHALF OF DAVONNE FRANKLIN; DONALD FRANKLIN; EARL FRANKLIN; TAHITA FRANKLIN; RACHELLE SMITH INDIVIDUALLY AND ON BEHALF OF TREMAYNE FRANKLIN; ERNEST FRANKLIN, SR.; CARMELITA WILSON INDIVIDUALLY AND ON BEHALF OF CHARMAINE FREEMAN; CARMELITA WILSON INDIVIDUALLY AND ON BEHALF OF SHAWN FREEMAN, JR.; SHARON L. FEFIE INDIVIDUALLY AND ON BEHALF OF ANTHONY FEFIE, JR; LEO C. GABLE; SADIE GAGE INDIVIDUALLY AND ON BEHALF OF BREIANNA GAGE; SADIE GAGE INDIVIDUALLY AND ON BEHALF OF QUINTRELL GAGE; SADIE GAGE; HERMAN GAGE, JR.; WANDA GALLOWAY; JOSEPH GASPER; LOUISE GASPER; THOMAS J. GATLIN; BRENDA GAUTIER; HILDA T. GAUTIER; BERNADINE GAY; CARLTON GAY; DREXEL GAY; CYNTHIA GAYDEN; LEILA GAYDEN; PAUL GAYDEN; DIANE LEE INDIVIDUALLY AND ON BEHALF OF SHAMECA GIBSON; TWANNA GILBEAUX; OLLIE GILDERSLEEVE INDIVIDUALLY AND ON BEHALF OF

37

BR:421753.1

EMMANUELE GILDERSLEEVE; OLLIE GILDERSLEEVE; OLLIE GILDERSLEEVE INDIVIDUALLY AND ON BEHALF OF XAVIER GILDERSLEEVE; JOHN KNIGHT INDIVIDUALLY AND ON BEHALF OF BIANCA GILDERSLEEVE; GEORGIANA GILLIS; GEORGIANA GILLIS INDIVIDUALLY AND ON BEHALF OF JAMES GILLIS, JR.; ISAAC GILMORE; ISAAC GILMORE INDIVIDUALLY AND ON BEHALF OF RAVEN GILMORE; ISAAC GILMORE INDIVIDUALLY AND ON BEHALF OF ROBIN GILMORE; CHARLENE D. LEBLANC INDIVIDUALLY AND ON BEHALF OF JEREMY B. GIPSON; CHARLES GLASPER; RAYMARD M. PARKER, SR. INDIVIDUALLY AND ON BEHALF OF DEVIN GODCHAUX; RAYMARD M. PARKER, SR. INDIVIDUALLY AND ON BEHALF OF DEVON GODCHAUX; CAROLYN GORDON; BRIDGETTE DUNN INDIVIDUALLY AND ON BEHALF OF DENNIS GORDON; JACQUELINE P. GORDON; JUANITA GORDON; KIFFANY GORDON INDIVIDUALLY AND ON BEHALF OF KAYLON GORDON; JACQUELINE P. GORDON INDIVIDUALLY AND ON BEHALF OF KENNEDRA GORDON; KIFFANY GORDON INDIVIDUALLY AND ON BEHALF OF KIERRA GORDON; KIFFANY GORDON; JUANITA GORDON INDIVIDUALLY AND ON BEHALF OF NANNISHA GORDON; BARBARA GRANGER; CHARLIE B. GRANGER; BARBARA GRAY; BARBARA GRAY INDIVIDUALLY AND ON BEHALF OF CLIFFORD GRAY; DOROTHY GRAY; JONATHAN GRAY; MARY GRAY; PERCY GRAY; ROBIN GRAY; TIQUANICA GRAY; ALEX GRAY, JR.; STEPHANIE G. WHITE

38

BR 421753.1

INDIVIDUALLY AND ON BEHALF OF
ASHLEY GREEN; BETTY GREEN;
DARLENE W. GREEN INDIVIDUALLY
AND ON BEHALF OF CARLY GREEN;
DARLENE W. GREEN INDIVIDUALLY
AND ON BEHALF OF CHANNIN
GREEN; DARLENE W. GREEN
INDIVIDUALLY AND ON BEHALF OF
CHRISTOPHER GREEN; GEISHA
SPRIGGS INDIVIDUALLY AND ON
BEHALF OF DAMIEN GREEN;
DARLENE W. GREEN; PATRICIA
GREEN INDIVIDUALLY AND ON
BEHALF OF DEVIN GREEN; GLADYS
M. GREEN; KEVIN GREEN; LIONEL
GREEN; PATRICIA GREEN
INDIVIDUALLY AND ON BEHALF OF
LUTASSHI GREEN; PATRICIA GREEN
INDIVIDUALLY AND ON BEHALF OF
MALIK GREEN; PATRICIA GREEN;
TAMEKA GREEN; VIOLA GREEN;
GEISHA SPRIGGS INDIVIDUALLY
AND ON BEHALF OF MARVIN GREEN,
JR.; SHAMEKA GREMILLION
INDIVIDUALLY AND ON BEHALF OF
AIKEEN GREMILLION; SHAMEKA
GREMILLION INDIVIDUALLY AND ON
BEHALF OF AJARRIUS GREMILLION;
DARLENE GREMILLION; SHAMEKA
GREMILLION; DARLENE
GREMILLION INDIVIDUALLY AND ON
BEHALF OF TIFFANY GREMILLION;
SCHANTELL GRIFFIN; CEDRIC
GRIMES; CEDRIC GRIMES
INDIVIDUALLY AND ON BEHALF OF
JALEN GRIMES; LILLIE GRIMES;
GERALD GRIMES, JR.; ERIC GUIDRY;
JERRENDA D. GUIDRY; JERRENDA D.
GUIDRY INDIVIDUALLY AND ON
BEHALF OF TYLER J. GUIDRY;
HARVEY GUSS INDIVIDUALLY AND
ON BEHALF OF ADRIAN GUSS;
HARVEY GUSS; LOIS GUSS; WILLIE
M. GUSS INDIVIDUALLY AND ON
BEHALF OF MARCH GUSS; HARVEY

39

GUSS INDIVIDUALLY AND ON
BEHALF OF MARCUS GUSS;
QUENISHA GUSS; SHERITA GUSS;
WILLIE M. GUSS; WILLIE GUSS, JR.;
JAMES GWIN; SHIRLEY A. JOHNSON
INDIVIDUALLY AND ON BEHALF OF
RODRICK HALE; SHIRLEY A.
JOHNSON INDIVIDUALLY AND ON
BEHALF OF TIFFANY HALE;
PRISCILLA HALL INDIVIDUALLY
AND ON BEHALF OF CHELSEA HALL;
DANA HALL; KELVIN D. HALL;
MERVIN HALL; PRISCILLA HALL;
ROGER D. HALL; HENRY HALL, JR.;
KHAYA HAMILTON; OSSIE
HAMILTON; ROBERT J. HARDESTY,
JR. INDIVIDUALLY AND ON BEHALF
OF DEMARCUS HARDESTY; ROBERT
J. HARDESTY, JR. INDIVIDUALLY
AND ON BEHALF OF QUINTINA
HARDESTY; ROBERT J. HARDESTY,
JR.; ELAINE G. HARDIN; ELAINE G.
HARDIN INDIVIDUALLY AND ON
BEHALF OF KEVIN HARDIN; MARCIO
A. HARDY INDIVIDUALLY AND ON
BEHALF OF MALIK A. HARDY;
MARCIO A. HARDY; TRUDY HARDY;
ANTONIO C. HARRIS; BRANDON
HARRIS; FLORENCE HARRIS; JOYCE
B. ROBINSON INDIVIDUALLY AND ON
BEHALF OF FREDRICK HARRIS;
JANNIE HARRIS; GLADYS M. GREEN
INDIVIDUALLY AND ON BEHALF OF
JNKENZI I. HARRIS; LATASHA
HARRIS; LILLIE HARRIS; LIONEL
HARRIS; LATASHA HARRIS
INDIVIDUALLY AND ON BEHALF OF
NAJOUA HARRIS; NOAH F. HARRIS;
SHELIA HARRIS; SHEMETREAL
HARRIS; GEORGE HARRIS, JR.;
HANNAH HARRISON; GROVER C.
HARRISON, JR.; DONALD HART;
CRYSTAL ALEXANDER
INDIVIDUALLY AND ON BEHALF OF
JAELEAH HART; BENITA HAWKINS;

40

BR:421753 1

BENITA HAWKINS INDIVIDUALLY
AND ON BEHALF OF BRENNEN
HAWKINS; EARL HAWKINS; RUTH
WHITE INDIVIDUALLY AND ON
BEHALF OF JAYMEL HAWKINS;
JEROME HAYES; SHAMEKA
GREMILLION INDIVIDUALLY AND ON
BEHALF OF A'JAYVIS HAYNES;
STEPHANIE HAYNES; JERRY HEBERT
INDIVIDUALLY AND ON BEHALF OF
JERRICA L. HEBERT; JERRY
HEBERT; WANDA W. HEBERT;
ANNETTE N. HENDERSON; FRANKIE
D. HENDERSON; ANNETTE
HENDERSON INDIVIDUALLY AND ON
BEHALF OF JOHNNY D. HENDERSON;
ANNETTE N. HENDERSON
INDIVIDUALLY AND ON BEHALF OF
KRISTEN S. HENDERSON; ROSE L.
HENDERSON; FRANKIE D.
HENDERSON, JR.; TVRIYA MC KINES
INDIVIDUALLY AND ON BEHALF OF
BRIANNA HENRY; TVRIYA MC KINES
INDIVIDUALLY AND ON BEHALF OF
CRYSTAL HENRY; TVRIYA A.
MCKINES INDIVIDUALLY AND ON
BEHALF OF DEVANTE HENRY;
SHELIA R. HENRY; GILBERT L.
HENRY, SR.; PHILLIP HERBERT
INDIVIDUALLY AND ON BEHALF OF
JULIAN HERBERT; PHILLIP HERBERT
INDIVIDUALLY AND ON BEHALF OF
JVEZ HERBERT; PHILLIP HERBERT;
THOMAS HERBERT, JR.; KRISTAIN
HERTZOCK; LEO HILTON; ARONDA
HOLIDAY; EMMA HOLLOWAY;
JACKIE HONORE; LEO M. HONORE;
CONSTANCE MCDERMOTT
INDIVIDUALLY AND ON BEHALF OF
KAYLA HONRY; RUFUS HOUSTON;
DARRYL L. HOWARD; TERILYN
HOWARD INDIVIDUALLY AND ON
BEHALF OF NOAH M. HOWARD;
TERILYN HOWARD; DEMETRIS
HUDSON; J. C. HUGHES; RODDRICK

41

BR 421753 1

HUGHES; PAMELA ROBINSON
INDIVIDUALLY AND ON BEHALF OF
EARNEST L. HUNT; ALTHIA HYMES;
RONALD W. SPRADLEY
INDIVIDUALLY AND ON BEHALF OF
BARRY HYMES; RONALD W.
SPRADLEY INDIVIDUALLY AND ON
BEHALF OF BRANDON HYMES;
RONALD W. SPRADLEY
INDIVIDUALLY AND ON BEHALF OF
BRITTANY HYMES; PAUL HYMES;
LOUIS IKE, JR.; WARDELL R. IRVIN
INDIVIDUALLY AND ON BEHALF OF
JAMAAR W. IRVIN; WARDELL R.
IRVIN INDIVIDUALLY AND ON
BEHALF OF KRYSTLE L. IRVIN;
WARDELL R. IRVIN INDIVIDUALLY
AND ON BEHALF OF LINDSAY IRVIN;
WARDELL R. IRVIN; ANITRA ISAAC;
GERALD J. ISAAC; GERALD J. ISAAC
INDIVIDUALLY AND ON BEHALF OF
GERALD ISAAC, JR.; JOSEPH ISAAC;
LATHERINE ISAAC; LENORA ISAAC;
GERALD J. ISAAC INDIVIDUALLY
AND ON BEHALF OF   LETTIE N.
ISAAC; YOLANDA ISAAC; BYRON
ISAC; ANDRE' JACKSON; BEATRICE
JACKSON; BRENDA JACKSON;
BRITTANEY D. JACKSON; DARLENE
D. JACKSON; DEIDRA JACKSON;
HELEN L. JACKSON; MARY GRAY
INDIVIDUALLY AND ON BEHALF OF
JONATHAN JACKSON; KELVIN
JACKSON; KEOSHIA JACKSON;
LIONEL JACKSON; MALCOLM
JACKSON; MILLIE A. JACKSON;
MONICA JACKSON; ROBERT
JACKSON; TESSA M. MORGAN
INDIVIDUALLY AND ON BEHALF OF
TERRON JACKSON; TERRY
JACKSON; MARY GRAY
INDIVIDUALLY AND ON BEHALF OF
TONYETTA JACKSON; HENRY
JACKSON, III; ERNEST JACKSON, SR.
INDIVIDUALLY AND ON BEHALF OF

BR 421753 1

ERNEST JACKSON, JR.; ERNEST JACKSON, SR.; BYRAN JACKSON, SR. INDIVIDUALLY AND ON BEHALF OF BYRAN JACKSON, JR.; BYRAN JACKSON, SR.; EMANUEL JACOB INDIVIDUALLY AND ON BEHALF OF DARIUS JACOB; EMANUEL JACOB INDIVIDUALLY AND ON BEHALF OF EBONISS D. JACOB; EMANUEL JACOB; TANYA POWELL INDIVIDUALLY AND ON BEHALF OF DONISHA JACOBS; TANYA POWELL INDIVIDUALLY AND ON BEHALF OF TANISHA JACOBS; DIONEL L. JACOBS, SR.; DIONEL L. JACOBS, SR. INDIVIDUALLY AND ON BEHALF OF DIONEL L. JACOBS, JR.; GWENDOLYN BARTNEY-JAMES INDIVIDUALLY AND ON BEHALF OF ARIENNA JAMES; GWENDOLYN BARTNEY-JAMES INDIVIDUALLY AND ON BEHALF OF AUSTIN JAMES; CEOLA JAMES; MARIE AUGUSTUS INDIVIDUALLY AND ON BEHALF OF CHANDLER JAMES; LAVANECIA L. JAMES INDIVIDUALLY AND ON BEHALF OF DARWIN C. JAMES; LAVANECIA L. JAMES INDIVIDUALLY AND ON BEHALF OF DEVIN L. JAMES; LAVANECIA L. JAMES INDIVIDUALLY AND ON BEHALF OF DONOVAN J. JAMES; GWENDOLYN BARTNEY-JAMES; JARRIAN L. JAMES; JORDON JAMES; KIMBERLIA JAMES; LAVANECIA L. JAMES; MARTINA JAMES; TONY D. JAMES; DONALD JAMES, JR.; CHARLES L. JAMES, JR.; CHARLES L. JAMES, SR.; CURRY JANISHA; CHANEL JARMON INDIVIDUALLY AND ON BEHALF OF AISHA JARMON; CHANEL JARMON; CHANEL JARMON INDIVIDUALLY AND ON BEHALF OF COREL JARMON; CHANEL JARMON INDIVIDUALLY AND ON BEHALF OF

43

BR 421753 1

TREVOR JARMON; MELVIN L.
JARREAUS; JAMES A. JARREAU, JR.;
RUBY JEFFERSON; ALICE S. JENKINS;
CRAYLON PARKER INDIVIDUALLY
AND ON BEHALF OF AMUYA
JENKINS; CRAYLON PARKER
INDIVIDUALLY AND ON BEHALF OF
AYSA JENKINS; CAROLYN JENKINS;
LATOYA JENKINS INDIVIDUALLY
AND ON BEHALF OF COURTLAND D.
JENKINS; DAVID JENKINS; EDITH T.
JENKINS; LATOYA JENKINS; ALICE S.
JENKINS INDIVIDUALLY AND ON
BEHALF OF NADIA A. JENKINS;
KEDRA WASHINGTON
INDIVIDUALLY AND ON BEHALF OF
TERRY JENKINS; KEDRA
WASHINGTON INDIVIDUALLY AND
ON BEHALF OF TONYA JENKINS;
JACKIE JOHNSEN; SIDNEY
WASHINGTO, JR. INDIVIDUALLY AND
ON BEHALF OF AMY JOHNSON;
LATUNGA JOHNSON INDIVIDUALLY
AND ON BEHALF OF ANTONIO
JOHNSON; BRENDA M. JOHNSON;
CAROLYN JOHNSON INDIVIDUALLY
AND ON BEHALF OF BRITTANY
JOHNSON; CAROLYN JOHNSON;
CAROLYN JOHNSON; CARRIE
JOHNSON; REIKAN JOHNSON
INDIVIDUALLY AND ON BEHALF OF
CHANDI R. JOHNSON; BRENDA
JACKSON INDIVIDUALLY AND ON
BEHALF OF DAMON JOHNSON;
DANIEL E. JOHNSON; DOROTHY
JOHNSON; EBONY JOHNSON;
EMANUEL JOHNSON; GLORIA D.
JOHNSON; GWENEVERE JOHNSON;
HOWARD JOHNSON; JACQUELINE S.
JOHNSON; ANDRE RILEY, SR.
INDIVIDUALLY AND ON BEHALF OF
JAMACUS JOHNSON; LATUNGA
JOHNSON INDIVIDUALLY AND ON
BEHALF OF JAMALCOLM JOHNSON;
RHONDA JOHNSON INDIVIDUALLY

44

BR 421753.1

AND ON BEHALF OF JANAY
JOHNSON; LATUNGA JOHNSON
INDIVIDUALLY AND ON BEHALF OF
JAVONTE JOHNSON; RHONDA
JOHNSON INDIVIDUALLY AND ON
BEHALF OF JAWAY JOHNSON;
BARBARA PERRY INDIVIDUALLY
AND ON BEHALF OF JEREMY
JOHNSON; JESSIE JOHNSON; REIKAN
JOHNSON INDIVIDUALLY AND ON
BEHALF OF JONATHAN M.
JOHNSON; CONNIE WHITE
INDIVIDUALLY AND ON BEHALF OF
JUSTIN JOHNSON; BRENDA M.
JOHNSON INDIVIDUALLY AND ON
BEHALF OF JYRIC JOHNSON;
BRENDA M. JOHNSON INDIVIDUALLY
AND ON BEHALF OF KENNY
JOHNSON; LATUNGA JOHNSON;
LAWRENCE JOHNSON; GLADYS
SEALS INDIVIDUALLY AND ON
BEHALF OF LIONEL JOHNSON;
EBONY JOHNSON INDIVIDUALLY
AND ON BEHALF OF MAKAYLA
JOHNSON; DELLA ODOM
INDIVIDUALLY AND ON BEHALF OF
MARVIN JOHNSON; GWENEVERE
JOHNSON INDIVIDUALLY AND ON
BEHALF OF RASHAD JOHNSON;
REIKAN JOHNSON; RENETTA
JOHNSON; RHONDA JOHNSON;
SHERMAINE JOHNSON; SHIRLEY A.
JOHNSON; SIAH JOHNSON; TRAVIS
JOHNSON; VELMA JOHNSON; DIANE
WASHINGTON INDIVIDUALLY AND
ON BEHALF OF CURLY JOHNSON, III;
HUEY JOHNSON, III; JENNIFER
PAYTON INDIVIDUALLY AND ON
BEHALF OF JESSIE JOHNSON, III;
ROBERT JOHNSON, III; KEDRA
BERNARD INDIVIDUALLY AND ON
BEHALF OF AARON JOHNSON, JR.;
LAWRENCE JOHNSON, JR.; MICHAEL
JOHNSON, JR.; RHONDA JOHNSON
INDIVIDUALLY AND ON BEHALF OF

BR 421753 1

ROLAND JOHNSON, JR.; LAWRENCE JOHNSON, SR.; ANTHONY G. NASH INDIVIDUALLY AND ON BEHALF OF ANTHONY G. JONES; BRENDA JONES; RICHARD JONES, JR. INDIVIDUALLY AND ON BEHALF OF CHRISTOPHER JONES; JO'ETTA JONES INDIVIDUALLY AND ON BEHALF OF DAISHA JONES; GALYN JONES; JAMES JONES; JANICE JONES; JO'ETTA JONES; DEBBIE FRANCIS INDIVIDUALLY AND ON BEHALF OF JONATHAN JONES; JOSEPH JONES; JOSEPHINE JONES; GALYN JONES INDIVIDUALLY AND ON BEHALF OF JOSHUA JONES; JOYCE T. JONES; LAURA K. JONES; LAWRENCE JONES; LINDA G. MILTON INDIVIDUALLY AND ON BEHALF OF LUCY D. JONES; LULA M. JONES; MELBA JONES; MICHAEL JONES; OLIVER JONES, JR. INDIVIDUALLY AND ON BEHALF OF OLIVER H. JONES; OLIVER JONES; LOUELLA JONES INDIVIDUALLY AND ON BEHALF OF   PAULA JONES; RONALD FAVORITE INDIVIDUALLY AND ON BEHALF OF  RONYA JONES; ROSA M. JONES; ROSE JONES; SHAWN JONES; TERRANCE JONES; KEITH  WASHINGTON,  SR. INDIVIDUALLY AND ON BEHALF OF TIREKA JONES; WILLIE JONES; RICHARD JONES, JR.; OLIVER JONES, JR.; WESLEY JONES, JR.; MICHAEL K. JONES, SR.; ADAM T. JORDAN; BOBBY E. JORDAN INDIVIDUALLY AND ON BEHALF OF ASIA A. JORDAN; BOBBY E. JORDAN INDIVIDUALLY AND ON BEHALF OF   BOBBI G. JORDAN; BOBBY E. JORDAN; BRENDA L. JORDAN; BRENDA JORDAN; ERIC JORDAN; PAULA Y. JORDAN; RANDOLPH JORDAN; RONALD JORDAN; YOLANDA JORDAN; PAULA Y. JORDAN INDIVIDUALLY AND ON

BR 421753.1

BEHALF OF WILBERT JORDAN, JR.;
ANDRE JOSEPH; BEATRICE JOSEPH;
CHRISTOPHER JOSEPH; CRYSTAL
JOSEPH; CYNTHIA JOSEPH;
HERRIETTA JOSEPH; CRYSTAL
JOSEPH INDIVIDUALLY AND ON
BEHALF OF KALEAH N. JOSEPH;
LASHEIKA JOSEPH; CYNTHIA
JOSEPH INDIVIDUALLY AND ON
BEHALF OF MALCOLM JOSEPH;
VONDA JOSEPH INDIVIDUALLY AND
ON BEHALF OF MARLON JOSEPH;
MARY C. JOSEPH; PHILLIP JOSEPH;
VONDA JOSEPH; WILLIAM JOSEPH;
MICHAEL JOSEPH, JR.; MELVIN
KADOR; AMANDA C. KELLER; EBONY
D. KELLER; AMANDA C. KELLER
INDIVIDUALLY AND ON BEHALF OF
NASHAY KELLER; KIMATOYA
KELLY; LORRAINE KELLY; DONALD
KITTS; RANDOLPH KITTS; TRACIE
KITTS; LOLA WESLEY
INDIVIDUALLY AND ON BEHALF OF
ASHANTE KNIGHT; HARRY KNIGHT;
LOLA WESLEY INDIVIDUALLY AND
ON BEHALF OF JAION KNIGHT;
JOHN KNIGHT; JAMEL KNIGHTEN;
KELVIN KNIGHTEN; MARY
KNIGHTEN; ALBERT K. KNOX;
SHARON KNOX; YVONNE KNOX; ROY
V. KNOX, JR.; ROY V. KNOX, SR.;
BRANDY M. LABODE; JOYCE M.
LABODE; DELTA MCCRAY
INDIVIDUALLY AND ON BEHALF OF
LANCE LABRY, JR.; JAMES LABRY,
SR.; KAREN LACOX INDIVIDUALLY
AND ON BEHALF OF DARIUS LACOX;
SYLVIA LACOX INDIVIDUALLY AND
ON BEHALF OF JOHNATHAN LACOX;
SYLVIA LACOX INDIVIDUALLY AND
ON BEHALF OF JOSHUA LACOX;
KAREN LACOX; SYLVIA LACOX;
CLERICE LACY; CONSTANCE
LAFAYETTE; CONSTANCE
LAFAYETTE INDIVIDUALLY AND ON

BR.421753 1

BEHALF OF MARKUS LAFAYETTE; CONSTANCE LAFAYETTE INDIVIDUALLY AND ON BEHALF OF RHIKKI LAFAYETTE; ERIC LANDRY; MONROE J. LANDRY; DERRICK W. LANDS INDIVIDUALLY AND ON BEHALF OF ASHLEY LANDS; DERRICK W. LANDS INDIVIDUALLY AND ON BEHALF OF BRITTANY LANDS; DERRICK W. LANDS; HENRY LANDS; KAREN LANDS; DERRICK W. LANDS INDIVIDUALLY AND ON BEHALF OF LATOYA LANDS; SHERYL D. LANDS INDIVIDUALLY AND ON BEHALF OF QUENTIN LANDS; SHERYL D. LANDS; SHERYL D. LANDS INDIVIDUALLY AND ON BEHALF OF TYKEIRA LANDS; PAULA E. REED INDIVIDUALLY AND ON BEHALF OF ADARRIAL LANUS; CRYSTAL LAPHAND; ERNESTINE SMITH INDIVIDUALLY AND ON BEHALF OF ASHLEY LATELL; MARY J. LAWRENCE INDIVIDUALLY AND ON BEHALF OF DOMINIQUE LAWRENCE; MARY J. LAWRENCE; CHARLENE D. LEBLANC; CHARLENE D. LEBLANC INDIVIDUALLY AND ON BEHALF OF DEONTE' S. LEBLANC; ODESSA B. LEBLANC; VANESSA LEBLANC; CAROLYN R. LEE; CHRIS B. LEE; DIANE LEE; DIANE LEE INDIVIDUALLY AND ON BEHALF OF LATRISHA LEE; LESLEY C. LEE; NIESHA J. LEE; CAROLYN R. LEE INDIVIDUALLY AND ON BEHALF OF RHEA N. LEE; CAROLYN R. LEE INDIVIDUALLY AND ON BEHALF OF RHECIE N. LEE; CAROLYN R. LEE INDIVIDUALLY AND ON BEHALF OF RHENELL N. LEE; NIESHA J. LEE INDIVIDUALLY AND ON BEHALF OF TAIGEN A. LEE; LESLEY C. LEE INDIVIDUALLY AND ON BEHALF OF TYLER J. LEE; RICHARD N. LEE, III;

48

RICHARD LEE, JR.; LESLEY C. LEE
INDIVIDUALLY AND ON BEHALF OF
TODD G. LEE, JR.; TODD LEE, SR.;
WARREN LEJEUNE INDIVIDUALLY
AND ON BEHALF OF GABRIELLE
LEJEUNE; PHYLLIS LEJEUNE;
WARREN LEJEUNE INDIVIDUALLY
AND ON BEHALF OF WARREN
LEJEUNE, III; WARREN LEJEUNE;
MARY LEMAR INDIVIDUALLY AND
ON BEHALF OF CRYSTAL LEMAR;
DEDERIA LEMAR; DEREK LEMAR;
DEDERIA LEMAR INDIVIDUALLY
AND ON BEHALF OF ERICA LEMAR;
STACY LEMAR INDIVIDUALLY AND
ON BEHALF OF LYNEISHA LEMAR;
STACY LEMAR INDIVIDUALLY AND
ON BEHALF OF MARK LEMAR;
STACY LEMAR INDIVIDUALLY AND
ON BEHALF OF MARKESHIA LEMAR;
MARY LEMAR; DEDERIA LEMAR
INDIVIDUALLY AND ON BEHALF OF
MONISHA LEMAR; STACY LEMAR;
DEDERIA LEMAR INDIVIDUALLY
AND ON BEHALF OF TERRELL
LEMAR; WANDA LEMAR; AMY M.
LEMOYNE; MERRITE LEON, JR.;
ALEXANDER LEWIS; GREGORY A.
LEWIS INDIVIDUALLY AND ON
BEHALF OF ASHLEY LEWIS; SONDRA
WILLIAMS INDIVIDUALLY AND ON
BEHALF OF DONTREAL LEWIS;
TRACY LEWIS, JR. INDIVIDUALLY
AND ON BEHALF OF FRANCESCA
LEWIS; GREGORY A. LEWIS; JEAN
LEWIS; LASHAWN M. LEWIS; NADIA
LEWIS; TRACY LEWIS, JR.; TRACY
LEWIS, JR. INDIVIDUALLY AND ON
BEHALF OF TRACY LEWIS, III;
OSCAR N. PORTER INDIVIDUALLY
AND ON BEHALF OF ASHLEY L.
LIGHTS; NILLIE LINDSEY; AFRICIA
SPRADLEY INDIVIDUALLY AND ON
BEHALF OF LYESHIA LINK; AFRICIA
SPRADLEY INDIVIDUALLY AND ON

BR:421753 1

BEHALF OF LYDELL LINK, JR.;
LYDELL LINK, SR.;TIESLIA
WILLIAMS INDIVIDUALLY AND ON
BEHALF OF DEMIRACLE LITTLE;
LAWRENCE LITTLES, JR.; ROSA
LOCKETT; KAREN LACOX
INDIVIDUALLY AND ON BEHALF OF
MAURICE LACOX; DAVID LOLLIS;
LINDA LOLLIS INDIVIDUALLY AND
ON BEHALF OF DELICIA LOLLIS;
LINDA LOLLIS; MERRICK
MCKENNEY INDIVIDUALLY AND ON
BEHALF OF MICHAEL LONG, III;
FRANK LOUIS, SR. INDIVIDUALLY
AND ON BEHALF OF DARRIUS LOUIS;
FRANK LOUIS, SR. INDIVIDUALLY
AND ON BEHALF OF DEANDRE
LOUIS; DAVID LOLLIS
INDIVIDUALLY AND ON BEHALF OF
JAMES LOUIS; NADIA LOUIS; FRANK
LOUIS, SR. INDIVIDUALLY AND ON
BEHALF OF RAYMOND LOUIS, JR.;
FRANK LOUIS, SR.; GUY LOVE;
THERESA LOVE; MATILDIA LOVELY;
TWANNA GILBEAUX INDIVIDUALLY
AND ON BEHALF OF DEMONTA'
MALLORY; TWANNA GILBEAUX
INDIVIDUALLY AND ON BEHALF OF
MAURICE MALLORY; CHRISTINE A.
MANCHESTER; CHRISTINE A.
MANCHESTER INDIVIDUALLY AND
ON BEHALF OF DAVIE J.
MANCHESTER; DWANEISE MANOGIN
INDIVIDUALLY AND ON BEHALF OF
DEVAUGHN SMITH; DWANEISE
MANOGIN INDIVIDUALLY AND ON
BEHALF OF DORIA MANOGIN;
DWANEISE MANOGIN; FRANK
MARACALIN, JR. INDIVIDUALLY AND
ON BEHALF OF BRITTANY
MARACALIN; LOIS MARACALIN;
FRANK MARACALIN, JR.; SARAH
MARCELIN INDIVIDUALLY AND ON
BEHALF OF AYRINDER MARCELIN;
SARAH MARCELIN INDIVIDUALLY

50

BR 421753.1

AND ON BEHALF OF CHARLES
MARCELIN; SARAH MARCELIN
INDIVIDUALLY AND ON BEHALF OF
FATIMA MARCELIN; SARAH
MARCELIN; STEPHANIE MARSHALL
INDIVIDUALLY AND ON BEHALF OF
JESSSANIE MARSHALL; STEPHANIE
MARSHALL INDIVIDUALLY AND ON
BEHALF OF KHERWYN MARSHALL;
STEPHANIE MARSHALL; STEPHANIE
MARSHALL INDIVIDUALLY AND ON
BEHALF OF KEVIN MARSHALL, JR.;
APRIL MARTIN; LATASHA MARTIN
INDIVIDUALLY AND ON BEHALF OF
KACI D. MARTIN; LATASHA MARTIN;
NATASHA MARTIN; NORMA MARTIN;
ROXIE MARTIN; ODIS L. MARTIN, JR.;
ODIS MARTIN, SR.; LOLA WESLEY
INDIVIDUALLY AND ON BEHALF OF
RONALD MARTIN, JR.; PAMELA
MATTHEWS; ROBERT MATTHEWS;
PAMELA MATTHEWS INDIVIDUALLY
AND ON BEHALF OF CALVIN
MATTHEWS, JR.; KIMBERLY MAY;
KIMBERLY MAY INDIVIDUALLY AND
ON BEHALF OF L'VERT MAY; JANICE
MAYS; CONSTANCE MCDERMOTT;
TVRIYA A. MCKINES INDIVIDUALLY
AND ON BEHALF OF ADRIAN
MCKINES; TVRIYA A. MCKINES
INDIVIDUALLY AND ON BEHALF OF
ADRIANA MCKINES; TVRIYA A.
MCKINES INDIVIDUALLY AND ON
BEHALF OF LASHARA MCKINES;
TVRIYA A. MCKINES; IRIS E.
MCKINNEY; ROBERT MCQUIRTER;
YSHEKA MCCLAIN; BERTHA MCCOY;
DELTA MCCRAY; DOROTHY
MCDERMIC; DOROTHY MCDERMIC
INDIVIDUALLY AND ON BEHALF OF
CHARLES MCDERMIC, JR.; CATHY
MCGINNIS; ELLA J. MCGINNIS;
CATHY MCGINNIS INDIVIDUALLY
AND ON BEHALF OF SHONIECE L.
MCGINNIS; EARLINE SNEARL

51

BR.421753.1

INDIVIDUALLY AND ON BEHALF OF
SPENCER MCGINNIS; BETTY ALLEN
INDIVIDUALLY AND ON BEHALF OF
SHUNDRAKE MCKEEL; MERRICK
MCKENNEY; MELVIN MCNAIR, SR.
INDIVIDUALLY AND ON BEHALF OF
DEVAN D. MCNAIR; MELVIN MCNAIR,
SR. INDIVIDUALLY AND ON BEHALF
OF MELVIN MCNAIR, JR.; MELVIN
MCNAIR, SR.; EVERLENA
MELANCON; ALMA MELTON; DENISE
CLAIBORNE INDIVIDUALLY AND ON
BEHALF OF DARIUS MERRILL;
JACQUELINE METEVIA; ERNESTINE
METEVIA; ALMA R. MIDDLEBROOKS;
MARVIN D. MILES; JACKIE MILES,
JR.; SHAREESE MILLER
INDIVIDUALLY AND ON BEHALF OF
BRITTANY MILLER; SHAREESE
MILLER INDIVIDUALLY AND ON
BEHALF OF ISAAC MILLER; RICARD
MILLER; SHAREESE MILLER;
SHAREESE MILLER INDIVIDUALLY
AND ON BEHALF OF TRAVIS
MILLER; LINDA G. MILTON; EMMETT
MINOR, JR.; GERALDINE MITCHELL;
ROYAL MITCHELL INDIVIDUALLY
AND ON BEHALF OF LATOYA
MITCHELL; LEROY H. MITCHELL;
JOYCE M. LABODE INDIVIDUALLY
AND ON BEHALF OF MALCOLM J.
MITCHELL; ROYAL MITCHELL
INDIVIDUALLY AND ON BEHALF OF
MARIO MITCHELL; ROYAL
MITCHELL; TYRONE MITCHELL;
WAYNE T. MITCHELL; ROY
MITCHELL, JR.; CAROL E. MOLDEN;
CAROL E. MOLDEN INDIVIDUALLY
AND ON BEHALF OF RHONDA S.
MOLDEN; CAROL E. MOLDEN
INDIVIDUALLY AND ON BEHALF OF
RONNEKA L. MOLDEN; BEOLA
MOLDEN-OLIVER; NIKENDRA T.
MOLERE INDIVIDUALLY AND ON
BEHALF OF JAYLEN M. MOLERE;

BR:421753 1

NIKENDRA T. MOLERE; EVELYN
MONROE; MARY MORRIS
INDIVIDUALLY AND ON BEHALF OF
DONOVAN MONTGOMERY; MARY
MORRIS INDIVIDUALLY AND ON
BEHALF OF TYLER MONTGOMERY;
MARY MORRIS INDIVIDUALLY AND
ON BEHALF OF WILBERT
MONTGOMERY; TAMMY K. MOORE
INDIVIDUALLY AND ON BEHALF OF
BREA MOORE; CEOLA MOORE; FAYE
MOORE; GEORGE MOORE; GERRY W.
MOORE; LAFONDA MOORE
INDIVIDUALLY AND ON BEHALF OF
JADA MOORE; TAMMY K. MOORE
INDIVIDUALLY AND ON BEHALF OF
JALYN MOORE; LAFONDA MOORE
INDIVIDUALLY AND ON BEHALF OF
JERMAL MOORE; KENNETH J.
MOORE; LAFONDA MOORE; OLEVIA
MOORE; REGINALD MOORE;
RICHARD MOORE; RONNIE C.
MOORE; TAMMY K. MOORE;
THOMAS MOORE, JR.; TERESKA
MORGAN INDIVIDUALLY AND ON
BEHALF OF CAPRICE MORGAN;
CLARA MORGAN; TERESKA
MORGAN INDIVIDUALLY AND ON
BEHALF OF COURTNEY MORGAN;
CRAYLON PARKER INDIVIDUALLY
AND ON BEHALF OF DESTINY
MORGAN; EDDIE M. MORGAN;
MICHAEL J. MORGAN INDIVIDUALLY
AND ON BEHALF OF JERLASA
MORGAN; JOSEPH MORGAN;
MARCUS MORGAN; MARGERY
MORGAN; MICHAEL J. MORGAN
INDIVIDUALLY AND ON BEHALF OF
MEGAN MORGAN; MICHAEL J.
MORGAN; PAMELA MORGAN;
GREGORY A. LEWIS INDIVIDUALLY
AND ON BEHALF OF SHANETRIA
MORGAN; TESSA M. MORGAN
INDIVIDUALLY AND ON BEHALF OF
TAQUITA MORGAN; TERESKA

BR 421753 1

MORGAN; TESSA M. MORGAN; EDDIE
M. MORGAN INDIVIDUALLY AND ON
BEHALF OF MARVIN MORGAN, JR.;
MARY MORRIS; MICHAEL W.
MORRIS; MYRTLE MOSABY;
LORRAINE KELLY INDIVIDUALLY
AND ON BEHALF OF ANGELA
MOSBY; STELLA MURPHY; MATTYE
MYLES; ANTHONY G. NASH; ALISKA
NELSON; BARRY NELSON; BETTY
NELSON; GARATIE NELSON;
CLAUDETTE NETTER; EWELL O.
NETTER; ROSA NETTER; EWELL
NETTER, JR.; DELORES W. NEWMAN
INDIVIDUALLY AND ON BEHALF OF
ANTHONY NEWMAN; DELORES W.
NEWMAN; DELORES W. NEWMAN
INDIVIDUALLY AND ON BEHALF OF
ERICA NEWMAN; DELORES L.
NICHOLAS; LEROY NICHOLAS;
YVONNE NICHOLAS; TAMMY O'BEAR
INDIVIDUALLY AND ON BEHALF OF
GENTIL NICHOLAS JR.; EARNEST
NORTHERN; JANET WRIGHT
INDIVIDUALLY AND ON BEHALF OF
LAKEISHA NUNN; DIONNE O'BEAR;
DON O'BEAR; TAMMY O'BEAR;
WADE O'BEAR; WANDA D. O'BEAR;
DELLA ODOM; ROBIN C. ODOM;
ROBIN C. ODOM INDIVIDUALLY AND
ON BEHALF OF TIFFANI R. ODOM;
VALARIE M. OGONOR INDIVIDUALLY
AND ON BEHALF OF PHELICIA
OGONOR; VALARIE M. OGONOR ON
BEHALF OF PHILLYS OGONOR;
VALARIE M. OGONOR; ALTON J.
OLIVER, SR. INDIVIDUALLY AND ON
BEHALF OF HOLLY OLIVER;
JACQUELINE B. OLIVER; JAMES
OLIVER; BEOLA OLIVER
INDIVIDUALLY AND ON BEHALF OF
JOSEPH OLIVER; JACQUELINE B.
OLIVER INDIVIDUALLY AND ON
BEHALF OF LLOYD OLIVER;
JACQUELINE B. OLIVER

54

BR:421753 1

INDIVIDUALLY AND ON BEHALF OF
PRINCETON R. OLIVER; SHIRLEY
OLIVER;VERA OLIVER; ALTON J.
OLIVER; SR.; ODESSA WALKER
INDIVIDUALLY AND ON BEHALF OF
THAXTER OVERTON; DONALD PACK;
DONALD PACK INDIVIDUALLY AND
ON BEHALF OF  JASMINE PACK;
OLGA A. PACK; DONALD PACK
INDIVIDUALLY AND ON BEHALF OF
RYAN PACK; STEPHANIE K.
SIMONEAUX INDIVIDUALLY AND ON
BEHALF OF KENNETH C. PALMER;
CORINE PARKER; CRAYLON
PARKER; LOUIS PARKER; MONISHA
PARKER; LOUIS PARKER SR.;
RAYMARD M. PARKER, SR. RAYMARD
M. PARKER, SR. INDIVIDUALLY AND
ON BEHALF OF RAYMARD M.
PARKER; JR.; RAYMARD M. PARKER;
SR.; KRISTAIN HERTZOCK
INDIVIDUALLY AND ON BEHALF OF
ASIA PATNAM; STEPHANIE
WILLIAMS INDIVIDUALLY AND ON
BEHALF OF CHINESHIA PATTERSON;
JESS STOVALL INDIVIDUALLY AND
ON BEHALF OF JONATHAN
PATTERSON; MICHELLE Y. BAZILLE
INDIVIDUALLY AND ON BEHALF OF
QUYNESHIA M. PATTERSON; DAVID
PAUL; ARCHIE PAUL JR.; ARLENE
PAYNE; DEDRIA PAYNE
INDIVIDUALLY AND ON BEHALF OF
BRITTANY PAYNE; DEDRIA PAYNE;
HENRI PAYNE; ALBERT PAYNE, JR.
INDIVIDUALLY AND ON BEHALF OF
JASMINE PAYNE; DEIDRA PAYNE
INDIVIDUALLY AND ON BEHALF OF
JAY'ARA PAYNE; DEIDRA PAYNE
INDIVIDUALLY AND ON BEHALF OF
KOREY PAYNE; MARCUS PAYNE;
RONALD PAYNE; ALBERT PAYNE JR.;
ALBERT PAYNE SR.; JAMES PAYTON;
JENNIFER PAYTON; SHIRLEY M.
PAYTON INDIVIDUALLY AND ON

55

BR 421753 1

BEHALF OF JESSICA PAYTON; COLETTE PERKINS; SHERRY PERKINS INDIVIDUALLY AND ON BEHALF OF QUINESHA PERKINS; SHERRY PERKINS; SHERRY PERKINS INDIVIDUALLY AND ON BEHALF OF STEVEN PERKINS; QUINESHA L PERRY; BARBARA PERRY; ELIZABETH DOUGLAS INDIVIDUALLY AND ON BEHALF OF ANTONIO J. PHENIX; ALPHONSE PHILLIPS; MAKELIA PHILLIPS INDIVIDUALLY AND ON BEHALF OF LANDON PHILLIPS; MAKELIA PHILLIPS INDIVIDUALLY AND ON BEHALF OF LA'REN PHILLIPS; MAKELIA PHILLIPS; MAKELIA PHILLIPS INDIVIDUALLY AND ON BEHALF OF MAYA PHILLIPS; DENISE CLAIBORNE INDIVIDUALLY AND ON BEHALF OF DARIN PICOU; DENISE CLAIBORNE INDIVIDUALLY AND ON BEHALF OF DEVIN PICOU; HERBERT BYNUM INDIVIDUALLY AND ON BEHALF OF DANIELLE PIERRE; LILLIAN PIERRE; LILLIAN PIERRE INDIVIDUALLY AND ON BEHALF OF RAKEESHA PIERRE; LILLIAN PIERRE INDIVIDUALLY AND ON BEHALF OF TERIYONE PIERRE; CYNTHIA PINKEY; KAISHIA PINKNEY; TERRY PINKNEY; LESTER PINKNEY JR.; LESTER PINKNEY, SR.; PEARL PITTMAN; WALTER PITTMAN, JR.; ALEXIS PLANT; LINDA LOLLIS INDIVIDUALLY AND ON BEHALF OF ASHLEY PLANT; LINDA LOLLIS INDIVIDUALLY AND ON BEHALF OF KEIOSHA PLANT; AHDOLA M. POLK; SUBOLA M. POLK; EDMOND POLLARD, JR.; BEVERLY B. PORCH; BEVERLY B. PORCH INDIVIDUALLY AND ON BEHALF OF KIMBERLY PORCH; BEVERLY B. PORCH INDIVIDUALLY AND ON BEHALF OF

BR 421753 1

LARRY J. PORCH; LASHUNDRA
PORCH; OSCAR N. PORTER
INDIVIDUALLY AND ON BEHALF OF
AARON L. PORTER; JANELLE I.
PORTER; LAWRENCE D. PORTER;
MARY PORTER; OSCAR N. PORTER;
SHERIAL L PORTER; HOLLIS
POWELL, SR. INDIVIDUALLY AND ON
BEHALF OF DELFONTAY J. POWELL;
EMMA POWELL; TYRONE POWELL
INDIVIDUALLY AND ON BEHALF OF
JALYN POWELL; TYRONE POWELL
INDIVIDUALLY AND ON BEHALF OF
JAVIN POWELL; TANYA POWELL
INDIVIDUALLY AND ON BEHALF OF
JEREMY POWELL; JOSEPH H.
POWELL; EMMA POWELL
INDIVIDUALLY AND ON BEHALF OF
JOSHUA J. POWELL; HOLLIS
POWELL, SR. INDIVIDUALLY AND ON
BEHALF OF NICKOLAS J. POWELL;
HOLLIS POWELL, SR. INDIVIDUALLY
AND ON BEHALF OF RAE'QUAN J.
POWELL; SAMANTHA POWELL;
HOLLIS POWELL, SR. INDIVIDUALLY
AND ON BEHALF OF SHATERICA J.
POWELL; TIMMY POWELL
INDIVIDUALLY AND ON BEHALF OF
TAKIAYA POWELL; TANYA POWELL;
TIMMY POWELL; TYRONE POWELL;
HOLLIS POWELL SR. INDIVIDUALLY
AND ON BEHALF OF    HOLLIS H.
POWELL JR.; HOLLIS POWELL SR.;
ALISKA NELSON INDIVIDUALLY AND
ON BEHALF OF MYCHAL PRESTON;
PAULINE B. PRICE; WILLIE PRIM JR.;
HILDA PRUITT; DINAH G. PURNELL;
ROBERT D. PURNELL; IZELL
PURSLEY, SR.; KRISTAIN HERTZOCK
INDIVIDUALLY AND ON BEHALF OF
ASIA PUTMAN; BRENDA R. SMITH
INDIVIDUALLY AND ON BEHALF OF
BRANDON RACHAL; ARLENE SPEARS
INDIVIDUALLY AND ON BEHALF OF
ANDREA RANDALL; DARRELL

57

BR:421753 1

RANDALL; ARLENE SPEARS INDIVIDUALLY AND ON BEHALF OF JUSTIN RANDALL; ANTONE RAONE; NADIA LEWIS INDIVIDUALLY AND ON BEHALF OF DARRIUS REDDITT; ANGELA R. DOWDY INDIVIDUALLY AND ON BEHALF OF COURTENAY REECE; ANGELA R. DOWDY INDIVIDUALLY AND ON BEHALF OF CY-CHERISE REED; PAULA E. REED INDIVIDUALLY AND ON BEHALF OF KIEONNA N. REED; PAULA E. REED; PAULISHA V. REED; ANGELA R. DOWDY INDIVIDUALLY AND ON BEHALF OF TAMIKKA REED; DON O'BEAR INDIVIDUALLY AND ON BEHALF OF DESTINEY REID; BARRY T. RICARD; BLAIR D. RICARD; CARRIE A. RICARD; HELEN Y. RICARD; PAULETTE RICARD; PAULETTE RICARD INDIVIDUALLY AND ON BEHALF OF RENIKA RICARD; VICTOR RICARD; CYNTHIA RICHARDSON INDIVIDUALLY AND ON BEHALF OF THERON RICHARDSON; CYNTHIA RICHARDSON INDIVIDUALLY AND ON BEHALF OF BRITTNEY RICHARDSON; SHERMAN FORT INDIVIDUALLY AND ON BEHALF OF CHARMAINE RICHARDSON; ALTON J. OLIVER, SR. INDIVIDUALLY AND ON BEHALF OF CHRISTOPHER RICHARDSON; CYNTHIA RICHARDSON; DESIREE RICHARDSON; KAISHEA PINKNEY INDIVIDUALLY AND ON BEHALF OF IMARI RICHARDSON; DESIREE RICHARDSON INDIVIDUALLY AND ON BEHALF OF MAKALIA RICHARDSON; MARY ANN RICHARDSON; PRESELIA RICHARDSON; DESIREE RICHARDSON INDIVIDUALLY AND ON BEHALF OF TALIB RICHARDSON;

58

BR 421753 1

WILLIE RICHARDSON; CYNTHIA
RICHARDSON INDIVIDUALLY AND
ON BEHALF OF TIMOTHY
RICHARDSON II; CLAIBORNE BROWN
INDIVIDUALLY AND ON BEHALF OF
JASMINE RIDLEY; ANDRE RILEY, SR.;
DIONNE RILEY; DIONNE RILEY
INDIVIDUALLY AND ON BEHALF OF
JAMARIUS RILEY; JOSEPH RILEY;
LAKEISHA RILEY; ANDRE RILEY, SR.
INDIVIDUALLY AND ON BEHALF OF
ANDRE RILEY; JR.; EARLINE WEBB
INDIVIDUALLY AND ON BEHALF OF
KEYEUMBRA ROACH; KESHIA
ROBERSON; JIMMY J. ROBERT, SR.
INDIVIDUALLY AND ON BEHALF OF
JIMMY J. ROBERT JR.; JIMMY J.
ROBERT SR.; AVIS M. ROBERTS
INDIVIDUALLY AND ON BEHALF OF
ANDERSON ROBERTS; AVIS M
ROBERTS; ERICA ROBERTS; AVIS M.
ROBERTS INDIVIDUALLY AND ON
BEHALF OF JOSHUA ROBERTS;
DIANNE ROBERTSON; JOHNNIE
ROBERTSON; JOHNNY W.
ROBERTSON; MARY ROBERTSON;
WENDY L. ROBERTSON; MARY
ROBERTSON INDIVIDUALLY AND ON
BEHALF OF JOHNNY ROBERTSON
JR; PAMELA ROBINSON
INDIVIDUALLY AND ON BEHALF OF
JOSHUA ROBINSON; JOYCE B.
ROBINSON; JENNIFER CRITNEY
INDIVIDUALLY AND ON BEHALF OF
JYRIUS ROBINSON; LEROY
ROBINSON; PAMELA ROBINSON;
PATRICIA ROGERS INDIVIDUALLY
AND ON BEHALF OF ALISHA
ROGERS; CRYSTAL ROGERS;
DARLENE ROGERS; CRYSTAL
ROGERS INDIVIDUALLY AND ON
BEHALF OF DIAMANTE ROGERS;
EDDIE ROGERS; KATHERINE M.
ROGERS INDIVIDUALLY AND ON
BEHALF OF ERIC T. ROGERS; EVA M.

BR 421753 1

ROGERS; CRYSTAL ROGERS INDIVIDUALLY AND ON BEHALF OF INFINITI ROGERS; JOSEPH ROGERS; KATHERINE M. ROGERS; OLIVER ROGERS; PATRICIA ROGERS; ROOSEVELT ROGERS; LEROY ROGERS III; LEROY ROGERS, JR.; WESLEY ROGERS, SR.; KATHERINE M. ROGERS INDIVIDUALLY AND ON BEHALF OF WILLIAM ROGERS; III; LINDA D. ROME INDIVIDUALLY AND ON BEHALF OF COURTNEY ROME; LINDA D. ROME; FREDERICK A. ROYAL, SR.; BARBARA RUFFIN; BARBARA RUFFIN INDIVIDUALLY AND ON BEHALF OF RENALDO RUFFIN; BARBARA RUFFIN INDIVIDUALLY AND ON BEHALF OF REUBEN RUFFIN; ALBERT RUGGS; EARTHA RUGGS INDIVIDUALLY AND ON BEHALF OF EARLY RUGGS; EARTHA RUGGS; JACKIE JOHNSEN INDIVIDUALLY AND ON BEHALF OF ALEXIS RUTH; LENA RUTH; JACKIE JOHNSEN INDIVIDUALLY AND ON BEHALF OF TITUS RUTH; EVELYN DOUGLAS INDIVIDUALLY AND ON BEHALF OF ALICIA R. SAMUEL; CYNTHIA SAMUEL; CYNTHIA SAMUEL INDIVIDUALLY AND ON BEHALF OF PRESTIQUE SAMUEL; PRESTON L. SAMUEL; CALVIN ANDERSON INDIVIDUALLY AND ON BEHALF OF JOSHUA SANDERS; FLORIDA SCOTT; SHARON SCOTT; STANLEY SCOTT; WILMER SCOTT; TORRIONDA SEABERRY INDIVIDUALLY AND ON BEHALF OF ANQUENETTE SEABERRY; TORRIONDA SEABERRY INDIVIDUALLY AND ON BEHALF OF CASSIE SEABERRY; TORRIONDA SEABERRY; GLADYS SEALS; ROBERT SEALS; CYNTHIA SEARCY; SHEQUANA SEARCY; MAXINE

60

BR 421753.1

SCHOFIELD; ADLINE SHANKLING;
WILBERT SHANKLING; DANIELLE M.
SHARPER INDIVIDUALLY AND ON
BEHALF OF BRE'ANNA SHARPER;
DANIELLE M. SHARPER
INDIVIDUALLY AND ON BEHALF OF
BRITTNI A. SHARPER; DANIELLE M.
SHARPER; THOMAS SHEPPARD;
CHARLES SIMMONS, JR.
INDIVIDUALLY AND ON BEHALF OF
CHACITY SIMMONS; CHARLES
SIMMONS JR. INDIVIDUALLY AND ON
BEHALF OF CHEANAH SIMMONS;
CHARLES SIMMONS, JR.
INDIVIDUALLY AND ON BEHALF OF
CHIEKE SIMMONS; SHIRLEY
SIMMONS INDIVIDUALLY AND ON
BEHALF OF JONATHAN SIMMONS;
SHIRLEY SIMMONS; YVETTE
SIMMONS; CHARLES SIMMONS JR.;
STEPHANIE K. SIMONEAUX
INDIVIDUALLY AND ON BEHALF OF
BRIANA A. SIMONEAUX; STEPHANIE
K. SIMONEAUX INDIVIDUALLY AND
ON BEHALF OF JENNA K.
SIMONEAUX; STEPHANIE K.
SIMONEAUX; JOYCE K. SIMPSON;
CAROLYN SINGLETON; KERNEY
SINGLETON; MARY SINGLETON;
MARY SINGLETON INDIVIDUALLY
AND ON BEHALF OF TIARA
SINGLETON; TIWANDER SINGLETON;
WILLIAM SINGLETON; WILLIAM
SINGLETON; JR.; CARLA SMITH
INDIVIDUALLY AND ON BEHALF OF
ALEX L. SMITH; ALVIN L. SMITH;
CARLA SMITH INDIVIDUALLY AND
ON BEHALF OF BRANDON J. SMITH;
BRENDA R SMITH; TIMMY POWELL
INDIVIDUALLY AND ON BEHALF OF
CANETRIA SMITH; CARLA SMITH;
CAROLYN SMITH; ELAINE SMITH;
ELVINA SMITH; ERNESTINE SMITH;
JA-COBY SMITH; JENNIFER D.
SMITH; JULIAETTE SMITH; LINDA A.

BR 421753.1

SMITH; NOVA SMITH; RACHELLE
SMITH; RANDY SMITH; VIRGINIA
SMITH; WELTON SMITH; LAWRENCE
SMITH, SR.; JOHN SMOTHERS; MARY
SMOTHERS; SHELIA SNEARL
INDIVIDUALLY AND ON BEHALF OF
AFTON SNEARL; SHERYL L. SNEARL
INDIVIDUALLY AND ON BEHALF OF
ANDREA M. SNEARL; SHELIA SNEARL
INDIVIDUALLY AND ON BEHALF OF
ASTRID SNEARL; DEVARIS SNEARL;
EARLINE SNEARL; KERVIN SNEARL;
SHELIA SNEARL; SHERYL L. SNEARL;
DEVARIS SNEARL INDIVIDUALLY
AND ON BEHALF OF TAMRYN
SNEARL; EARLINE SNEARL
INDIVIDUALLY AND ON BEHALF OF
TIFFANY SNEARL; TIFFANY J.
SNEARL; ALBERT L. SOUTHERN;
ARLENE SPEARS; CHARLES SPEARS;
ARLENE SPEARS INDIVIDUALLY AND
ON BEHALF OF CHARLESTON
SPEARS, PATRENIA SPEARS
INDIVIDUALLY AND ON BEHALF OF
KELSEY SPEARS; PATRENIA SPEARS;
ARLENE SPEARS INDIVIDUALLY AND
ON BEHALF OF ZOIE SPEARS;
PATRENIA SPEARS INDIVIDUALLY
AND ON BEHALF OF PERRY SPEARS
III; AFRICIA SPRADLEY; RONALD W.
SPRADLEY INDIVIDUALLY AND ON
BEHALF OF BIANCA SPRADLEY;
INEZ CLAYTON INDIVIDUALLY AND
ON BEHALF OF CHINA SPRADLEY;
GLORIA SPRADLEY; MICHELL
SPRADLEY; AFRICIA SPRADLEY
INDIVIDUALLY AND ON BEHALF OF
DONESHIA SPRADLEY; RICHARD
SPRADLEY; RONALD W. SPRADLEY;
THEDA L. SPRADLEY; KAREN
SPRIGGS INDIVIDUALLY AND ON
BEHALF OF CODY D. SPRIGGS; GAIL
SPRIGGS; GEISHA SPRIGGS; KAREN
SPRIGGS INDIVIDUALLY AND ON
BEHALF OF JAMIL J. SPRIGGS;

BR 421753.1

KAREN SPRIGGS; KENNON SPRIGGS; LISA W. SPRIGGS; OTIS T. SPRIGGS; GAYNELL WILLIAMS INDIVIDUALLY AND ON BEHALF OF NATASHA SPRIGGS; CARLA SMITH INDIVIDUALLY AND ON BEHALF OF COREY STARKS; FRANK LOUIS, SR. INDIVIDUALLY AND ON BEHALF OF RASHUNDA STARWOOD; SHADRACH STEPHENS; SHEDRICK STEPHENS; ROSLA STERT; GLORIA BRUMFIELD INDIVIDUALLY AND ON BEHALF OF JOSEPH STEVENSON; GLORIA BRUMFIELD INDIVIDUALLY AND ON BEHALF OF TAYLOR STEVENSON; JOHN WOODS INDIVIDUALLY AND ON BEHALF OF CALDRIFA STEWART; PAULA Y. JORDAN INDIVIDUALLY AND ON BEHALF OF DEVINE STEWART; GLADYS A. STEWART; LORETTA STEWART; JOHN WOODS INDIVIDUALLY AND ON BEHALF OF QUIANDE'SHA STEWART; JOHN WOODS INDIVIDUALLY AND ON BEHALF OF RAYNESHA STEWART; DOMINIC STOVALL; JESS STOVALL; DAVID STOVALL, JR.; JOYCELYN STRICKLAND; BARBARA STRIGGS; BENITA SYLVE INDIVIDUALLY AND ON BEHALF OF DARNECIA SYLVE; BENITA SYLVE; CAROL TACKNO; RUBIN TACKNO III; NIKENDRA T. MOLERE INDIVIDUALLY AND ON BEHALF OF KAYLA D. TAYLOR; NORA TAYLOR; STACY TAYLOR; DENIA THOMAS; PRISCILLA THOMAS INDIVIDUALLY AND ON BEHALF OF DEONTE THOMAS; FRANCES C. THOMAS; GREGORY THOMAS; KERRY THOMAS; LATOYA THOMAS; PRISCILLA THOMAS INDIVIDUALLY AND ON BEHALF OF LAUREN THOMAS; PRISCILLA THOMAS; PRISCILLA THOMAS INDIVIDUALLY

63

BR 421753 I

AND ON BEHALF OF SHANDOLYN
THOMAS; YVONNE S. THOMAS;
SONDRA WILLIAMS INDIVIDUALLY
AND ON BEHALF OF DARYLNIECE
TILLMAN; HARRIET TILLMAN;
PAULA TILLMAN; SONDRA
WILLIAMS INDIVIDUALLY AND ON
BEHALF OF DARYL TILLMAN, JR.;
FRANCES TOBIAS; LEONARD TOBIAS
INDIVIDUALLY AND ON BEHALF OF
KEVIN TOBIAS; LEONARD TOBIAS;
SYLVESTER TOSTON; CONSTANCE
LAFAYETTE INDIVIDUALLY AND ON
BEHALF OF MARKETA TRIGGS;
DOUGLAS TRIMBLE; DONNA R.
TURNER; MONICA G. TURNER
INDIVIDUALLY AND ON BEHALF OF
JAVAUNDA TURNER; JOSEPH
TURNER; KECERT K. TURNER;
MONICA G. TURNER INDIVIDUALLY
AND ON BEHALF OF KE'VAUNDA
TURNER; LINDA D. TURNER; MONICA
G. TURNER; MONICA G. TURNER
INDIVIDUALLY AND ON BEHALF OF
SHAVAUNDA TURNER; TINA
TURNER;MARY VALDEZ; JANET
VAUGHN; JANET VAUGHN
INDIVIDUALLY AND ON BEHALF OF
LUTHER VAUGHN, IV; MARICHA
VEALS; ROLAND VEALS, JR.
INDIVIDUALLY AND ON BEHALF OF
ROLAND VEALS, III; ROLAND VEALS,
JR.; ROLAND VEALS, SR.; KENNETH
VESSEL INDIVIDUALLY AND ON
BEHALF OF KAYLA VESSEL;
KENNETH VESSEL INDIVIDUALLY
AND ON BEHALF OF KELLY VESSEL;
KENNETH VESSEL INDIVIDUALLY
AND ON BEHALF OF KENDRA
VESSEL; KENNETH VESSEL
INDIVIDUALLY AND ON BEHALF OF
KENISHA VESSEL; KENNETH
VESSEL; KENNETH VESSEL
INDIVIDUALLY AND ON BEHALF OF
KENYONA VESSEL; SHERMAN VICKS

64

BR 421753.1

INDIVIDUALLY AND ON BEHALF OF
CORINTHIA VICKS; SHERMAN
VICKS; SHERMAN VICKS
INDIVIDUALLY AND ON BEHALF OF
SHERMAN VICKS; VIRGINIA
CRITNEY; TONYA WADE; CLARENCE
E WALKER; DENISE WALKER;
DOROTHY WALKER; GLORIA
WALKER; DENISE WALKER
INDIVIDUALLY AND ON BEHALF OF
KENNETH R WALKER; DENISE
WALKER INDIVIDUALLY AND ON
BEHALF OF KHALEISHA C WALKER;
ODESSA WALKER; PARA WALKER;
YVONNE M. WALKER; ODESSA
WALKER INDIVIDUALLY AND ON
BEHALF OF MELVIN WALKER, III;
JOHN WALKER, JR.; KERRY
WALLACE; WILLIE M. WALLACE;
TRACIE BRIDGEWATER
INDIVIDUALLY AND ON BEHALF OF
JEVONCE WARNER; ANTONIO D.
WASHINGTON; SIDNEY
WASHINGTON, JR. INDIVIDUALLY
AND ON BEHALF OF BRANDON
WASHINGTON; DIANE WASHINGTON
INDIVIDUALLY AND ON BEHALF OF
CRYSTAL WASHINGTON; SIDNEY
WASHINGTON, JR. INDIVIDUALLY
AND ON BEHALF OF DEDRICK
WASHINGTON; DERRICK D.
WASHINGTON; DIANE WASHINGTON;
JEANNETTE WASHINGTON;
ERNESTINE COLLIER INDIVIDUALLY
AND ON BEHALF OF JEFFERSON C.
WASHINGTON; MARIA B.
WASHINGTON INDIVIDUALLY AND
ON BEHALF OF JUSTIN W.
WASHINGTON; KEDRA
WASHINGTON; KENNETH
WASHINGTON, SR. INDIVIDUALLY
AND ON BEHALF OF KEJUAN
WASHINGTON; SIDNEY
WASHINGTON, JR. INDIVIDUALLY
AND ON BEHALF OF KIRSTAIN

BR.421753.1

WASHINGTON; KEDRA WASHINGTON INDIVIDUALLY AND ON BEHALF OF LATONYA WASHINGTON; MARIA B. WASHINGTON; NICHOLA WASHINGTON; OLLIE M. WASHINGTON; KEITH WASHINGTON, SR. INDIVIDUALLY AND ON BEHALF OF RAKIM WASHINGTON; TRACIE BRIDGEWATER INDIVIDUALLY AND ON BEHALF OF TRAVON WASHINGTON; WALTER WASHINGTON; SIDNEY WASHINGTON, JR. INDIVIDUALLY AND ON BEHALF OF SIDNEY WASHINGTON, III; KEITH WASHINGTON, SR. INDIVIDUALLY AND ON BEHALF OF KEITH WASHINGTON, JR.; SIDNEY WASHINGTON, JR.; KENNETH WASHINGTON, SR. INDIVIDUALLY AND ON BEHALF OF KENNETH WASHINGTON, JR.; ARTHUR WASHINGTON, SR.; KEITH WASHINGTON, SR.; KENNETH WASHINGTON, SR.; LILLIE WASHINGTON; KENDRICK WATKINS; SHAWADRICK WATKINS; VALENCIA WATKINS; WENDY L. ROBERTSON INDIVIDUALLY AND ON BEHALF OF LETROIS D. WATSON, JR.; EARLINE WEBB; GEORGE WEBER; BARBARA A. WESLEY INDIVIDUALLY AND ON BEHALF OF AMBER WESLEY; IRENE WESLEY INDIVIDUALLY AND ON BEHALF OF APRIL WESLEY; BARBARA A. WESLEY; DANA WESLEY; IRENE WESLEY INDIVIDUALLY AND ON BEHALF OF DANIELLE WESLEY; IRENE WESLEY; LOLA WESLEY; SUSAN WESLEY INDIVIDUALLY AND ON BEHALF OF MIKEA WESLEY; BARBARA A. WESLEY INDIVIDUALLY AND ON BEHALF OF NEDRIA WESLEY; SUSAN WESLEY; CALVIN R. WEST; ELLA L.

BR 421753 1

WEST; ELLA L. WEST INDIVIDUALLY
AND ON BEHALF OF KARSHEENER R.
WEST; MILTON W. WEST; SERENA
WESTON; BETTY GREEN
INDIVIDUALLY AND ON BEHALF OF
ALICIA WHITE; BRIAN WHITE;
CONNIE WHITE; DOROTHY WHITE;
BRIAN WHITE INDIVIDUALLY AND
ON BEHALF OF KELSEY WHITE;
BETTY GREEN INDIVIDUALLY AND
ON BEHALF OF MARVIN WHITE;
RUTH WHITE; STEPHANIE G. WHITE;
WINIFRED R. WHITFIELD; BLANE
WILLIAMS; GEORGE HARRIS, JR.
INDIVIDUALLY AND ON BEHALF OF
ADRIANNE M. WILLIAMS; ALFRED
WILLIAMS; ASHLEY WILLIAMS;
BRYAN WILLIAMS; RAINA WILLIAMS
INDIVIDUALLY AND ON BEHALF OF
BRYCE WILLIAMS; GAYNELL
WILLIAMS INDIVIDUALLY AND ON
BEHALF OF BRYAN K. WILLIAMS;
RAINA WILLIAMS INDIVIDUALLY
AND ON BEHALF OF CAITLYN
WILLIAMS; CHARLES WILLIAMS;
SHIMELE WILLIAMS INDIVIDUALLY
AND ON BEHALF OF CHASITY
WILLIAMS; CLARENCE WILLIAMS;
GWENDOLYN WILLIAMS
INDIVIDUALLY AND ON BEHALF OF
CORANDA F. WILLIAMS; IRENE
WESLEY INDIVIDUALLY AND ON
BEHALF OF DEIDRA WILLIAMS;
GREGORY THOMAS INDIVIDUALLY
AND ON BEHALF OF DEWUNN
WILLIAMS; GAYNELL WILLIAMS;
GERALD J. WILLIAMS; GERALD L.
WILLIAMS; GERNASHA WILLIAMS;
GLORIA WILLIAMS; GWENDOLYN
WILLIAMS; HENRY WILLIAMS;
HERMAN WILLIAMS; INGRID N.
WILLIAMS; JANICE WILLIAMS; ROSA
JONES INDIVIDUALLY AND ON
BEHALF OF JASMINE WILLIAMS;
JOYCE T. JONES INDIVIDUALLY AND

BR 421753 1

ON BEHALF OF JOY R. WILLIAMS;
LORENA WILLIAMS; MANUEL
WILLIAMS; MARGARET
O.WILLIAMS; KAREN SPRIGGS
INDIVIDUALLY AND ON BEHALF OF
MICHAEL J. WILLIAMS; STEPHANIE
WILLIAMS INDIVIDUALLY AND ON
BEHALF OF MYEKA WILLIAMS;
JOYCE T. JONES INDIVIDUALLY AND
ON BEHALF OF NATHAN E.
WILLIAMS; STEPHANIE WILLIAMS
INDIVIDUALLY AND ON BEHALF OF
NYESHIA WILLIAMS; CAROLYN
JENKINS INDIVIDUALLY AND ON
BEHALF OF PAULINE N. WILLIAMS;
RAINA WILLIAMS; REGINA
WILLIAMS; RENICCA WILLIAMS;
RHONDALYN WILLIAMS; ROSE
WILLIAMS; GEORGE HARRIS, JR.
INDIVIDUALLY AND ON BEHALF OF
SHAMEKA L. WILLIAMS; SHIMELE
WILLIAMS; SONDRA WILLIAMS;
STEPHANIE WILLIAMS; TIESLIA
WILLIAMS; TINA WILLIAMS;
VERONICA WILLIAMS; VICTOR
WILLIAMS; RAINA WILLIAMS
INDIVIDUALLY AND ON BEHALF OF
WALTER WILLIAMS; VERONICA
WILLIAMS INDIVIDUALLY AND ON
BEHALF OF SIDNEY WILLIAMS, JR.;
SIDNEY WILLIAMS, SR.; JOHN W.
WILLIAMS, SR.; MARY WILSON
INDIVIDUALLY AND ON BEHALF OF
CALLA WILSON; CARMELITA
WILSON; DIETRA WILSON
INDIVIDUALLY AND ON BEHALF OF
CATYRA WILSON;CORETTA L.
WILSON; DEVETTA P. WILSON;
DIETRA WILSON; DOROTHY
WILSON; ETHEL WILSON; CARLA W.
CEASER INDIVIDUALLY AND ON
BEHALF OF JEROME WILSON;
CORETTA L. WILSON INDIVIDUALLY
AND ON BEHALF OF JOHNISHA L.
WILSON; CORETTA L. WILSON

68

BR 421753.1

INDIVIDUALLY AND ON BEHALF OF
JOHNNY L. WILSON; DIETRA WILSON
INDIVIDUALLY AND ON BEHALF OF
MARNIQUE WILSON; MARY WILSON;
RUBEN WILSON; SARAH WILSON;
TAMMY WILSON; MARY WILSON
INDIVIDUALLY AND ON BEHALF OF
THERON WILSON; CARMELITA
WILSON INDIVIDUALLY AND ON
BEHALF OF THERONLYN WILSON;
DIETRA WILSON INDIVIDUALLY AND
ON BEHALF OF MARLON L. WILSON,
JR.; LASHONDA WINDHAM
INDIVIDUALLY AND ON BEHALF OF
DEAMNDRE WINDHAM; GAIL
WINDHAM; LASHONDA WINDHAM;
SHIRLEY WISHAM; EARLINE
WITHERSPOON; BEATRICE
WOODFORK; JANET WOODFORK;
SANDRA WOODFORK; WILMER
WOODFORK; BETTY S. WOODS;
CLARENCE C. WOODS; IONA WOODS;
JESSIE WOODS; JOHN WOODS;
PHYLLIS G. WOODS; BETTY S.
WOODS INDIVIDUALLY AND ON
BEHALF OF SIDNEY E. WOODS;
BETTY S. WOODS INDIVIDUALLY
AND ON BEHALF OF STEWART A.
WOODS; VICKI WOODS; VICTOR
WOODS; VIRADO WOODS; JANET
WRIGHT; RITA WRIGHT; CEOLA
YOUNG; JOSEPH BUNCH
INDIVIDUALLY AND ON BEHALF OF
CRYSTAL YOUNG; DOROTHY YOUNG
INDIVIDUALLY AND ON BEHALF OF
DARKEITHAN YOUNG; DOROTHY
YOUNG ON BEHALF OF DERWINNEA
YOUNG; DOROTHY YOUNG;
DOROTHY M. YOUNG; MARLON
YOUNG; MONA L. YOUNG; MONA
YOUNG INDIVIDUALLY AND ON
BEHALF OF MYKEISHA YOUNG;
SELENA YOUNG; DOROTHY YOUNG
INDIVIDUALLY AND ON BEHALF OF
ZHANIA YOUNG; MONA YOUNG

BR 421753 1

**INDIVIDUALLY AND ON BEHALF OF WILLIE YOUNG, JR.; GLORIA P. ZANDERS**

**Plaintiffs,**

**VERSUS**

**GEORGIA GULF CORPORATION, GEORGIA GULF CHEMICALS & VINYLS, L.L.C.**

**Defendants.**

## NOTICE OF REMOVAL

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF LOUISIANA:**

Petitioners, Georgia Gulf Corporation and Georgia Gulf Chemicals & Vinyls, L.L.C. (hereinafter collectively referred to as "Georgia Gulf"), with respect and through undersigned counsel, and with full reservation of any and all defenses, objections and rights, whether in law or in fact, file this Notice of Removal in the above-styled matter, currently pending in the 18th Judicial District Court for the Parish of Iberville, State of Louisiana. Georgia Gulf respectfully represents as follows:

1.

On May 10, 2002 a "Plaintiff's Original Petition for Damages"was filed in the Eighteenth Judicial District Court for the Parish of Iberville, State of Louisiana, styled "**BILL ABRAM, ET AL. versus GEORGIA GULF CORPORATION, GEORGIA GULF CHEMICALS & VINYLS, LLC**" Civil Action No. 57,102; Division "C" (the "State Action").

2.

70

Through its registered agent for service of process, Georgia Gulf was served with the Petition filed in the State Action on May 14, 2002. (See citation and service information included in the pleadings attached hereto and referenced in the List of Parties and Pleadings filed contemporaneously herewith.). This removal is therefore timely under the provisions of 28 U.S.C. § 1446(b) as it comes within thirty (30) day of service of process by plaintiffs on Georgia Gulf.

3.

Plaintiffs, Plaintiffs, Bill Abram individually and on behalf of Aaron Abram; Bill Abram; Julie Abram Green individually and on behalf of Jared Abram; Edith M. Frazier individually and on behalf of Kendall Terrell Abram; Nathaniel Abram; Tellis Abram; Rita Alex; George Alexander; Inez C. Alexander; Lisa Videau Alexander; Jerry Alfred, Jr.; Julia Alfred; Vanessa Gillis Leblanc individually and on behalf of Alton Allen; Sheryl W. Allen individually and on behalf of Joseph Allen, Jr.; Sheryl W. Allen; Mary Ann Almonte-Esteves; Wilbert Ambeau, Jr.; Robin Ambeau Porter individually and on behalf of Alauna J. Ambeau; Anna Ambeau; Audry M. Ambeau; Barry W. Ambeau; Enola P. Ambeau; Eva Ambeau; John Ambeau; Louis Ambeau; Audrey M. Ambeau individually and on behalf of Markita Ambeau; Audrey M. Ambeau individually and on behalf of Marvin Ambeau; Bobby A. Anderson; Kimberly Anderson; Vonja J. Anderson; Wanda Anderson; Valarie D. Andrews; Rosetta Andrews; Rachael Ardoin; Cherry Ann Arnold; Elnora Arnold; Alfred Arthur; Brenda J. Arthur; Delois G. Arthur; James Augustus; Henry J. Bailey, Jr.; Vada Eugene Baker; Cynthia Baptist; Erma J. Bates; Austin C. Batiste; Brenda Bazille; Kiease Becnel; Kiease Becnel individually and on behalf of Marquel Becnel; Lillie Mae Bennett; Marlisa A. Bess; Joseph Bobo, III; Geraldine Thomas individually and on behalf of Kristopher Bobo; Edwina C. Boudreaux; Florestine Boudreaux; Shelita D. Boudreaux individually and on behalf of Jayvante J. Boudreaux; Florestine Boudreaux individually and on behalf of Nikita Boudreaux; Shelita D. Boudreaux; Sarah Bova individually and on behalf of Brian M. Bova; Sarah Bova individually and on behalf of Marvin Bova; Melinda Bova; Sarah M. Bova; Ganica R. Braxton; Betty

BR·421753 1

L. Fletcher individually and on behalf of Aaron L. Bridges; Tricia Annette Bridges; Patricia J. Briley individually and on behalf of Jasmine Briley; Patricia J. Briley; Patricia J. Briley individually and on behalf of Tyler Briley; Shirley Johnson Brock; Ricky Brooks individually and on behalf of Bianca N. Brooks; Cassandra W. Brooks; Lucilla Adline Brooks individually and on behalf of Da'Vante Brooks; Florence A. Brooks; Lamaka Brooks; Lisa C. Verrett Brooks; Lucilla Adline Brooks; Ricky Brooks individually and on behalf of Nicholas D. Brooks; Ricky Brooks; Jeanne H. Brossette; Alma H. Brown; Barbara Brown; Brenda Stewart Brown; Cynthia York individually and on behalf of Charles Brown; Kim Lechelle Delmore individually and on behalf of Dexter Brown; Erica D. Brown; Josie M.J. Brown; Lateidra Danne Brown; Lateidra Danne Brown individually and on behalf of Lekolby Brown; Ida Davis individually and on behalf of Lucille Brown; Ora Lee Brown; Samuel Bernard Brown; Victoria L. Brown; Joanne E. Burnett; Charles Butler; Cheryl A. Butler; Clarence J. Butler; Era S. Butler; Ethel J. Butler; Gwendolyn J. Butler; Cheryl A. Butler individually and on behalf of Jerron Butler; Era S. Butler individually and on behalf of Tommie Butler; Deborah Calloway; Carla M. Coates individually and on behalf of Dionickka S. Calloway; Carla M. Coates individually and on behalf of Karmisha D. Calloway; Carla M. Coates individually and on behalf of Malcolm J. Calloway; Darlene W. Carlin; Shajuana P. Carriere; Everline P. Mellieon individually and on behalf of Shakayla Carriere; Joan W. Carter; Richard Carter; Michael Chaney; Rhoda V. Chaney; Annette Chatman; Carlis J. Chatman; Charleta Davis individually and on behalf of Warren Clark, Jr.; Brenda L. Clark individually and on behalf of Angellica L. Clark; Brenda L. Clark; Carla M. Coates; Henry Colbert, Jr.; Annie M. Colbert; Lizzie J. Coleman; Oscar Coleman; Ron K. Coleman; Rose J. Coleman; Shameka Coleman; Spencer Coleman; Marlin Wayne Jordan individually and on behalf of Shyneisha Collins; Catherine B. Collins; Sharonda L. Cotton; Patricia Craige; Sinda Creaige; Dora Crochet; Tiffany R. Cummings individually and on behalf of Ebony Cummings; Tiffany R. Cummings individually and on behalf of Tamisha Cummings; Tiffany R. Cummings; Don L. Cushenberry individually and on behalf of William Cushenberry, IV; William

BR.421753.1

Cushenberry, Jr.; Mellissa Cushenberry individually and on behalf of Brennan Cushenberry; Don L.

Cushenberry; Elliot Cushenberry; Lloyd Cushenberry; Mellissa Cushenberry; Norma Smith

Cushenberry; Paula Cher Cushenberry; Don L. Cushenberry individually and on behalf of Porsche

Cushenberry; Rawn D. Cushenberry; Shawn R. Cushenberry; Wilma C. Cushenberry; Joseph

Cushenberry; Eldrick Cushenbery; Alonzo S. Daniels; Nelson Leroy Daniels; Regina Daniels; Regina

Daniels individually and on behalf of Terry Daniels; Timothy G. Daniels; Chennesia D. Darville;

Deshoin N. Darville; Deshoin N. Darville individually and on behalf of Justin Darville; Brooks

Davidson; Charleta Davis; Monique D. Davis individually and on behalf of Demetrail Davis; Eugenia

Davis individually and on behalf of Donovan Davis; Eugenia Davis; Ida Davis; Arthur Davis, Jr.;

Eugenia Davis individually and on behalf of Kenderyius Davis; Loretta Davis; Michael A. Davis;

Michelle E. Davis; Monique D. Davis; Eugenia Davis individually and on behalf of Rayvon Davis;

Sandra Davis; Lasonya N. Jackson individually and on behalf of Brenden Delmore; Kim Lechelle

Delmore; Kim Lechelle Delmore individually and on behalf of Laderrias Delmore; Penny D. Delmore;

Doris B. Delone; Amy Elizabeth Demoulin; Gina Lynn Holiday individually and on behalf of Raven

J. Demoulin; Janice B. Dempsey individually and on behalf of D'Angela Dempsey; Janice B. Dempsey;

Alexander Dennis; Ernest Dennis, Jr.; Linda Y. Williams Dixon; Amy Lowery Dominique; Amy Lowery

Dominique individually and on behalf of Angel Dominique; Terry S. Dominique individually and on

behalf of Chanel C. Dominique; Amy Lowery Dominique individually and on behalf of Felton

Dominique; Terry S. Dominique; Alcide E. Dorsey; Richard T. Dougherty; Kendrick D. Dummons;

Bobbie J. Dunbar; Clarence J. Dunbar; Coty Marie Dunbar; Coty Marie Dunbar individually and on

behalf of Emma Marie Dunbar; Coty Marie Dunbar individually and on behalf of Jamaal Dunbar; Coty

Marie Dunbar individually and on behalf of John Dunbar; Coty Marie Dunbar individually and on

behalf of Kimmely Dunbar; Cynthia Walker individually and on behalf of Latasha Dunbar; Michael

Anthony Dunbar; Valerie L. Dunbar; Wardell James Dunbar; Coty Marie Dunbar individually and on

BR:421753 1

behalf of Willie Dunbar; Sharon Denise Todd individually and on behalf of Robert Dundy, Jr.; Robert

Dundy; Joe Dunn, Jr.; Valerie Jean Dunn; Eddie Durr; Haver Durr; Gloria Eaglin; Charles E. Ealem;

Ruth G. Ealy individually and on behalf of Lajamise Ealy; Ruth G. Ealy; Alfred Early; Annie M. Early;

Andrika Nicole Edwards; Betty Emerson; Latoya L. Emerson; Grace E. Ennels; James H. Erwin

individually and on behalf of Brandon Erwin; James H. Erwin individually and on behalf of Caleb

Erwin; James H. Erwin individually and on behalf of Cameron Erwin; James H. Erwin; James H. Erwin

individually and on behalf of Mikayla Erwin; Audrey M. Favorite; Bridget V. Favorite; Carrie Favorite;

Lauwana Favorite individually and on behalf of Christopher Favorite; Lauwana Favorite individually

and on behalf of Jessica Favorite; Lauwana Favorite individually and on behalf of Ladarus Favorite;

Lauwana Favorite; Audrey M. Favorite individually and on behalf of Luke Favorite; Joyce Fleming

individually and on behalf of Alexis Fleming; Carol Craig Fleming individually and on behalf of Carol

Craig Fleming; Cedonia W. Fleming; Carol Craig Fleming individually and on behalf of Courtney D.

Fleming; Don E. Fleming; Emma Jean Patterson Fleming; Gloria Fleming; Joyce Fleming; Kedrick

Fleming; Lawrence K. Fleming; Lorraine J. Fleming; Carol Craig Fleming individually and on behalf of

Rodrick J. Fleming; Sylvester R. Fleming; Betty L. Fletcher; Roxie Hall Populars individually and on

behalf of Keith Fort; Calvey Francis; Joseph Franklin, Jr.; Christine J. Franklin; Lazerrick Franklin;

Mary L.B. Franklin; Rosa M. Franklin; Tremayne D. Franklin; Jacqueline A. Frazier individually and on

behalf of Freddie Frazier, Jr.; Charles Frazier; Edith M. Frazier; Jacqueline A. Frazier individually and

on behalf of Frederick D. Frazier; Jacqueline A. Frazier; Keith Frazier; Tommy L. Fuller, Jr.; Joyce

Marie Snowten individually and on behalf of Ariel Fuller; Joyce Marie Snowten individually and on

behalf of Chanell Fuller; Alice M. Gailes; Ellen W. Gaines; D. L. Garner; Leola Garner; Alisa Marie

Garrison; Alisa Marie Garrison individually and on behalf of Ja'Lynn Garrison; Shawn B. Garrison;

Elizabeth Gayles; Carla Jean George; Linda A. Gibson; Edward John Gillis, III; Edward J. Gillis, Sr.;

Norman J. Gillis; Nakima Gilmore individually and on behalf of Aaron Gilmore; Ella Gooden Gilmore;

74

Nakima Gilmore individually and on behalf of Isiah Gilmore, Jr.; Nakima Gilmore; Isiah Gilmore, Sr.;

Ashley Glasper; Krystal Shauntell Glasper; Ora Lee J. Glasper; Daisy Goodlow; Cynthia T. Gordon;

Edward Gordon; Gerald Gordon; Delois G. Arthur individually and on behalf of Octavia L. Gordon;

Robert Hampton Grace, Jr.; Robert H. Grace, Sr.; Cormanda Lynette Grace; Deloris Grace; Ira Dean

Grace; Isaac H. Grace; Joyce A. Grace; Terry M. Grace individually and on behalf of Ronald Grace,

Jr.; Terry M. Grace individually and on behalf of Rashad Grace; Reginald Grace; Hayward Grace;

Ayanna T. Graves individually and on behalf of Antrica J. Graves; Ayanna T. Graves; Ayanna T.

Graves individually and on behalf of De'Andre D. Graves; Joyce R. Green individually and on behalf

of Alexandria Green, III; Bobby R. Green; Cheryl R. Green; Joyce R. Green; Joyce R. Green; Julie

Abram Green; Rossilyn Green individually and on behalf of Keaira Green; Rossilyn Green individually

and on behalf of Keonntai Green; Rossilyn Green; Sunny Green; Sunny J. Green; Alvin Greene; Ceola

Moore Greene; Alvin Greene individually and on behalf of Daria Greene; Hellary Greene, Jr.; Ryan C.

Greene; Charisse Griffin; Deshon A. Hall; Shelia Hall individually and on behalf of Lakeisha Hall;

Shelia Hall; Elisia Hamilton; Arthur L. Handley; Eddie L. Hargrove; Barbara Harris; Helen Harris;

Maurice A. Harris; Reginald Harris; Tenita Harris; Melvin Hasten, Jr.; Annette Hasten; Charles Hasten;

Cheryl Hasten; Annette Hasten individually and on behalf of Jarvis M. Hasten; Melvin L. Hasten;

Jeffery D. Hayes; Margie S. Hayes; Arthur Haymond; Cynthia B. Heard; Robert P. Hebert; Debra Ann

Henderson; Kathleen J. Henry individually and on behalf of Allayah S. Henry; Kathleen J. Henry; Linda

Faye Higgens; Ephom Hillard; George Hilliard, Jr.; Louis Hilliard; Edna Alana Hines; Dorothy Holiday;

Gina Lynn Holiday; Ella Holland; Helen P. Holland; Joe Holland; Victoria A. Holland individually and

on behalf of Jules L. Holland; Jules R. Holland; Manfield Holland; Victoria A. Holland; Alma Hollins;

Eddie Hollins; Frederick L. Hollins; Bessie Howard; Cassandra M. Howard; Celia D. Howard; Cora

Howard; Dominica D. Cole Howard; Leonard L. Howard; Oscar Hubbard; Sheila Hubbard; Joyce C.

Irving-Walker; Eddie Jackson, Jr.; Albertha Jackson; Audrey E. Jackson; Audrey M. Jackson; Clarence

BR 421753 1

Jackson; Clarence Jackson; Corey L. Jackson; Deborah Jackson; Edward Jackson; Erma H. Jackson; Glenda M. Jackson; Kristina A. Jackson; LaSonya N. Jackson; Milton Jackson; Octavia Jackson; Olivia E. Jackson; Perry Jackson; Robert L. Jackson; Russell Jackson; Russtin Kajon Jackson; Linda A. Gibson individually and on behalf of Shaquanna Jackson; Stephenia M. Jackson; Willie Jackson; Kelvin Jackson; Wilson James, IV; Allen James, Jr.; Kathleen J. Henry individually and on behalf of Brandon James; Brett Steve James; James W. Greene; Lucilla Adline Brooks individually and on behalf of Jada Coreynekwa James; Jeanie R. James; Loretta James; Jimmie Jarvis, Jr.; Leroy Jenkins, Jr.; Barbara Jenkins; Heisley Jimenez; Gregory Johnson; Vanessa Gillis LeBlanc individually and on behalf of Terry Johnson, Jr.; Ralph Johnson, Sr.; Calvin W. Johnson; Charlene D. Johnson; Colleen Patrice Johnson; Constance W. Johnson; Vanessa Gillis LeBlanc individually and on behalf of Crystal Johnson; Sindy Johnson individually and on behalf of Damesha Johnson; Gregory T. Johnson individually and on behalf of Danitra Johnson; Delores W. Johnson; Deneka M. Johnson; Vanessa Gillis LeBlanc individually and on behalf of Dionne Johnson; Doris A. Johnson; Ernestine L. Johnson; Georgina G. Johnson; Geraldine Johnson; Geraldine Refuge Johnson; Gladys Johnson; Gregory T. Johnson; Lakeisha Riley individually and on behalf of Jamarcus Johnson; Sindy Johnson individually and on behalf of James Johnson; Jamey Dwayne Johnson; Lorraine J. Fleming individually and on behalf of Jeremy J. Johnson; Audrey Mosby individually and on behalf of Jessica Johnson; Vanessa Gillis LeBlanc individually and on behalf of Joshua Johnson; Lorraine J. Fleming individually and on behalf of Joshua J. Johnson; Deneka M. Johnson individually and on behalf of Kyle Johnson; Latandra Javay Johnson; Michael Johnson; Ophelia V. Johnson; Sindy Johnson; Christie L. Marks individually and on behalf of Ta'mychell Q. Johnson; Taron J. Johnson; Lauwana Favorite individually and on behalf of Tre'vone Johnson; Cedric Randall Jones; Charles E. Jones; Rhea M. Jones individually and on behalf of Christian Jones; Kathy B. Jones individually and on behalf of Christopher Jones; Shauntell Jones Wilson individually and on behalf of Jacob Jones; Jacqueline Ann Jones; Joyce Jones; Kathy B. Jones; Penny

BR 421753.1

D. Delmore individually and on behalf of Kelsie Jones; Larry Jones; Linda Jones; Sandra Marie Jones individually and on behalf of Lotoya Rodern Jones; Mary Jones; Sandra Marie Jones individually and on behalf of Masitia Nicole Jones; Retta W. Jones; Rickey Jones; Ronald A. Jones; Sandra Marie Jones; Shirley Jones; Sidney Jones; Rhea M. Jones individually and on behalf of Stevencia Jones; Yolanda L. Jones individually and on behalf of Travis Jones; Yolanda L. Jones; Rhea M. Jones; Loretta Jordan individually and on behalf of Ashley Jordan; Burnell Jordan; Debra A. Jordan; Doris Jordan; Gwendolyn Jordan; Latricia Jordan; Linda Jordan; Loretta Jordan; Marlin Wayne Jordan individually and on behalf of Marlin Wayne Jordan; Roland D. Jordan; Toya Jordan; Perry Jackson individually and on behalf of Lauren Jordan; Lester Joseph, II; Albertha Joseph; Carla D. Joseph; Eloise Joseph; Erroll L. Joseph; Ethel Joseph; Charlene H. Joshua; Christina Marie Kador individually and on behalf of Alexis Chauntelle Kador; Brenda Kador; Christina Marie Kador; Dorothy Kelley; Cephas Omar Kemp; Clarence A. Key; Nina Key; Joyce Keys; Pauline D. Knighten; Lois A. LaCour; Sharon Shanette Lane individually and on behalf of Chinquita Lane; Sharon Shanette Lane individually and on behalf of Jerrick Lane; Sharon Shanette Lane individually and on behalf of Justin Lane; Sharon Shanette Lane individually and on behalf of Lakeisha Lane; Sharon Shanette Lane individually and on behalf of Marcus Lane; Sharon Shanette Lane; Debra Martin White individually and on behalf of Terrance T. Lane; Tonia Renee Lane; Leo J. Lang; Charlotte M. Lanieu; Brenda Ann Lanieu individually and on behalf of Katrena Lanieu; Cornelius Lanieux, Jr.; Brenda Ann Lanieu; Erica D. Brown individually and on behalf of Leanne Lawless; Yolanda B. Laws; Vanessa Gillis Leblanc; Marcus Montrell Lee; Terran Lyn Lewis; Aretha Link; Bridget V. Favorite individually and on behalf of Lennet Little, III; Jacqueline Lodge individually and on behalf of Christian Lodge; Jessica Faye Levin Lodge individually and on behalf of Aaron Lodge, Jr; Frank Lodge, Jr.; Aaron K. Lodge; Adeline Lodge; Jessica Faye Levin Lodge individually and on behalf of Alexis Lodge; Anitra Lynette Lodge; April Shantel Lodge; Augustine S. Lodge; Beverly Lodge; Lakeidra Deshay Lodge individually and on behalf of Diamond Lodge; Frank

BR.421753.1

Lodge; Jacqueline Lodge; Jessica Faye Levine  Lodge; Lakeidra Deshay  Lodge; Sandra Davis individually and on behalf of Latoya  Lodge; Lucille Lodge; Troy D. Lodge; Lorraine London; Jerome Lowery;  Jerome Lowery, Jr.; Olivia Luckett; Christie L. Marks; Jerome  Martin, Jr.; Angela Martin individually and on behalf of   Aanesha Martin; Angela Martin individually and on behalf of  Aaniya Martin; Veronica D. Martin individually and on behalf of  Amy Martin; Angela Martin;   Delores D. Martin;  Veronica D. Martin individually and on behalf of  Eric Martin; Delores D. Martin individually and on behalf of  La'felsha D. C. Martin;  Debra Martin White individually and on behalf of  Latisha Deshay Martin; Roland J. Martin; Veronica D. Martin individually and on behalf of  Samantha Martin; Veronica D.  Martin;  Veronica D. Martin individually and on behalf of  Victoria Martin; Barbara Mayfield;  Reginald McBee; Willie D.  McBee; Clifton  McNell;  Everline P. Mellieon; Leo  Mellieon; Leroy  Mickles, Jr.; Edna W.  Mickles; Aron Miles, Jr.; Carrie B.  Miles;  Gary Miles; Wanda A. Miles; Robert Miller; Wylonda  Miller; Debra C. Milligan; Robin Milligan; James Mitchell; Cynthia  Monroe; Cynthia Monroe individually and on behalf of  Dominec Monroe; Cynthia Monroe individually and on behalf of Samuel Monroe; Sosthan Monroe; Victor Monroe;  Ceola Moore Greene individually and on behalf of  Marcus Moore;  Andrea T.  Morgan; Bernice  Morgan; Tolbet Morris, Jr.; Angela Marie Morris; Angela Marie Morris individually and on behalf of  Bradley Morris; Charles  Morris; Marilyn A. Morris; Marilyn A. Morris individually and on behalf of  Sierra Danielle Morris; Angela Marie Morris individually and on behalf of Naquilla Morris; Audrey  Mosby; Yolanda Mosby; Bobby Moss; Deaneres Murphy; Curtis Murry; Marilyn L. Murry; Darlene Muse;  Mellissa Cushenberry individually and on behalf of  Andrea Breone Nador; Sylvia  Nash; Joyce B.  Nelson;  Ben  Nelson; Benny  Nelson; Cleveland  Nelson; Gwendolyn Nelson individually and on behalf of  Dyniesha La'shay  Nelson; Gwendolyn Nelson; Gwendolyn Nelson individually and on behalf of Jamie Nelson; Joe Nelson; Lillie Mae Bennett individually and on behalf of  Keywanda Q. Nelson; Laquinta Verchelle Nelson; Laquinta Verchelle Nelson individually and on behalf of Ryneisha Nelson;  Irma Dine Stephens individually and

BR:421753 1

on behalf of James Northern, III; Barbara P. Oby individually and on behalf of John E. Oby, Jr; Barbara P. Oby; Tomas Ortega; Denia Calvey Oubre individually and on behalf of Dekyla Oubre; Denia Calvey Oubre; Daquanta Adrienne Erika Palmer; Beverly H. Parker; Mary Paten; William Paten; Marilyn L. Murry individually and on behalf of Byron K. Patterson; Dedrick D. Patterson; Geraldine Patterson individually and on behalf of Ebony Patterson; Geraldine Patterson; Ingrid Michelle Patterson; Marguerite Patterson; Roedreick Patterson; Tamica Danielle Patterson; Terrance G. Patterson; Virginia M. Patterson; Diane Payton individually and on behalf of Chaston Payton; Brenda A. Payton; Brenda A. Payton individually and on behalf of Carmisha L. Payton; Diane Payton; Brenda A. Payton individually and on behalf of Ieshia Payton; Rozina C. Perkins; Emma Phillips; Toni Phillips; Morticia L. Pierce; Vessie Pierce; Tina Pindexter individually and on behalf of Ashia Pindexter; Tina Pindexter individually and on behalf of Joseph Pindexter; Tina Pindexter individually and on behalf of Pebbles Pindexter; Tina Pindexter; Tina Pindexter individually and on behalf of Kortnie Pindexter; Tina Pindexter individually and on behalf of Porsche Pindexter; Vera Populars; Herman Populars, Sr; Vera Populars individually and on behalf of Natasha Populars; Noleta M. Populars; Roxie Hall Populars; Robin Ambeau Porter individually and on behalf of Jordan L. Porter; Robin Ambeau Porter; Tissuetta Porter; Thomas Powers, Jr.; Jackey R. Pugh; Santos Ramos individually and on behalf of Carlos Ramos; Santos Ramos; Olevia F. Raven; Victoria W. Rawls; Vilmore Redditt, Jr; Evelyn S. Reed; Katheisha L. Reed; Katheisha L. Reed individually and on behalf of Kelvin Reed; Kevin T. Reed; Leonard Reed, Jr.; Pearl F. Reed; Shauntell Jones Wilson individually and on behalf of Shedrick Reed, Jr.; Labarick L. Refuge; Kimberly Marie Ricard; Catherine B. Collins individually and on behalf of Dion Richardson, Jr.; Bertha G. Verret individually and on behalf of Avery Richardson; Joseph Riley, Jr.; Andre Riley; Lakeisha Riley; Dorothy Weatherspoon individually and on behalf of Shamara Riley; Joslyn A. Rivett; Janie W. Robertson; Leon C. Rodrigue Jr; Crystal S. Rodrigue; Wardell James Rodrique; Shelia Marie Sterling individually and on behalf of Nadia Rodriquez; Shelia Marie Sterling

BR 421753 I

individually and on behalf of Pauletta S. Rodriquez; Shelia Marie Sterling individually and on behalf

of Terrica B. Rodriquez; Brent Ross; Jerry Dean Ross; Mary Ross; Patricia Ann Ross; Troylynn Ross;

Enith Broussard Roy; Ruby T. Scott; Jill D. Ruffin individually and on behalf of Brandi Ruffin; Jill D.

Ruffin individually and on behalf of Byron V. Ruffin; Jill D. Ruffin; Oretha Ruffin; Lasondra Titus

Russell; Valarie J. Sampson; Barbara P. Oby individually and on behalf of Joseph S. Scott, II; Henry

Scott, Jr; Reginald McBee individually and on behalf of Marquishah Scott; D'ann L. Scott; D'ann L.

Scott individually and on behalf of Darren Scott; D'ann L. Scott individually and on behalf of Dorsay

Scott; Barbara P. Oby individually and on behalf of Jamica S. Scott; Mark T. Scott; Mark T. Scott

individually and on behalf of Markesa M. Scott; Velma Scott; Sharon Williams-Semien individually

and on behalf of Joy Semien; Sharon Williams-Semien individually and on behalf of Precious Semien;

Tony Sewell; Valerie L.Dunbar individually and on behalf of Javonta Sherman; Gwendolyn G. Sibley;

Melchezideck Simon; Alice M. Gailes individually and on behalf of Achillie Smith; Alfred Smith;

Barbara Harris individually and on behalf of Ella Smith; Carla D. Joseph individually and on behalf of

Erroll Smith; Carla D. Joseph individually and on behalf of Errol'neysha Smith; George Smith; John

Smith; Laquinta Verchelle Nelson individually and on behalf of Johnell Smith; Joseph L. Smith; Lela

F. Smith; Mary Smith; Richard Smith, Jr.; Robert Smith; Ronald Smith; Russel G Smith; Shirley Smith;

Velma M. Smith; Verginald Lee Smith; Herman Smith; Avis J. Snowten; Avis J. Snowten individually

and on behalf of Gerlyn Snowten; Avis J. Snowten individually and on behalf of Jessica C. Snowten;

Joyce Marie Snowten; Hazel Sparrow; Valentine Spencer, Sr.; Erma M. Spooner; Eddie Troy Spriggs;

Deshoin N. Darville individually and on behalf of Galencia Spriggs; Girtie Starks; Irma Dine Stephens

individually and on behalf of Eric Glenn Stephens; Irma Dine Stephens; Matthew L. Stephens; Shelia

Marie Sterling individually and on behalf of James A. Sterling; Shelia Marie Sterling; Tamara Stevens;

Tamara Stevens individually and on behalf of Trevis Stevens; Roy Stewart individually and on behalf

of Roy Stewart, Jr.; George W. Stewart Jr; Angela Lodge Stewart; Calvin Stewart; Roy Stewart

BR·421753 I

individually and on behalf of Demarcus Stewart; Ernestine Johnson Stewart; Eugene Stewart; Lieselotte M Stewart; Maudria Stewart; Roy Stewart; Shawndreka D. Stewart; Frederick Stewart; Rhonda Stigers individually and on behalf of Dereginald Stigers; Rhonda Stigers; Brenda T. Tasker; Curtis Tatney, Jr.; Shantel C. Tatney; Van Tatney; Emily James Taylor; Geraldine Taylor; James L. Taylor; Mary T. Taylor; Nira D. Taylor; Terry M. Grace; Sibil Thibeaux; Albertha M. Thomas; Lois W. Thomas individually and on behalf of Chelsea Thomas; Lois W. Thomas individually and on behalf of Derrick Thomas; Junius Thomas; Lois W. Thomas; Matthews W. Thomas individually and on behalf of Maliana Thomas; Matthews W. Thomas; Matthews W. Thomas individually and on behalf of Monique Thomas; Geraldine Thomas; Edward Thompson, Jr.; Jerelyn Thornton; Kelanda Thurman; Karen Cushenberry Tilley; Karen Cushenberry Tilley individually and on behalf of Mary Tilley; Sharon Denise Todd individually and on behalf of Iyehesa C. Todd; Jenell A. Todd; Joyce R. Todd; Tonette LaChelle Todd individually and on behalf of La'kandrus Todd; Sharon Denise Todd; Tonette Lachelle Todd; Travis Anthony Todd; Tonette LaChelle. Todd individually and on behalf of Trevor Todd; Connie Yvette Torrence; Aida Luz Torres; David E. Torres; Zeno D. Travis, III; Etta Travis; Helen S. Travis; Dwayne Turner; Monika Turner; Ethel P. Valentine; Wardell Valentine; Laurence Veal; Bertha G. Verret; Lisa C. Verret Brooks individually and on behalf of Brandon M. Verret; Jeffrey Verrett; Lisa C. Verrett Brooks individually and on behalf of Lindayshea Verrett; Evelyn M. Vessel; Alvin Dennis Videau; Charonda Lanette Videau; Lisa Videau Alexander individually and on behalf of Mike Dwayne Videau; Ronald Videau; Tommie J. Videau; Cassandra M. Howard individually and on behalf of Donald Vondo, Jr; Donald Vondo; Alfred Walker, Jr; Cynthia Walker; Hebert Walker; Patricia Walker; Ollie M. Washington; Roland H. Washington; Stanley Washington; Deborah Watkins individually and on behalf of Philip Watkins, Jr.; Deborah Watkins individually and on behalf of Brandon Watkins; Deborah Watkins; Dorothy Weatherspoon; Antionette West; Jermaine West; Herbert L. West, Jr; Katrina D. Weston; Martha James Whaley; Russell Whaley; Debra Martin White

81

BR 421753 1

individually and on behalf of Joseph White, Jr.; Connie White; Debra Martin White individually and on behalf of Deanthony Dwayne White; Debra Martin White; Mary Shalita Deggs White; Shakeita L. White; Anthony Whitley; Carolyn C. Whitmore; Lois M. Whitmore; Lois Brooks Wicker individually and on behalf of Emma A. Wicker; Lois Brooks Wicker; Lois Brooks Wicker individually and on behalf of Ryan P. Wicker; Shantel C. Tatney individually and on behalf of Krystal-Seymone Wiggins; Lionel Williams; Shirley Williams individually and on behalf of Joshua Williams; Joseph G. Williams; Andstine Williams; Charlene W. Williams individually and on behalf of Ashley Williams; Atkins Williams; Betty M Williams; Faye G. Williams individually and on behalf of Brittany Nicole Williams; Cedonia Williams; Charlene Williams; Charles Williams, Jr.; Clara ? Williams individually and on behalf of Christopher Williams; Clara B. Williams; Clara L. Williams; Cynthia Williams; Elodie Williams individually and on behalf of Denzel Williams; Dorothy B. Williams; Dorothy P. Williams; Elizabeth Williams; Elizabeth A. Williams; Elodie Williams; Elwin Williams; Ethel Williams; Faye G. Williams; Gregory Williams; Mary Young individually and on behalf of Henery Marcus Williams; Henry Williams; Jason Leon Williams; Charlene Williams individually and on behalf of Joshua Williams; Cynthia Williams individually and on behalf of Joshua Williams; Karen Williams; Kolande S. Williams; Leona V. Williams; Lionel Williams; Louis P. Williams; Louise Williams; Martha Raye Williams; Melissa Williams; Cynthia Williams individually and on behalf of Regina Lashawn Williams; Shirley Williams; Faye G. Williams individually and on behalf of Stacey Williams; Sharon Williams-Semien; Kelly Willie, Jr.; Eddie Willilams, Jr.; Emelda A. Willliams; Kiease Becnel individually and on behalf of Joseph Wilson Jr; Valerie L. Dunbar individually and on behalf of Adrianna Wilson; Grace Wilson individually and on behalf of Andrika D'shelle Wilson; Chyrla Wilson; Grace Wilson individually and on behalf of Daphne Wilson; Edwin Rodrick Wilson; Grace Wilson; Kiease Becnel individually and on behalf of Joneshia Wilson; Joyce Knight Wilson; Julius Wilson, Jr.; Kisha S. Wilson; Shauntell Jones Wilson; Sylvia Wilson; Hazel Wilson; Ruby V. Woods individually and on behalf

82

of Dave Woods; Mildred Woods; Ruby V. Woods; Alexander Wright individually and on behalf of Alexander Wright, III; Alexander Wright; Alexander Wright individually and on behalf of Andre' Wright; Dell D. Wright; Stephen Robert Yaeger; Cynthia York; Rudy York; Deborah Calloway individually and on behalf of Terrica York; Loetia Young; Mary Young; Sheila J. Young; Danna Marie Zachary; Louis Alexander; Geraldine Armstead; Rev. Edward Armstead; Junius Armstead; Patricia Armstead; Willie Armstead; Varnessa Armstead; Alevia A. Barber; Josie J. Battiste individually and on behalf of Dionne Young; Brian Batton; Carl Batton individually and on behalf of Montega Davis and Mariah Davis; Paulette D. Batton; Clarence Batton, Jr. individually and on behalf of Candyce J. Batton; Wanda F. Batton; Mary Batton individually and on behalf of Sterling Batton, Jr., Caleb Batton, JaVaughn Batton and DaVaughn Batton; Sterling Batton, Sr.; Michael J. Batton; Wayne Bloome; Andretta Breaux; Berdell Breaux; Roger Breaux, Sr.; Roger Breaux, Jr.; Janice Bridgewater; Barbara Ann Brown; Percy Brown; India Brown; Wilmer Brown, Jr.; Willie E. Bruce, Sr.; Renee D. Davis individually and on behalf of Van Davis, Jr.; Van Davis; Venecia T. Day; Edward Dunlap; La'Tasha Dunlap; Sybil Francois individually and on behalf of Andre C. Francois; Gregory W. Franklin individually and on behalf of Kenyatta Gilbert and Gregory W. Gilbert; Kiesha Gilbert; Jennifer L. Franklin; Malcolm L. Franklin; Lois Lee Franklin individually and on behalf of Devon Franklin and Evan Franklin; Robert Gillis, Jr.; Crystal K. Harris individually and on behalf of Amandalyn A. Harris; Donald Harris; Donna Harris; Kelly Harris individually and on behalf of Dekiyrian D. Barber and Darius D. D. Harris; Mildred Harris individually and on behalf of Haneefa Lee and Corey Lee; Rhonda S. Harris; Rosalie Harris; Trenderlyn Harris; Irene Hill; Willie Hill; Brekeitha Jackson individually and on behalf of Kelsa Brooke Jackson and Kali B. Ambeau; Frank Jackson, Jr.; Frank Jackson, Sr.; Gerrin M. Jackson; Glenda D. Jackson; Victoria M. James; Charles L. James, Sr.; Bridget Batton Johnson individually and on behalf of Darius Batton and Kayla Young; Kenneth D. Johnson; Dianne Johnson; Louise Johnson; Nikki Lee; Tina Lee; Ada M. McGinnis; Ellis McGinnis, Jr.; Oliver J. McGinnis; Reginald W. McGinnis; Sadie

83

BR 421753 1

McGinnis individually and on behalf of Kayla Pugh; Barbara R. Mellion; Jamie D. Mellion; Henry D. Mellion; LaMeka Mellion; Evelyn Morgan; Freddie Morgan; John L. Morris, Sr.; James Myles; Ashley Oliver; Ernestine Oliver individually and on behalf of Ashley G. Oliver; Sherell D. Oliver; Herman D. Oliver; Herman Oliver; La'Toya Oubre individually and on behalf of Damion D. Oubre; Mary P. Oubre; Brenda R. Ovete; Lawrence D. Ovete individually and on behalf of Janae L. Ovete; Landa D. Ovete; Loretta A. Pania; Laura Poindexter; Cynthia Renee Pugh; Fannie E. Rider; Sidney Rider; Earl Riley; Lucille A. Rivers; Julia B. Rogers individually and on behalf of Keturah S. Rogers; Kenneth Rogers; Kendra Rogers; Kentika M. Rogers; Takiya M. Skidmore; Belinda Smith individually and on behalf of Dwayne Smith, Jr.; Dwayne Smith, Sr.; Harriett Sparks; Agnes Stewart; Henry Stewart individually and on behalf of Philadelphia Stewart and Daniel Stewart; Debra Stewart; Henry Stewart, III; Lance Stewart individually and on behalf of Anthony Stewart; Albertha M. Thomas; Robert Thomas, Sr.; Corey A. Thomas; Robin R. Thomas; Martha M. Tillman individually and on behalf of Jernieca D. Tillman and Jereme' D. Tillman; Willie Tillman, Jr.; Carchell L. Tillman; Dawanda N. Tillman; Tonya D. Warner individually and on behalf of Kiya M. Smith; Kayla T'Shay Warner; Evelyn Washington; Clifton L. Watson; Mary I. Watson individually and on behalf of Cassandra R. Watson; Ann Marie Williams individually and on behalf of Breeann L. D. Williams; Charles Williams; Charles E. Williams individually and on behalf of Sharone J. Williams; Idell C. Williams; Eddie Williams, Jr.; Elizabeth A. Williams individually and on behalf of Jacqueline Williams; Joseph Williams, Jr. individually and on behalf of Joseph Williams, III and Nina Dillon; Michelle Williams; Nathaniel Williams; Nicole L. Williams; Precious Williams individually and on behalf of Shannon Williams; Clarence Wilson; Georgenne Batton; Delores D. Winston; Charlotte Woodfork individually and on behalf of Arviniece G. Tillman, Arnicka K. Woodfork and Armoni K. Woodfork; Arvin Sean Woodfork; Cassandra Aaron; Edward Adams, individually and on behalf of Eddreal Adams; Edward Adams; Stephanie G. White individually and on behalf of Markelle Adams; Alma Adolph; Gregory S. Adolph; Sharish Adolph

BR 421753.1

individually and on behalf of Le Tree Adolph; Sharish Adolph individually and on behalf of Lemond

Adolph; Leroy Adolph; Sharish Adolph individually and on behalf of Leroy Adolph, Jr.; Sam Adolph;

Sharish Adolph; Joseph K. Albert; Ruthie Albert; Mary Alcee individually and on behalf of Markest

Alcee; Mary Alcee individually and on behalf of Marlon Alcee; Mary Alcee individually and on behalf

of Marshawn Alcee; Marvin Alcee; Mary Alcee; Christopher Alexander; Crystal Alexander; Janice

Alexander; Willie Alexander; Betty Allen; Carol Allen; Charles J. Allen; Darnetta Allen; Darnetta Allen

individually and on behalf of Diamone Allen; Ellen Allen; Lloyd Allen; Mitchel Allen; Naomie C. Allen;

Darnetta Allen individually and on behalf of Scylar Allen; Willie Y. Allen; Calvin Anderson; Clifford

E. Anderson; Jeremy Anderson; Zelda Butler individually and on behalf of Joey D. Anderson; Norma

Anderson individually and on behalf of Launjarius Anderson; Norma Anderson; Willie Anderson;

Sherman Fort individually and on behalf of Sean Angaele; Alvin Antoine; Bernice Antoine; Cassandra

Antoine; Kimberly Antoine; Kimberlyn Antoine; Cassandra Antoine individually and on behalf of

Malik Antoine; Marjorie Antoine; Oretha Antoine; Troy A. Antoine; Troy Antoine, Sr.; Jerry Armwood,

Sr. individually and on behalf of Joy Armwood; Jerry Armwood, Sr. individually and on behalf of Jerry

Armwood, Jr.; Jerry Armwood, Sr.; Genell Arnold individually and on behalf of Ashley Arnold; Genell

Arnold; Genell Arnold individually and on behalf of Joshua Arnold; Lorenzo Arnold; Earldean Arvie;

Roger Arvie, Jr.; Roger Arvie, Sr.; Dorothy Asberry; Dorothy Asberry individually and on behalf of

Lawerence Asberry; James Louis individually and on behalf of Megan Asler; Olga A. Pack individually

and on behalf of Travis Atkins; Marie Augustus; Virqil Baker; Jeanette Banks individually and on behalf

of Chelsea Banks; Jeanette Banks; Jeanette Banks individually and on behalf of Michael Banks; Shirley

Banks; Jeanette Banks individually and on behalf of Whitney Banks; Alfred Barber; Dionne Riley

individually and on behalf of Darren Barrett; Mary M. Bartney; Maudrie Bartney; Kathy Bates; Kathy

Bates individually and on behalf of Howard B. Bates, Jr.; Juanita Gordon individually and on behalf of

Kapric Batiste; Juanita Gordon individually and on behalf of Morris Batiste; Almeta Battiste; Cheryl

BR.421753 1

Battiste; Edward Battiste; Lea Battiste; Mary Battiste; Sherman Battiste; Edward Battiste, Jr.; Henry

Jackson, III individually and on behalf of Charity Battley; Henry Jackson, III individually and on behalf

of Lacey Battley; Michelle Y. Bazille; Charles F. Beardon; Charles F. Beardon individually and on behalf

of Charles M. Beardon; Joseph Beardon; Joyce Beardon; Sherrelle Beardon individually and on behalf

of Kennedi Beardon; Sherrelle Beardon; Charles F. Beardon individually and on behalf of Triston

Beardon; Louis Beardon, Jr.; Cheleta Bell; Eola Bell; Jessica Bell individually and on behalf of Generett

Bell; Jeffery E. Bell; Jessica Bell; John A. Bell; Josephine Bell; Josephine R. Bell; Larry N. Bell; Nellie W.

Bell; Wanda Bell; Junius Bell, Jr.; Mary Bellington; Leroy H. Mitchell individually and on behalf of

Lakita L. Beloney; Petra M. Bennett individually and on behalf of Bianca Bennett; Petra M. Bennett

individually and on behalf of Brittany Bennett; Clarence Bennett; Cynthia L. Bennett; Cynthia L.

Bennett individually and on behalf of Dorsha D. Bennett; Petra M. Bennett individually and on behalf

of Joseph Bennett; Cynthia L. Bennett individually and on behalf of Kayla D. Bennett; Patricia

Bennett; Petra M. Bennett; Cynthia L. Bennett individually and on behalf of Shaquille O. Bennett;

Angel Bernard; Audrey M. Bernard; Glenda Bernard; Audrey M. Bernard individually and on behalf of

Ieasha T. Bernard; Kedra Bernard; Leanna Bernard; Leo Bernard; Darrell Berry; Constance Lafayette

individually and on behalf of Najee Berry; Constance Lafayette individually and on behalf of Ofari

Berry; Brad Bertrand; Eddie Bessie; Erma Bessie; Freddie Bessie; Hazel Bessie; Mary Bessie; Horace

Bessie, Sr.; Julia Bessix; Phillip Bessix, Jr.; Mary Blake; Wayne Blalock; Cheryl D. Blalock; Lynell Blanton

individually and on behalf of Christy Blanton; Lynell Blanton; Bridgette Dunn individually and on

behalf of Brandy Borden; Fred D. Bosely; Anthony Bosley; Casandra Bosley; Anthony Bosley

individually and on behalf of Chelsea Bosley; Dennis Bosley; Anthony Bosley individually and on behalf

of D'Waynia Bosley; Joann Bosley; Lawrence Bosley; Thomas Bosley; Fred Bosley, Sr.; Herman Bosley,

Jr.; Christopher Bouligny; Joseph R. Bourgeois; Marie Bourgeois; Jess Stovall individually and on behalf

of Jasper Bowden; Dana Hall individually and on behalf of Alona Bowman; Stacy Bracken individually

BR 421753.1

and on behalf of Juston Bracken; Stacy Bracken; Stacy Bracken individually and on behalf of Tanesha Bracken; Stacy Bracken individually and on behalf of Tyler Bracken; Dana S. Bradford; James E. Brady; Margarette W. Brady; Troy A. Brady; Barry Braxton; Enid Braxton; Louis Breadon; Yvonne M. Walker individually and on behalf of Iris S. Breaux; Yvonne M. Walker individually and on behalf of Shanika R. Breaux; John Knight individually and on behalf of Nicholas Breckenridge, Jr.; Corelia Bridgewater; Tracie Bridgewater individually and on behalf of Keion Bridgewater; Tracie Bridgewater; Tracie Bridgewater individually and on behalf of Tra'Von Bridgewater; Tracie Kitts individually and on behalf of Vintriceiya Bridgewater; Gale Briggs individually and on behalf of Brittany Briggs; Gale Briggs; Sheryl D. Brooks; Alene M. Brown; Frank Louis, Sr. individually and on behalf of Andrea Brown; Claiborne Brown; Earline Brown; Eli Brown; Ivory Brown; Jacklyn Brown; Janet Davis individually and on behalf of Jazz Brown; Ivory Brown individually and on behalf of Jeremy Brown; Janet Davis individually and on behalf of Justin Brown; Ivory Brown individually and on behalf of Katrina Brown; Kevin D. Brown; Levi Brown; Linda H. Brown; Linda Brown; Ora L. Brown; Richard Brown; Claiborne Brown individually and on behalf of Shannon Brown; Shelley Brown; Shirley Brown; Troy L. Brown individually and on behalf of Traniqua L. Brown; Troy L. Brown; Wanda H. Brown; Zelma Brown; Elton G. Brown, Sr.; Willie Brown, Sr.; Robert E. Brown, Sr.; Gloria Brumfield; Gloria Brumfield individually and on behalf of Taylor Brumfield; Mary Alcee individually and on behalf of Marcus Buggage; Mary Alcee individually and on behalf of Marvin Buggage; Karen A. Buggs individually and on behalf of D'Quincy Buggs; Karen A. Buggs; Karen A. Buggs individually and on behalf of Kent Buggs; Joseph Bunch; Joseph Bunch individually and on behalf of Joshua Bunch; Joyce Bunch; Shirley Bunch; Joseph Bunch individually and on behalf of Joseph Bunch, Jr.; Zelda Butler; Trudy Hardy individually and on behalf of Courtney Butler; Zelda Butler individually and on behalf of Roshecia Butler; Virginia Butler; Herbert Bynum individually and on behalf of De'Von H. Bynum; Beverly Bynum; Chetwin J. Bynum; Gaytha L. Bynum; Herbert Bynum; Margaret S. Bynum; Shenita R.

87

Bynum; James E. Bynum, Jr.; Angella Byrd; Archie Byrd; Brenda Byrd; Elmer Byrd; Irene Byrd; Patricia

Byrd; Richard J. Carlin; Stacy D. Carr individually and on behalf of Erneshia Carr; Stacy D. Carr; Alice

Carter; Carlos Carter; Alice Carter individually and on behalf of Courtney Carter; Elma Carter; Joe A.

Carter; Patricia A. Carter; Pamela Casemere individually and on behalf of Carla Casemere; Pamela

Casemere; Tammy Dosey individually and on behalf of Ikesha Casey; Aurejana H. Ceaser; Carla W.

Ceaser; Carla W. Ceaser individually and on behalf of Colin Ceaser; Carla W. Ceaser individually and

on behalf of Kai Lyn Ceaser; Kenna Ceaser; David Cedotal; David Cedotal individually and on behalf

of Dwayne Cedotal; Edith Cedotal; Felicia Cedotal; Catherine Celestin individually and on behalf of

Candace Celestin; Catherine Celestin; Patrick J. Celestin; Quinekki Chachere; Deidre Chappell; Katina

Christophe; Sylvia A. Christophe individually and on behalf of Kayla Christophe; Sylvia A. Christophe

individually and on behalf of Nicholas J. Christophe; Sylvia A. Christophe; Janet Vaughn individually

and on behalf of Alexis Christopher; Kimberlia James individually and on behalf of De'Aubrey

Christopher; Janet Vaughn individually and on behalf of Dewayne Christopher; Kimberlia James

individually and on behalf of Freddrick Christopher; Heather Christopher; Jamie M. Christopher;

Jonathan P. Christopher; Ronda Christopher individually and on behalf of Kenneth Christopher; Ronda

Christopher individually and on behalf of Nicole Christopher; Robert Christopher; Ronda Christopher;

Janet Vaughn individually and on behalf of Shavette Christopher; Michael Church; Denise Claiborne;

Denise Claiborne individually and on behalf of Dylan Claiborne; Ideal Claiborne; Fabara Critney

individually and on behalf of Kyle Claiborne; Catherine Clark; Catherine Clark individually and on

behalf of Mikale D. Clark; Paul Clark; Carolyn Clayton; Carolyn Clayton individually and on behalf of

Coco A. Clayton; Inez Clayton; Marcus Clayton; Shirley Clayton; Jesse Clayton, Sr. individually and on

behalf of Jesse J. Clayton, Jr.; Jesse Clayton, Sr.; Tina Turner individually and on behalf of Ty

Clemmons, Jr.; Gilda Coffee; Vidrine W. Colar; Aliss Coleman; Antoinette Coleman; Ernest Coleman;

Gregory Coleman; Amanda C. Keller individually and on behalf of Leasly Coleman; Olivia Coleman;

Patricia Coleman; Arthur Collar; Ernestine Collier; Cederick Collins; Eva Collins; Frederick Collins;

Paulette Collins; Sylvester Toston individually and on behalf of Raphael L. Collins; Sylvester Toston

individually and on behalf of Redinand Collins; Loretta Cooley individually and on behalf of Darrence

Cooley; Loretta Cooley; Patricia Cooley; Percy Cooley, Sr.; Josephine Cotton; Margaret A. Cotton;

Patricia Cotton; Rakeesha Cotton; Tomeka Cotton; Dylan Cox; Sterla Cox, Sr. individually and on

behalf of Franklin Cox; Sterla Cox, Sr. individually and on behalf of Justin Cox; Lynette Cox; Sterla

Cox, Sr. individually and on behalf of Sterla Cox, Jr.; Janna Craig; Mary Craig; Bennie Crawford; Lenora

D. Crawford; Fabara Critney; Jennifer Critney; Ricky L. Critney; Robert Critney, Jr. individually and

on behalf of Robert Critney, III; Robert Critney, Jr.; Dorothy R. Crockett; Margery Morgan individually

and on behalf of Andre Croon; Wilmer Scott individually and on behalf of Cory Cummings; Wilmer

Scott individually and on behalf of Jeremy Cummings; Leonard Cummings; Wilmer Scott individually

and on behalf of Lioretta Cummings; Brandon Cunningham; Annie Cyprain; Annie Cyprain individually

and on behalf of Krystal Cyprain; Bobbie Cyprain, Sr.; Marvin Cyrus; Christy Daniels individually and

on behalf of Chadrick Daniels; Christy Daniels; Christy Daniels individually and on behalf of Coby

Daniels; Christy Daniels individually and on behalf of Corey Daniels; Christy Daniels individually and

on behalf of Courtlyn Daniels; Christy Daniels individually and on behalf of Courtney Daniels;

Anthony Daryon; Clifton M. Davis; Janet Davis; Landry Davis; Louise J. Davis; Lucy M. Davis; Janet

Davis individually and on behalf of Marketa Davis; Martha Davis; Melanie Davis; Shalana L. Davis;

Jimmy J. Robert, Sr. individually and on behalf of Arinsha Decuir; Jimmy J. Robert, Sr. individually and

on behalf of Denota Decuir; Jimmy J. Robert, Sr. individually and on behalf of Jimesha Decuir;

Latasha Martin individually and on behalf of Tyron D. Delmore; Gaytha L. Bynum individually and on

behalf of Tyson Dempsey; Ashley Denham; Joseph Bunch individually and on behalf of Terry

Denham; Janice Jones individually and on behalf of Diamante Dents; Arthur Dickerson; Barbara

Dickerson; Quentin Dickerson individually and on behalf of Courtney Dickerson; Arthur Dickerson

individually and on behalf of Crystal Dickerson; Arthur Dickerson individually and on behalf of Cylerly Dickerson; Quentin Dickerson; Quentin Dickerson individually and on behalf of Quinesha Dickerson; Shelia Dickerson; Henri Payne individually and on behalf of Travis Dickerson; Viquinna Diebeuon; Darlene Dixon individually and on behalf of Cedrick Dixon; Darlene Dixon individually and on behalf of Courtney Dixon; Darlene Dixon; Darlene Dixon individually and on behalf of Richard Dixon; Eddie Dogan; Michael Domingue; Jennifer Critney individually and on behalf of Magnum Domino; Peter Donald; Alberta Donatto; Henry Dorsey, Jr. individually and on behalf of Brittney Dorsey; Henry Dorsey, Jr. individually and on behalf of Candice Dorsey; Damon Dorsey; Yvette Dorsey individually and on behalf of Demontrell Dorsey; Derwin Dorsey; Edith Dorsey; Fannie Dorsey; Yvette Dorsey individually and on behalf of Rene Dorsey; Rodney W. Dorsey; Shakia H. Dorsey; Tyrone Dorsey; Wilmer Dorsey; Yvette Dorsey; Henry Dorsey, Jr.; Roy E. Dorty; Tammy Dorsey; Lloyd Doucette, Jr.; Elizabeth A. Douglas; Evelyn Douglas; Faebreanne Douglas; Stella Murphy individually and on behalf of Jazmin Douglas; Renwick Douglas individually and on behalf of J'Myrehea Douglas; Renwick Douglas; Reynard H. Douglas, Jr. individually and on behalf of Reynecia Douglas; Ronald Douglas; Renwick Douglas individually and on behalf of S'Ylecia Douglas; Renicca Williams individually and on behalf of Zmyrehea Douglas; Reynard H. Douglas, Jr. individually and on behalf of Reynard H. Douglas, III; Reynard H. Douglas, Jr.; Reynard H. Douglas, Sr.; Angela R. Dowdy; Marlene Doyle-Moore individually and on behalf of David Doyle; Frank D. Doyle; Tamara D. Doyle; Marlene Doyle-Moore; Devlin Dukes; Cassandra Antoine individually and on behalf of Devin Dunbar; Debra Duncan; Henry Duncan; Bridgette Dunn; Cynthia Dunn; Lance Dunn; Paul Dunn; Charley Dunn, Jr.; Carl K. Dunn, Jr.; Dezie Eades; Adlean Edwards; Darrel Edwards; Darrel Edwards individually and on behalf of Daryle Edwards; Tywanda Edwards individually and on behalf of Dornessia Edwards; Adlean Edwards individually and on behalf of Gary Edwards; Harold Edwards; Welton Smith individually and on behalf of Krystal D. Edwards; Tywanda Edwards; Wanda Edwards;

BR 421753 1

Yancy Edwards; Byran Jackson, Sr. individually and on behalf of Marion N. Elmore; Albert Emery; Albert Emery individually and on behalf of Nicholas Emery; Rev. James England; Julia England; Debra English individually and on behalf of Asia English; Debra English; Willie M. Guss individually and on behalf of Jontrell Esco; Renna Fabre; Kachanna R. Fair; Davis Fair, Jr.; Wardell R. Irvin individually and on behalf of Jordan Favorite; Ronald Favorite; Sharon L. Fefie individually and on behalf of Aleshia Fefie; Sharon L. Fefie individually and on behalf of Areshia Fefie; Sharon L. Fefie; Lamont Fells individually and on behalf of Lameka Fells; Lamont Fells; Rowena B. Fields individually and on behalf of Cameron C. Fields; Jacqueline Fields; Carol Allen individually and on behalf of Rajanee' Fields; Rowena B. Fields; Carol Allen individually and on behalf of Shamar Fields; Marie Augustus individually and on behalf of Charles Fletcher; Michael Florida, Sr.; Landry C. Fontenot; Barbara Forest; Cherisse Forest; Cherisse Forest individually and on behalf of Dilon Forest; Cherisse Forest individually and on behalf of Jonathan Forest, Jr.; Sherman Fort; Coretta L. Wilson individually and on behalf of Jonathan M. Fountain; Debbie Francis individually and on behalf of Damion Francis; Debbie Francis; Carl K. Dunn, Jr. individually and on behalf of Keithan Francois; Arthur H. Franklin; Tahita Franklin individually and on behalf of Davonne Franklin; Donald Franklin; Earl Franklin; Tahita Franklin; Rachelle Smith individually and on behalf of Tremayne Franklin; Ernest Franklin, Sr.; Carmelita Wilson individually and on behalf of Charmaine Freeman; Carmelita Wilson individually and on behalf of Shawn Freeman, Jr.; Sharon L. Fefie individually and on behalf of Anthony Fefie, Jr; Leo C. Gable; Sadie Gage individually and on behalf of Breianna Gage; Sadie Gage individually and on behalf of Quintrell Gage; Sadie Gage; Herman Gage, Jr.; Wanda Galloway; Joseph Gasper; Louise Gasper; Thomas J. Gatlin; Brenda Gautier; Hilda T. Gautier; Bernadine Gay; Carlton Gay; Drexel Gay; Cynthia Gayden; Leila Gayden; Paul Gayden; Diane Lee individually and on behalf of Shameca Gibson; Twanna Gilbeaux; Ollie Gildersleeve individually and on behalf of Emmanuele Gildersleeve; Ollie Gildersleeve; Ollie Gildersleeve individually and on behalf of Xavier Gildersleeve; John Knight

BR:421753.1

individually and on behalf of Bianca Gildersleeve; Georgiana Gillis; Georgiana Gillis individually and

on behalf of James Gillis, Jr.; Isaac Gilmore; Isaac Gilmore individually and on behalf of Raven

Gilmore; Isaac Gilmore individually and on behalf of Robin Gilmore; Charlene D. LeBlanc individually

and on behalf of Jeremy B. Gipson; Charles Glasper; Raymard M. Parker, Sr. individually and on behalf

of Devin Godchaux; Raymard M. Parker, Sr. individually and on behalf of Devon Godchaux; Carolyn

Gordon; Bridgette Dunn individually and on behalf of Dennis Gordon; Jacqueline P. Gordon; Juanita

Gordon; Kiffany Gordon individually and on behalf of Kaylon Gordon; Jacqueline P. Gordon

individually and on behalf of Kennedra Gordon; Kiffany Gordon individually and on behalf of Kierra

Gordon; Kiffany Gordon; Juanita Gordon individually and on behalf of Nannisha Gordon; Barbara

Granger; Charlie B. Granger; Barbara Gray; Barbara Gray individually and on behalf of Clifford Gray;

Dorothy Gray; Jonathan Gray; Mary Gray; Percy Gray; Robin Gray; Tiquanica Gray; Alex Gray, Jr.;

Stephanie G. White individually and on behalf of Ashley Green; Betty Green; Darlene W. Green

individually and on behalf of Carly Green; Darlene W. Green individually and on behalf of Channin

Green; Darlene W. Green individually and on behalf of Christopher Green; Geisha Spriggs individually

and on behalf of Damien Green; Darlene W. Green; Patricia Green individually and on behalf of

Devin Green; Gladys M. Green; Kevin Green; Lionel Green; Patricia Green individually and on behalf

of Lutasshi Green; Patricia Green individually and on behalf of Malik Green; Patricia Green; Tameka

Green; Viola Green; Geisha Spriggs individually and on behalf of Marvin Green, Jr.; Shameka

Gremillion individually and on behalf of Aikeen Gremillion; Shameka Gremillion individually and on

behalf of Ajarrius Gremillion; Darlene Gremillion; Shameka Gremillion; Darlene Gremillion individually

and on behalf of Tiffany Gremillion; Schantell Griffin; Cedric Grimes; Cedric Grimes individually and

on behalf of Jalen Grimes; Lillie Grimes; Gerald Grimes, Jr.; Eric Guidry; Jerrenda D. Guidry; Jerrenda

D. Guidry individually and on behalf of Tyler J. Guidry; Harvey Guss individually and on behalf of

Adrian Guss; Harvey Guss; Lois Guss; Willie M. Guss individually and on behalf of March Guss;

BR 421753 1

Harvey Guss individually and on behalf of Marcus Guss; Quenisha Guss; Sherita Guss; Willie M. Guss; Willie Guss, Jr.; James Gwin; Shirley A. Johnson individually and on behalf of Rodrick Hale; Shirley A. Johnson individually and on behalf of Tiffany Hale; Priscilla Hall individually and on behalf of Chelsea Hall; Dana Hall; Kelvin D. Hall; Mervin Hall; Priscilla Hall; Roger D. Hall; Henry Hall, Jr.; Khaya Hamilton; Ossie Hamilton; Robert J. Hardesty, Jr. individually and on behalf of Demarcus Hardesty; Robert J. Hardesty, Jr. individually and on behalf of Quintina Hardesty; Robert J. Hardesty, Jr.; Elaine G. Hardin; Elaine G. Hardin individually and on behalf of Kevin Hardin; Marcio A. Hardy individually and on behalf of Malik A. Hardy; Marcio A. Hardy; Trudy Hardy; Antonio C. Harris; Brandon Harris; Florence Harris; Joyce B. Robinson individually and on behalf of Fredrick Harris; Jannie Harris; Gladys M. Green individually and on behalf of Jnkenzi I. Harris; Latasha Harris; Lillie Harris; Lionel Harris; Latasha Harris individually and on behalf of Najoua Harris; Noah F. Harris; Shelia Harris; Shemetreal Harris; George Harris, Jr.; Hannah Harrison; Grover C. Harrison, Jr.; Donald Hart; Crystal Alexander individually and on behalf of Jaeleah Hart; Benita Hawkins; Benita Hawkins individually and on behalf of Brennen Hawkins; Earl Hawkins; Ruth White individually and on behalf of Jaymel Hawkins; Jerome Hayes; Shameka Gremillion individually and on behalf of A'Jayvis Haynes; Stephanie Haynes; Jerry Hebert individually and on behalf of Jerrica L. Hebert; Jerry Hebert; Wanda W. Hebert; Annette N. Henderson; Frankie D. Henderson; Annette Henderson individually and on behalf of Johnny D. Henderson; Annette N. Henderson individually and on behalf of Kristen S. Henderson; Rose L. Henderson; Frankie D. Henderson, Jr.; Tvriya Mc Kines individually and on behalf of Brianna Henry; Tvriya Mc Kines individually and on behalf of Crystal Henry; Tvriya A. McKines individually and on behalf of Devante Henry; Shelia R. Henry; Gilbert L. Henry, Sr.; Phillip Herbert individually and on behalf of Julian Herbert; Phillip Herbert individually and on behalf of Jvez Herbert; Phillip Herbert; Thomas Herbert, Jr.; Kristain Hertzock; Leo Hilton; Aronda Holiday; Emma Holloway; Jackie Honore; Leo M. Honore; Constance McDermott individually and on behalf of Kayla Honry;

93

BR.421753 1

Rufus Houston; Darryl L. Howard; Terilyn Howard individually and on behalf of Noah M. Howard;

Terilyn Howard; Demetris Hudson; J. C. Hughes; Roddrick Hughes; Pamela Robinson individually and

on behalf of Earnest L. Hunt; Althia Hymes; Ronald W. Spradley individually and on behalf of Barry

Hymes; Ronald W. Spradley individually and on behalf of Brandon Hymes; Ronald W. Spradley

individually and on behalf of Brittany Hymes; Paul Hymes; Louis Ike, Jr.; Wardell R. Irvin individually

and on behalf of Jamaar W. Irvin; Wardell R. Irvin individually and on behalf of Krystle L. Irvin;

Wardell R. Irvin individually and on behalf of Lindsay Irvin; Wardell R. Irvin; Anitra Isaac; Gerald J.

Isaac; Gerald J. Isaac individually and on behalf of Gerald Isaac, Jr.; Joseph Isaac; Latherine Isaac;

Lenora Isaac; Gerald J. Isaac individually and on behalf of Lettie N. Isaac; Yolanda Isaac; Byron Isac;

Andre' Jackson; Beatrice Jackson; Brenda Jackson; Brittaney D. Jackson; Darlene D. Jackson; Deidra

Jackson; Helen L. Jackson; Mary Gray individually and on behalf of Jonathan Jackson; Kelvin Jackson;

Keoshia Jackson; Lionel Jackson; Malcolm Jackson; Millie A. Jackson; Monica Jackson; Robert Jackson;

Tessa M. Morgan individually and on behalf of Terron Jackson; Terry Jackson; Mary Gray individually

and on behalf of Tonyetta Jackson; Henry Jackson, III; Ernest Jackson, Sr. individually and on behalf

of Ernest Jackson, Jr.; Ernest Jackson, Sr.; Byran Jackson, Sr. individually and on behalf of Byran

Jackson, Jr.; Byran Jackson, Sr.; Emanuel Jacob individually and on behalf of Darius Jacob; Emanuel

Jacob individually and on behalf of Eboniss D. Jacob; Emanuel Jacob; Tanya Powell individually and

on behalf of Donisha Jacobs; Tanya Powell individually and on behalf of Tanisha Jacobs; Dionel L.

Jacobs, Sr.; Dionel L. Jacobs, Sr. individually and on behalf of Dionel L. Jacobs, Jr.; Gwendolyn

Bartney-James individually and on behalf of Arienna James; Gwendolyn Bartney-James individually and

on behalf of Austin James; Ceola James; Marie Augustus individually and on behalf of Chandler James;

Lavanecia L. James individually and on behalf of Darwin C. James; Lavanecia L. James individually and

on behalf of Devin L. James; Lavanecia L. James individually and on behalf of Donovan J. James;

Gwendolyn Bartney-James; Jarrian L. James; Jordon James; Kimberlia James; Lavanecia L. James;

BR:421753 1

Martina James; Tony D. James; Donald James, Jr.; Charles L. James, Jr.; Charles L. James, Sr.; Curry Janisha; Chanel Jarmon individually and on behalf of Aisha Jarmon; Chanel Jarmon; Chanel Jarmon individually and on behalf of Corel Jarmon; Chanel Jarmon individually and on behalf of Trevor Jarmon; Melvin L. Jarreaus; James A. Jarreau, Jr.; Ruby Jefferson; Alice S. Jenkins; Craylon Parker individually and on behalf of Amuya Jenkins; Craylon Parker individually and on behalf of Aysa Jenkins; Carolyn Jenkins; Latoya Jenkins individually and on behalf of Courtland D. Jenkins; David Jenkins; Edith T. Jenkins; Latoya Jenkins; Alice S. Jenkins individually and on behalf of Nadia A. Jenkins; Kedra Washington individually and on behalf of Terry Jenkins; Kedra Washington individually and on behalf of Tonya Jenkins; Jackie Johnsen; Sidney Washingto, Jr. individually and on behalf of Amy Johnson; Latunga Johnson individually and on behalf of Antonio Johnson; Brenda M. Johnson; Carolyn Johnson individually and on behalf of Brittany Johnson; Carolyn Johnson; Carolyn Johnson; Carrie Johnson; Reikan Johnson individually and on behalf of Chandi R. Johnson; Brenda Jackson individually and on behalf of Damon Johnson; Daniel E. Johnson; Dorothy Johnson; Ebony Johnson; Emanuel Johnson; Gloria D. Johnson; Gwenevere Johnson; Howard Johnson; Jacqueline S. Johnson; Andre Riley, Sr. individually and on behalf of Jamacus Johnson; Latunga Johnson individually and on behalf of Jamalcolm Johnson; Rhonda Johnson individually and on behalf of Janay Johnson; Latunga Johnson individually and on behalf of Javonte Johnson; Rhonda Johnson individually and on behalf of Jaway Johnson; Barbara Perry individually and on behalf of Jeremy Johnson; Jessie Johnson; Reikan Johnson individually and on behalf of Jonathan M. Johnson; Connie White individually and on behalf of Justin Johnson; Brenda M. Johnson individually and on behalf of Jyric Johnson; Brenda M. Johnson individually and on behalf of Kenny Johnson; Latunga Johnson; Lawrence Johnson; Gladys Seals individually and on behalf of Lionel Johnson; Ebony Johnson individually and on behalf of Makayla Johnson; Della Odom individually and on behalf of Marvin Johnson; Gwenevere Johnson individually and on behalf of Rashad Johnson; Reikan Johnson; Renetta Johnson; Rhonda Johnson; Shermaine

BR 421753 1

Johnson; Shirley A. Johnson; Siah Johnson; Travis Johnson; Velma Johnson; Diane Washington individually and on behalf of Curly Johnson, III; Huey Johnson, III; Jennifer Payton individually and on behalf of Jessie Johnson, III; Robert Johnson, III; Kedra Bernard individually and on behalf of Aaron Johnson, Jr.; Lawrence Johnson, Jr.; Michael Johnson, Jr.; Rhonda Johnson individually and on behalf of Roland Johnson, Jr.; Lawrence Johnson, Sr.; Anthony G. Nash individually and on behalf of Anthony G. Jones; Brenda Jones; Richard Jones, Jr. individually and on behalf of Christopher Jones; Jo'etta Jones individually and on behalf of Daisha Jones; Galyn Jones; James Jones; Janice Jones; Jo'etta Jones; Debbie Francis individually and on behalf of Jonathan Jones; Joseph Jones; Josephine Jones; Galyn Jones individually and on behalf of Joshua Jones; Joyce T. Jones; Laura K. Jones; Lawrence Jones; Linda G. Milton individually and on behalf of Lucy D. Jones; Lula M. Jones; Melba Jones; Michael Jones; Oliver Jones, Jr. individually and on behalf of Oliver H. Jones; Oliver Jones; Louella Jones individually and on behalf of Paula Jones; Ronald Favorite individually and on behalf of Ronya Jones; Rosa M. Jones; Rose Jones; Shawn Jones; Terrance Jones; Keith Washington, Sr. individually and on behalf of Tireka Jones; Willie Jones; Richard Jones, Jr.; Oliver Jones, Jr.; Wesley Jones, Jr.; Michael K. Jones, Sr.; Adam T. Jordan; Bobby E. Jordan individually and on behalf of Asia A. Jordan; Bobby E. Jordan individually and on behalf of Bobbi G. Jordan; Bobby E. Jordan; Brenda L. Jordan; Brenda Jordan; Eric Jordan; Paula Y. Jordan; Randolph Jordan; Ronald Jordan; Yolanda Jordan; Paula Y. Jordan individually and on behalf of Wilbert Jordan, Jr.; Andre Joseph; Beatrice Joseph; Christopher Joseph; Crystal Joseph; Cynthia Joseph; Herrietta Joseph; Crystal Joseph individually and on behalf of Kaleah N. Joseph; Lasheika Joseph; Cynthia Joseph individually and on behalf of Malcolm Joseph; Vonda Joseph individually and on behalf of Marlon Joseph; Mary C. Joseph; Phillip Joseph; Vonda Joseph; William Joseph; Michael Joseph, Jr.; Melvin Kador; Amanda C. Keller; Ebony D. Keller; Amanda C. Keller individually and on behalf of Nashay Keller; Kimatoya Kelly; Lorraine Kelly; Donald Kitts; Randolph Kitts; Tracie Kitts; Lola Wesley individually and on behalf of Ashante Knight; Harry Knight;

96

Lola Wesley individually and on behalf of Jaion Knight; John Knight; Jamel Knighten; Kelvin Knighten; Mary Knighten; Albert K. Knox; Sharon Knox; Yvonne Knox; Roy V. Knox, Jr.; Roy V. Knox, Sr.; Brandy M. Labode; Joyce M. Labode; Delta McCray individually and on behalf of Lance Labry, Jr.; James Labry, Sr.; Karen Lacox individually and on behalf of Darius Lacox; Sylvia Lacox individually and on behalf of Johnathan Lacox; Sylvia Lacox individually and on behalf of Joshua Lacox; Karen Lacox; Sylvia Lacox; Clerice Lacy; Constance Lafayette; Constance Lafayette individually and on behalf of Markus Lafayette; Constance Lafayette individually and on behalf of Rhikki Lafayette; Eric Landry; Monroe J. Landry; Derrick W. Lands individually and on behalf of Ashley Lands; Derrick W. Lands individually and on behalf of Brittany Lands; Derrick W. Lands; Henry Lands; Karen Lands; Derrick W. Lands individually and on behalf of Latoya Lands; Sheryl D. Lands individually and on behalf of Quentin Lands; Sheryl D. Lands; Sheryl D. Lands individually and on behalf of Tykeira Lands; Paula E. Reed individually and on behalf of Adarrial Lanus; Crystal Laphand; Ernestine Smith individually and on behalf of Ashley Latell; Mary J. Lawrence individually and on behalf of Dominique Lawrence; Mary J. Lawrence; Charlene D. LeBlanc; Charlene D. LeBlanc individually and on behalf of Deonte' S. LeBlanc; Odessa B. LeBlanc; Vanessa LeBlanc; Carolyn R. Lee; Chris B. Lee; Diane Lee; Diane Lee individually and on behalf of Latrisha Lee; Lesley C. Lee; Niesha J. Lee; Carolyn R. Lee individually and on behalf of Rhea N. Lee; Carolyn R. Lee individually and on behalf of Rhecie N. Lee; Carolyn R. Lee individually and on behalf of Rhenell N. Lee; Niesha J. Lee individually and on behalf of Taigen A. Lee; Lesley C. Lee individually and on behalf of Tyler J. Lee; Richard N. Lee, III; Richard Lee, Jr.; Lesley C. Lee individually and on behalf of Todd G. Lee, Jr.; Todd Lee, Sr.; Warren LeJeune individually and on behalf of Gabrielle LeJeune; Phyllis LeJeune; Warren LeJeune individually and on behalf of Warren LeJeune, III; Warren LeJeune; Mary Lemar individually and on behalf of Crystal Lemar; Dederia Lemar; Derek Lemar; Dederia Lemar individually and on behalf of Erica Lemar; Stacy Lemar individually and on behalf of Lyneisha Lemar; Stacy Lemar individually and on behalf of Mark

BR:421753 1

Lemar; Stacy Lemar individually and on behalf of Markeshia Lemar; Mary Lemar; Dederia Lemar individually and on behalf of Monisha Lemar; Stacy Lemar; Dederia Lemar individually and on behalf of Terrell Lemar; Wanda Lemar; Amy M. Lemoyne; Merrite Leon, Jr.; Alexander Lewis; Gregory A. Lewis individually and on behalf of Ashley Lewis; Sondra Williams individually and on behalf of Dontreal Lewis; Tracy Lewis, Jr. individually and on behalf of Francesca Lewis; Gregory A. Lewis; Jean Lewis; Lashawn M. Lewis; Nadia Lewis; Tracy Lewis, Jr.; Tracy Lewis, Jr. individually and on behalf of Tracy Lewis, III; Oscar N. Porter individually and on behalf of Ashley L. Lights; Nillie Lindsey; Africia Spradley individually and on behalf of Lyeshia Link; Africia Spradley individually and on behalf of Lydell Link, Jr.; Lydell Link, Sr.;Tieslia Williams individually and on behalf of Demiracle Little; Lawrence Littles, Jr.; Rosa Lockett; Karen Lacox individually and on behalf of Maurice Lacox; David Lollis; Linda Lollis individually and on behalf of Delicia Lollis; Linda Lollis; Merrick McKenney individually and on behalf of Michael Long, III; Frank Louis, Sr. individually and on behalf of Darrius Louis; Frank Louis, Sr. individually and on behalf of Deandre Louis; David Lollis individually and on behalf of James Louis; Nadia Louis; Frank Louis, Sr. individually and on behalf of Raymond Louis, Jr.; Frank Louis, Sr.; Guy Love; Theresa Love; Matildia Lovely; Twanna Gilbeaux individually and on behalf of Demonta' Mallory; Twanna Gilbeaux individually and on behalf of Maurice Mallory; Christine A. Manchester; Christine A. Manchester individually and on behalf of Davie J. Manchester; Dwaneise Manogin individually and on behalf of Devaughn Smith; Dwaneise Manogin individually and on behalf of Doria Manogin; Dwaneise Manogin; Frank Maracalin, Jr. individually and on behalf of Brittany Maracalin; Lois Maracalin; Frank Maracalin, Jr.; Sarah Marcelin individually and on behalf of Ayrinder Marcelin; Sarah Marcelin individually and on behalf of Charles Marcelin; Sarah Marcelin individually and on behalf of Fatima Marcelin; Sarah Marcelin; Stephanie Marshall individually and on behalf of Jesssanie Marshall; Stephanie Marshall individually and on behalf of Kherwyn Marshall; Stephanie Marshall; Stephanie Marshall individually and on behalf of Kevin Marshall, Jr.; April Martin;

98

BR.421753 1

Latasha Martin individually and on behalf of Kaci D. Martin; Latasha Martin; Natasha Martin; Norma Martin; Roxie Martin; Odis L. Martin, Jr.; Odis Martin, Sr.; Lola Wesley individually and on behalf of Ronald Martin, Jr.; Pamela Matthews; Robert Matthews; Pamela Matthews individually and on behalf of Calvin Matthews, Jr.; Kimberly May; Kimberly May individually and on behalf of L'Vert May; Janice Mays; Constance McDermott; Tvriya A. McKines individually and on behalf of Adrian McKines; Tvriya A. McKines individually and on behalf of Adriana McKines; Tvriya A. McKines individually and on behalf of Lashara McKines; Tvriya A. McKines; Iris E. McKinney; Robert McQuirter; Ysheka McClain; Bertha McCoy; Delta McCray; Dorothy McDermic; Dorothy McDermic individually and on behalf of Charles McDermic, Jr.; Cathy McGinnis; Ella J. McGinnis; Cathy McGinnis individually and on behalf of Shoniece L. McGinnis; Earline Snearl individually and on behalf of Spencer McGinnis; Betty Allen individually and on behalf of Shundrake McKeel; Merrick McKenney; Melvin McNair, Sr. individually and on behalf of Devan D. McNair; Melvin McNair, Sr. individually and on behalf of Melvin McNair, Jr.; Melvin McNair, Sr.; Everlena Melancon; Alma Melton; Denise Claiborne individually and on behalf of Darius Merrill; Jacqueline Metevia; Ernestine Metevia; Alma R. Middlebrooks; Marvin D. Miles; Jackie Miles, Jr.; Shareese Miller individually and on behalf of Brittany Miller; Shareese Miller individually and on behalf of Isaac Miller; Ricard Miller; Shareese Miller; Shareese Miller individually and on behalf of Travis Miller; Linda G. Milton; Emmett Minor, Jr.; Geraldine Mitchell; Royal Mitchell individually and on behalf of Latoya Mitchell; Leroy H. Mitchell; Joyce M. Labode individually and on behalf of Malcolm J. Mitchell; Royal Mitchell individually and on behalf of Mario Mitchell; Royal Mitchell; Tyrone Mitchell; Wayne T. Mitchell; Roy Mitchell, Jr.; Carol E. Molden; Carol E. Molden individually and on behalf of Rhonda S. Molden; Carol E. Molden individually and on behalf of Ronneka L. Molden; Beola Molden-Oliver; Nikendra T. Molere individually and on behalf of Jaylen M. Molere; Nikendra T. Molere; Evelyn Monroe; Mary Morris individually and on behalf of Donovan Montgomery; Mary Morris individually and on behalf of Tyler Montgomery; Mary Morris individually

BR 421753 1

and on behalf of Wilbert Montgomery; Tammy K. Moore individually and on behalf of Brea Moore; Ceola Moore; Faye Moore; George Moore; Gerry W. Moore; Lafonda Moore individually and on behalf of Jada Moore; Tammy K. Moore individually and on behalf of Jalyn Moore; Lafonda Moore individually and on behalf of Jermal Moore; Kenneth J. Moore; Lafonda Moore; Olevia Moore; Reginald Moore; Richard Moore; Ronnie C. Moore; Tammy K. Moore; Thomas Moore, Jr.; Tereska Morgan individually and on behalf of Caprice Morgan; Clara Morgan; Tereska Morgan individually and on behalf of Courtney Morgan; Craylon Parker individually and on behalf of Destiny Morgan; Eddie M. Morgan; Michael J. Morgan individually and on behalf of Jerlasa Morgan; Joseph Morgan; Marcus Morgan; Margery Morgan; Michael J. Morgan individually and on behalf of Megan Morgan; Michael J. Morgan; Pamela Morgan; Gregory A. Lewis individually and on behalf of Shanetria Morgan; Tessa M. Morgan individually and on behalf of Taquita Morgan; Tereska Morgan; Tessa M. Morgan; Eddie M. Morgan individually and on behalf of Marvin Morgan, Jr.; Mary Morris; Michael W. Morris; Myrtle Mosaby; Lorraine Kelly individually and on behalf of Angela Mosby; Stella Murphy; Mattye Myles; Anthony G. Nash; Aliska Nelson; Barry Nelson; Betty Nelson; Garatie Nelson; Claudette Netter; Ewell O. Netter; Rosa Netter; Ewell Netter, Jr.; Delores W. Newman individually and on behalf of Anthony Newman; Delores W. Newman; Delores W. Newman individually and on behalf of Erica Newman; Delores L. Nicholas; Leroy Nicholas; Yvonne Nicholas; Tammy O'Bear individually and on behalf of Gentil Nicholas Jr.; Earnest Northern; Janet Wright individually and on behalf of Lakeisha Nunn; Dionne O'Bear; Don O'Bear; Tammy O'Bear; Wade O'Bear; Wanda D. O'Bear; Della Odom; Robin C. Odom; Robin C. Odom individually and on behalf of Tiffani R. Odom; Valarie M. Ogonor individually and on behalf of Phelicia Ogonor; Valarie M.Ogonor on behalf of Phillys Ogonor; Valarie M. Ogonor; Alton J. Oliver, Sr. individually and on behalf of Holly Oliver; Jacqueline B. Oliver; James Oliver; Beola Oliver individually and on behalf of Joseph Oliver; Jacqueline B. Oliver individually and on behalf of Lloyd Oliver; Jacqueline B. Oliver individually and on behalf of Princeton R. Oliver;

BR.421753 1

Shirley Oliver;Vera Oliver; Alton J. Oliver; Sr.; Odessa Walker individually and on behalf of Thaxter Overton; Donald Pack; Donald Pack individually and on behalf of Jasmine Pack; Olga A. Pack; Donald Pack individually and on behalf of Ryan Pack; Stephanie K. Simoneaux individually and on behalf of Kenneth C. Palmer; Corine Parker; Craylon Parker; Louis Parker; Monisha Parker; Louis Parker Sr.; Raymard M. Parker, Sr. Raymard M. Parker, Sr. individually and on behalf of Raymard M. Parker; Jr.; Raymard M. Parker; Sr.; Kristain Hertzock individually and on behalf of Asia Patnam; Stephanie Williams individually and on behalf of Chineshia Patterson; Jess Stovall individually and on behalf of Jonathan Patterson; Michelle Y. Bazille individually and on behalf of Quyneshia M. Patterson; David Paul; Archie Paul Jr.; Arlene Payne; Dedria Payne individually and on behalf of Brittany Payne; Dedria Payne; Henri Payne; Albert Payne, Jr. individually and on behalf of Jasmine Payne; Deidra Payne individually and on behalf of Jay'ara Payne; Deidra Payne individually and on behalf of Korey Payne; Marcus Payne; Ronald Payne; Albert Payne Jr.; Albert Payne Sr.; James Payton; Jennifer Payton; Shirley M. Payton individually and on behalf of Jessica Payton; Colette Perkins; Sherry Perkins individually and on behalf of Quinesha Perkins; Sherry Perkins; Sherry Perkins individually and on behalf of Steven Perkins; Quinesha L Perry; Barbara Perry; Elizabeth Douglas individually and on behalf of Antonio J. Phenix; Alphonse Phillips; Makelia Phillips individually and on behalf of Landon Phillips; Makelia Phillips individually and on behalf of La'ren Phillips; Makelia Phillips; Makelia Phillips individually and on behalf of Maya Phillips; Denise Claiborne individually and on behalf of Darin Picou; Denise Claiborne individually and on behalf of Devin Picou; Herbert Bynum individually and on behalf of Danielle Pierre; Lillian Pierre; Lillian Pierre individually and on behalf of Rakeesha Pierre; Lillian Pierre individually and on behalf of Teriyone Pierre; Cynthia Pinkey; Kaishia Pinkney; Terry Pinkney; Lester Pinkney Jr.; Lester Pinkney, Sr.; Pearl Pittman; Walter Pittman, Jr.;Alexis Plant; Linda Lollis individually and on behalf of Ashley Plant; Linda Lollis individually and on behalf of Keiosha Plant; Ahdola M. Polk; Subola M. Polk; Edmond Pollard, Jr.; Beverly B. Porch; Beverly B. Porch individually and on

BR 421753 1

behalf of Kimberly Porch; Beverly B. Porch individually and on behalf of Larry J. Porch; Lashundra

Porch; Oscar N. Porter individually and on behalf of Aaron L. Porter; Janelle I. Porter; Lawrence D.

Porter; Mary Porter; Oscar N. Porter; Sherial L Porter; Hollis Powell, Sr. individually and on behalf of

Delfontay J. Powell; Emma Powell; Tyrone Powell individually and on behalf of Jalyn Powell; Tyrone

Powell individually and on behalf of Javin Powell; Tanya Powell individually and on behalf of Jeremy

Powell; Joseph H. Powell; Emma Powell individually and on behalf of Joshua J. Powell; Hollis Powell,

Sr. individually and on behalf of Nickolas J. Powell; Hollis Powell, Sr. individually and on behalf of

Rae'quan J. Powell; Samantha Powell; Hollis Powell, Sr. individually and on behalf of Shaterica J.

Powell; Timmy Powell individually and on behalf of Takiaya Powell; Tanya Powell; Timmy Powell;

Tyrone Powell; Hollis Powell Sr. individually and on behalf of Hollis H. Powell Jr.; Hollis Powell Sr.;

Aliska Nelson individually and on behalf of Mychal Preston; Pauline B. Price; Willie Prim Jr.; Hilda

Pruitt; Dinah G. Purnell; Robert D. Purnell; Izell Pursley, Sr.; Kristain Hertzock individually and on

behalf of Asia Putman; Brenda R. Smith individually and on behalf of Brandon Rachal; Arlene Spears

individually and on behalf of Andrea Randall; Darrell Randall; Arlene Spears individually and on behalf

of Justin Randall; Antone Raone; Nadia Lewis individually and on behalf of Darrius Redditt; Angela

R. Dowdy individually and on behalf of Courtenay Reece; Angela R. Dowdy individually and on behalf

of Cy-Cherise Reed; Paula E. Reed individually and on behalf of Kieonna N. Reed; Paula E. Reed;

Paulisha V. Reed; Angela R. Dowdy individually and on behalf of Tamikka Reed; Don O'Bear

individually and on behalf of Destiney Reid; Barry T. Ricard; Blair D. Ricard; Carrie A. Ricard; Helen

Y. Ricard; Paulette Ricard; Paulette Ricard individually and on behalf of Renika Ricard; Victor Ricard;

Cynthia Richardson individually and on behalf of Theron Richardson; Cynthia Richardson individually

and on behalf of Brittney Richardson; Sherman Fort individually and on behalf of Charmaine

Richardson; Alton J. Oliver, Sr. individually and on behalf of Christopher Richardson; Cynthia

Richardson; Desiree Richardson; Kaishea Pinkney individually and on behalf of Imari Richardson;

BR:421753 1

Desiree Richardson individually and on behalf of Makalia Richardson; Mary Ann Richardson; Preselia Richardson; Desiree Richardson individually and on behalf of Talib Richardson; Willie Richardson; Cynthia Richardson individually and on behalf of Timothy Richardson II; Claiborne Brown individually and on behalf of Jasmine Ridley; Andre Riley, Sr.; Dionne Riley; Dionne Riley individually and on behalf of Jamarius Riley; Joseph Riley; Lakeisha Riley; Andre Riley, Sr. individually and on behalf of Andre Riley; Jr.; Earline Webb individually and on behalf of Keyeumbra Roach; Keshia Roberson; Jimmy J. Robert, Sr. individually and on behalf of Jimmy J. Robert Jr.; Jimmy J. Robert Sr.; Avis M. Roberts individually and on behalf of Anderson Roberts; Avis M Roberts; Erica Roberts; Avis M. Roberts individually and on behalf of Joshua Roberts; Dianne Robertson; Johnnie Robertson; Johnny W. Robertson; Mary Robertson; Wendy L. Robertson; Mary Robertson individually and on behalf of Johnny Robertson Jr; Pamela Robinson individually and on behalf of Joshua Robinson; Joyce B. Robinson; Jennifer Critney individually and on behalf of Jyrius Robinson; Leroy Robinson; Pamela Robinson; Patricia Rogers individually and on behalf of Alisha Rogers; Crystal Rogers; Darlene Rogers; Crystal Rogers individually and on behalf of Diamante Rogers; Eddie Rogers; Katherine M. Rogers individually and on behalf of Eric T. Rogers; Eva M. Rogers; Crystal Rogers individually and on behalf of Infiniti Rogers; Joseph Rogers; Katherine M. Rogers; Oliver Rogers; Patricia Rogers; Roosevelt Rogers; Leroy Rogers III; Leroy Rogers, Jr.; Wesley Rogers, Sr.; Katherine M. Rogers individually and on behalf of William Rogers; III; Linda D. Rome individually and on behalf of Courtney Rome; Linda D. Rome; Frederick A. Royal, Sr.; Barbara Ruffin; Barbara Ruffin individually and on behalf of Renaldo Ruffin; Barbara Ruffin individually and on behalf of Reuben Ruffin; Albert Ruggs; Eartha Ruggs individually and on behalf of Early Ruggs; Eartha Ruggs; Jackie Johnsen individually and on behalf of Alexis Ruth; Lena Ruth; Jackie Johnsen individually and on behalf of Titus Ruth; Evelyn Douglas individually and on behalf of Alicia R. Samuel; Cynthia Samuel; Cynthia Samuel individually and on behalf of Prestique Samuel; Preston L. Samuel; Calvin Anderson

BR·421753.1

individually and on behalf of Joshua Sanders; Florida Scott; Sharon Scott; Stanley Scott; Wilmer Scott;

Torrionda Seaberry individually and on behalf of Anquenette Seaberry; Torrionda Seaberry individually

and on behalf of   Cassie Seaberry; Torrionda Seaberry; Gladys Seals; Robert Seals; Cynthia Searcy;

Shequana Searcy; Maxine Schofield; Adline Shankling; Wilbert Shankling; Danielle M. Sharper

individually and on behalf of   Bre'Anna Sharper; Danielle M. Sharper individually and on behalf of

Brittni A. Sharper; Danielle M. Sharper; Thomas Sheppard; Charles Simmons, Jr. individually and on

behalf of Chacity Simmons; Charles Simmons Jr. individually and on behalf of  Cheanah Simmons;

Charles Simmons, Jr. individually and on behalf of  Chieke Simmons; Shirley Simmons individually and

on behalf of  Jonathan Simmons; Shirley Simmons; Yvette Simmons; Charles Simmons Jr.; Stephanie

K. Simoneaux individually and on behalf of Briana A. Simoneaux; Stephanie K. Simoneaux individually

and on behalf of Jenna K. Simoneaux; Stephanie K. Simoneaux; Joyce K. Simpson; Carolyn Singleton;

Kerney Singleton; Mary Singleton; Mary Singleton individually and on behalf of   Tiara Singleton;

Tiwander Singleton; William Singleton; William Singleton; Jr.; Carla Smith individually and on behalf

of Alex L. Smith; Alvin L. Smith; Carla Smith individually and on behalf of Brandon J. Smith;  Brenda

R Smith; Timmy Powell individually and on behalf of  Canetria Smith; Carla Smith; Carolyn Smith;

Elaine Smith; Elvina Smith; Ernestine Smith; Ja-Coby Smith; Jennifer D. Smith; Juliaette Smith; Linda

A. Smith; Nova Smith; Rachelle Smith; Randy Smith; Virginia Smith; Welton Smith; Lawrence Smith,

Sr.; John Smothers; Mary Smothers;  Shelia Snearl individually and on behalf of  Afton Snearl; Sheryl

L. Snearl individually and on behalf of  Andrea M. Snearl; Shelia Snearl individually and on behalf of

Astrid Snearl; Devaris Snearl; Earline Snearl; Kervin Snearl; Shelia Snearl; Sheryl L. Snearl; Devaris

Snearl individually and on behalf of Tamryn Snearl; Earline Snearl individually and on behalf of Tiffany

Snearl; Tiffany J. Snearl; Albert L. Southern; Arlene Spears; Charles Spears; Arlene Spears individually

and on behalf of  Charleston Spears, Patrenia Spears individually and on behalf of  Kelsey Spears;

Patrenia Spears; Arlene Spears individually and on behalf of Zoie Spears; Patrenia Spears individually

BR.421753 1

and on behalf of Perry Spears III; Africia Spradley; Ronald W. Spradley individually and on behalf of Bianca Spradley; Inez Clayton individually and on behalf of China Spradley; Gloria Spradley; Michell Spradley; Africia Spradley individually and on behalf of Doneshia Spradley; Richard Spradley; Ronald W. Spradley; Theda L. Spradley; Karen Spriggs individually and on behalf of Cody D. Spriggs; Gail Spriggs; Geisha Spriggs; Karen Spriggs individually and on behalf of Jamil J. Spriggs; Karen Spriggs; Kennon Spriggs; Lisa W. Spriggs; Otis T. Spriggs; Gaynell Williams individually and on behalf of Natasha Spriggs; Carla Smith individually and on behalf of Corey Starks; Frank Louis, Sr. individually and on behalf of Rashunda Starwood; Shadrach Stephens; Shedrick Stephens; Rosla Stert; Gloria Brumfield individually and on behalf of Joseph Stevenson; Gloria Brumfield individually and on behalf of Taylor Stevenson; John Woods individually and on behalf of Caldrifa Stewart; Paula Y. Jordan individually and on behalf of Devine Stewart; Gladys A. Stewart; Loretta Stewart; John Woods individually and on behalf of Quiande'sha Stewart; John Woods individually and on behalf of Raynesha Stewart; Dominic Stovall; Jess Stovall; David Stovall, Jr.; Joycelyn Strickland; Barbara Striggs; Benita Sylve individually and on behalf of Darnecia Sylve; Benita Sylve; Carol Tackno; Rubin Tackno III; Nikendra T. Molere individually and on behalf of Kayla D. Taylor; Nora Taylor; Stacy Taylor; Denia Thomas; Priscilla Thomas individually and on behalf of Deonte Thomas; Frances C. Thomas; Gregory Thomas; Kerry Thomas; Latoya Thomas; Priscilla Thomas individually and on behalf of Lauren Thomas; Priscilla Thomas; Priscilla Thomas individually and on behalf of Shandolyn Thomas; Yvonne S. Thomas; Sondra Williams individually and on behalf of Darylniece Tillman; Harriet Tillman; Paula Tillman; Sondra Williams individually and on behalf of Daryl Tillman; Jr.; Frances Tobias; Leonard Tobias individually and on behalf of Kevin Tobias; Leonard Tobias; Sylvester Toston; Constance Lafayette individually and on behalf of Marketa Triggs; Douglas Trimble; Donna R. Turner; Monica G. Turner individually and on behalf of Javaunda Turner; Joseph Turner; Kecert K. Turner; Monica G. Turner individually and on behalf of Ke'vaunda Turner; Linda D. Turner; Monica G. Turner;

BR:421753.1

Monica G. Turner individually and on behalf of Shavaunda Turner; Tina Turner; Mary Valdez; Janet

Vaughn; Janet Vaughn individually and on behalf of Luther Vaughn, IV; Maricha Veals; Roland Veals,

Jr. individually and on behalf of Roland Veals, III; Roland Veals, Jr.; Roland Veals, Sr.; Kenneth Vessel

individually and on behalf of Kayla Vessel; Kenneth Vessel individually and on behalf of Kelly Vessel;

Kenneth Vessel individually and on behalf of Kendra Vessel; Kenneth Vessel individually and on behalf

of Kenisha Vessel; Kenneth Vessel; Kenneth Vessel individually and on behalf of Kenyona Vessel;

Sherman Vicks individually and on behalf of Corinthia Vicks; Sherman Vicks; Sherman Vicks

individually and on behalf of Sherman Vicks; Virginia Critney; Tonya Wade; Clarence E Walker; Denise

Walker; Dorothy Walker; Gloria Walker; Denise Walker individually and on behalf of Kenneth R

Walker; Denise Walker individually and on behalf of Khaleisha C Walker; Odessa Walker; Para Walker;

Yvonne M. Walker; Odessa Walker individually and on behalf of Melvin Walker, III; John Walker, Jr.;

Kerry Wallace; Willie M. Wallace; Tracie Bridgewater individually and on behalf of Jevonce Warner;

Antonio D. Washington; Sidney Washington, Jr. individually and on behalf of Brandon Washington;

Diane Washington individually and on behalf of Crystal Washington; Sidney Washington, Jr.

individually and on behalf of Dedrick Washington; Derrick D. Washington; Diane Washington;

Jeannette Washington; Ernestine Collier individually and on behalf of Jefferson C. Washington; Maria

B. Washington individually and on behalf of Justin W. Washington; Kedra Washington; Kenneth

Washington, Sr. individually and on behalf of Kejuan Washington; Sidney Washington, Jr. individually

and on behalf of Kirstain Washington; Kedra Washington individually and on behalf of LaTonya

Washington; Maria B. Washington; Nichola Washington; Ollie M. Washington; Keith Washington, Sr.

individually and on behalf of Rakim Washington; Tracie Bridgewater individually and on behalf of

Travon Washington; Walter Washington; Sidney Washington, Jr. individually and on behalf of Sidney

Washington, III; Keith Washington, Sr. individually and on behalf of Keith Washington, Jr.; Sidney

Washington, Jr.; Kenneth Washington, Sr. individually and on behalf of Kenneth Washington, Jr.;

BR 421753.1

Arthur Washington, Sr.; Keith Washington, Sr.; Kenneth Washington, Sr.; Lillie Washington; Kendrick
Watkins; Shawadrick Watkins; Valencia Watkins; Wendy L. Robertson individually and on behalf of
Letrois D. Watson, Jr.; Earline Webb; George Weber; Barbara A. Wesley individually and on behalf of
Amber Wesley;  Irene Wesley individually and on behalf of  April Wesley; Barbara A. Wesley; Dana
Wesley; Irene Wesley individually and on behalf of Danielle Wesley; Irene Wesley; Lola Wesley; Susan
Wesley individually and on behalf of  Mikea Wesley; Barbara A. Wesley individually and on behalf of
Nedria Wesley; Susan Wesley; Calvin R. West; Ella L. West; Ella L. West individually and on behalf of
Karsheener R. West; Milton W. West; Serena Weston; Betty Green individually and on behalf of Alicia
White; Brian White; Connie White; Dorothy White; Brian White individually and on behalf of  Kelsey
White; Betty Green individually and on behalf of  Marvin White; Ruth White; Stephanie G. White;
Winifred R. Whitfield; Blane Williams; George Harris, Jr. individually and on behalf of  Adrianne M.
Williams; Alfred Williams; Ashley Williams; Bryan Williams; Raina Williams individually and on behalf
of  Bryce Williams; Gaynell Williams individually and on behalf of Bryan K. Williams; Raina Williams
individually and on behalf of Caitlyn Williams; Charles Williams; Shimele Williams individually and on
behalf of  Chasity Williams; Clarence Williams; Gwendolyn Williams individually and on behalf of
Coranda F. Williams; Irene Wesley individually and on behalf of  Deidra Williams; Gregory Thomas
individually and on behalf of  Dewunn Williams; Gaynell Williams; Gerald J. Williams; Gerald L.
Williams; Gernasha Williams; Gloria Williams; Gwendolyn Williams; Henry Williams; Herman Williams;
Ingrid N. Williams; Janice Williams; Rosa Jones individually and on behalf of  Jasmine Williams; Joyce
T. Jones individually and on behalf of  Joy R. Williams; Lorena Williams; Manuel Williams; Margaret
O.Williams; Karen Spriggs individually and on behalf of  Michael J. Williams; Stephanie Williams
individually and on behalf of Myeka Williams; Joyce T. Jones individually and on behalf of  Nathan E.
Williams; Stephanie Williams individually and on behalf of  Nyeshia Williams; Carolyn Jenkins
individually and on behalf of  Pauline N. Williams; Raina Williams; Regina Williams; Renicca Williams;

BR 421753 1

Rhondalyn Williams; Rose Williams; George Harris, Jr. individually and on behalf of Shameka L. Williams; Shimele Williams; Sondra Williams; Stephanie Williams; Tieslia Williams; Tina Williams; Veronica Williams; Victor Williams; Raina Williams individually and on behalf of Walter Williams; Veronica Williams individually and on behalf of Sidney Williams, Jr.; Sidney Williams, Sr.; John W. Williams, Sr.; Mary Wilson individually and on behalf of Calla Wilson; Carmelita Wilson; Dietra Wilson individually and on behalf of Catyra Wilson; Coretta L. Wilson; Devetta P. Wilson; Dietra Wilson; Dorothy Wilson; Ethel Wilson; Carla W. Ceaser individually and on behalf of Jerome Wilson; Coretta L. Wilson individually and on behalf of Johnisha L. Wilson; Coretta L. Wilson individually and on behalf of Johnny L. Wilson; Dietra Wilson individually and on behalf of Marnique Wilson; Mary Wilson; Ruben Wilson; Sarah Wilson; Tammy Wilson; Mary Wilson individually and on behalf of Theron Wilson; Carmelita Wilson individually and on behalf of Theronlyn Wilson; Dietra Wilson individually and on behalf of Marlon L. Wilson, Jr.; Lashonda Windham individually and on behalf of Deamndre Windham; Gail Windham; Lashonda Windham; Shirley Wisham; Earline Witherspoon; Beatrice Woodfork; Janet Woodfork; Sandra Woodfork; Wilmer Woodfork; Betty S. Woods; Clarence C. Woods; Iona Woods; Jessie Woods; John Woods; Phyllis G. Woods; Betty S. Woods individually and on behalf of Sidney E. Woods; Betty S. Woods individually and on behalf of Stewart A. Woods; Vicki Woods; Victor Woods; Virado Woods; Janet Wright; Rita Wright; Ceola Young; Joseph Bunch individually and on behalf of Crystal Young; Dorothy Young individually and on behalf of Darkeithan Young; Dorothy Young on behalf of Derwinnea Young; Dorothy Young; Dorothy M. Young; Marlon Young; Mona L. Young; Mona Young individually and on behalf of Mykeisha Young; Selena Young; Dorothy Young individually and on behalf of Zhania Young; Mona Young individually and on behalf of Willie Young, Jr.; Gloria P. Zanders, are residents and property owners whose residences and property were allegedly contaminated and/or infiltrated by the hazardous and toxic fumes originating and/or emanating from the Georgia Gulf Facility as well as those individuals who were in the

BR.421753 1

vicinity of the Georgia Gulf Facility and exposed to toxic, noxious and hazardous chemicals allegedly released from the Georgia Gulf facility following a fire on May 11, 2001. Plaintiffs claim that phenol, phenolic tar, cumene, cumyl phenol and other toxic, noxious, and hazardous chemicals were released from the Georgia Gulf facility as a result of the fire. Petition, ¶ ¶ 3 and 5.

4.

This civil action is a matter over which the Court has original jurisdiction by virtue of 28 U.S.C. § 1332, and is one which may be removed to this Court under the provisions of 28 U.S.C. § 1441, et seq.

5.

Attached hereto as **Exhibit A** is a complete copy of all pleadings currently filed in the 18th Judicial District Court for the Parish of Iberville in the State Action, including a copy of the process served on defendant Georgia Gulf.

6.

Plaintiffs claim that they lived in or were present in the area and, thus, citizens of the State of Louisiana. On information and belief, at the time of the commencement of the State Action and at the time of this removal, Plaintiffs were and are citizens of the State of Louisiana.

7.

At the time of the commencement of the State Action and at the time of this removal, Georgia Gulf Corporation shows that it is and has been a corporation organized under the laws of the State of Delaware, having its principal place of business in the State of Georgia.

109

BR 421753.1

8.

At the time of the commencement of the State Action and at the time of this removal, Georgia Gulf Chemicals and Vinyls, L.L.C. shows that it is and has been a limited liability company organized and existing under the laws of the State of Delaware and having its principal place of business in the State of Georgia.

9.

Complete diversity exists as plaintiffs, on the one hand, and defendant, on the other, are citizens of different states.

10.

In the Petition filed in the State Action, plaintiffs allege that they and their minor children were in the vicinity of the release of toxic substance(s) sustained damages including, but not limited to:

a.    Physical, mental and/or emotional injuries

b.    Eye, skin and throat irritations;

c.    Liver damage;

d.    Kidney damage;

e.    Neurological damage;

f.    Pulmonary damage,

g.    Cytogenetic damage;

h.    Organ disease;

i.    Skin disorders;

j.    Respiratory disorders;

k.    Gastroinestinal problems;

BR:421753 1

l.      Fatigue;

m.     Headaches;

n.     Muscle pain;

o.     Confusion;

p.     Weakness;

q.     Appetite loss;

r.      Emotional distress;

s.      Mental depression;

t.      Anxiety;

u.     Fear of damage to their future health

v.     Fear of contracting cancer and other diseases

w.     Past, present and future Behavioral changes

x.     Past, present and future physical pain and suffering;

y.     Lost wages and impairment of wage earning capacity;

z.      Loss of enjoyment of life;

aa.    Loss of consortium;

bb.    Medical, hospital and pharmaceutical expenses;

cc.    Interruption or intrusion into their personal lives,

dd.    Forced or precautionary evacuations;

ee.    Economic losses, and

ff.    Other losses and injuries as a direct result of the acts of faut, negligence, omission

or commission of the defendant. Petition, ¶ ¶ 6 and 7.

BR 421753 1

11.

In addition to this suit, Georgia Gulf shows that there are at least seven other law suits filed against it arising out of the facts and circumstances underlying this action, including *Freddie Molden versus Georgia Gulf Corporation,* United States District Court for the Middle District of Louisiana, Civil Action No.: 02-01-B-M2 and *Ernest Dominique, Sr., et al. v. Georgia Gulf Corporation*, United States District Court for the Middle District of Louisiana, Civil Action No.: 02CV521-B-M3, which are pending before this Court and five other suits that are being removed this date from the 18th Judicial District Court for the Parish of Iberville to this Court:

1.   Ethyl B. Wilson, et al v. Georgia Gulf Chemicals & Vinyls, L.L.C., Civil Action No. 57,093, Div: "C";

2.   Jennifer Thomas v. Georgia Gulf Chemicals & Vinyls, L.L.C., Civil Action No. 57,109, Div: "B";

3.   Felton Stewart, et al v. Georgia Gulf Corporation and Georgia Gulf Chemicals & Vinyls, L.L.C., Civil Action No. 57,107, Div: "D";

4.   Shasyoshi Anderson, et al v. Georgia Gulf Corporation and Georgia Gulf Chemicals & Vinyls, L.L.C., Civil Action No. 57123, Div. "A"; and

5.   Barbara Shaw and Others Similarly Situated v. Georgia Gulf Corporation, Civil Action No. 57,108, Div. "A."

12.

In view of the foregoing facts in controversy and based on the application of Louisiana law as to the value of the claims asserted by plaintiffs, this Court has original jurisdiction and this matter is properly removed in that the jurisdictional amount set forth in 28 U.S.C. § 1332 is satisfied and it is facially apparent that plaintiffs' claims will likely exceed $75,000, exclusive of interest and costs. This Court has supplemental jurisdiction over all other claims asserted by the plaintiffs in any capacity under 28 U.S.C. § 1367.; *Stromberg Metal Works v. Press Mechanical, Inc.*, 77 F.3d 928,

BR.421753.1

932 (7th Cir. 1996); *In Re Abbott Laboratories,* 51 F.3d 524, 527-29 (5th Cir. 1994); *In Re Brand Name Prescription Drugs*, 123 F.3d 599, 607 (7th Cir. 1997).

13.

In the State Action, the plaintiffs have asserted that "each individual plaintiff's claim does not exceed $50,000.00." (See Petition, ¶ 14). Georgia Gulf submits that plaintiffs' assertions in this regard are not made in good faith but rather in an attempt to avoid the $75,000 jurisdictional amount of this Court. Such assertions are merely allegations, and do not prevent the Court from finding that the requisite jurisdictional amount in controversy exists for purposes of 28 U.S.C. § 1332(a).

14.

In the State Action, there is no binding stipulation that each individual plaintiff's claim does not equal or exceed $75,000.00, exclusive of interest and costs.

15.

In the State Action, there are no affidavits declaring that each individual plaintiff's claim does not equal or exceed $ 75,000.00 exclusive of interest and costs.

16.

Determination of the amount in controversy for purposes of determining federal diversity jurisdiction under 28 U.S.C. § 1332 is a federal question and is determined according to federal law. However, in a diversity case, to determine the nature and extent of the state claim and, thus, the amount in controversy, the court must look to state law. *Eagle v. American Tel. & Tel. Co.*, 769 F.2d 541, 545 (9th Cir. 1985); *Duderwicz v. Sweetwater Sav. Assoc.*, 595 F.2d 1008, 1012 (5th Cir. 1979); 15 *Moore's Federal Practice*, 102.101 (3d Ed. 1998).

BR:421753 1

17.

Based on the application of Louisiana law as to the value of the claim asserted by plaintiffs, this Court has original jurisdiction in that the jurisdictional amount set forth in 28 U.S.C. § 1332 is satisfied. This Court has supplemental jurisdiction over all other claims asserted by the Plaintiffs in any capacity under 28 U.S.C. § 1367.

18.

While denying any liability to the plaintiffs, Georgia Gulf shows that plaintiffs have asserted claims wherein the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

19.

In Louisiana damages resulting from inhalation of chemicals can easily equal and exceed $ 75,000.00. (See *Oubre v. Union Carbide Corp.*, 747 So.2d 212 (La. App. 5th Cir. 1999)($700,000.00 general damages and $481,646.33 special damages).

20.

This Court has original jurisdiction over the claims asserted by Plaintiffs.

21.

In the State Action, Plaintiffs state, "Plaintiffs' causes of action arise out of the same facts and present the same legal and factual issues. Specifically, the cause of the fire and chemical release and the allegations of fault and liability are common issues to all of the plaintiffs' individual causes of action. Petition ¶ 12.

22.

This Court has supplemental jurisdiction over the plaintiffs' claims that possibly lack the requisite amount in controversy because they are so related to claims in the action within such

BR 421753.1

original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution. 28 U.S.C. § 1367.

23.

This Court has supplemental jurisdiction over Plaintiffs' claims pursuant to the provisions of 28 U..C. §§ 1332 and 1367 for the foregoing reasons.

24.

All defendants join in this removal.

25.

Based on the above, this matter is properly removable to this Court pursuant to the provisions of 28 U.S.C. § 1441, *et seq.*

26.

The venue of this removal is proper pursuant to the provisions of 28 U.S.C. § 1441(a) and (c), inasmuch as the United States District Court for the Middle District of Louisiana embraces the 18th Judicial District Court for the Parish of Iberville, State of Louisiana, which is the place where the State Action was filed and has been pending.

27.

Georgia Gulf has filed with this Notice of Removal a copy of all pleadings that it has received as of this date as required by 28 U.S.C. § 1446(a).

28.

Georgia Gulf will provide the Court with anything it requires under 28 U.S.C. § 1446(a) and/or 28 U.S.C. § 1447(b).

BR.421753 1

29.

Georgia Gulf will give written notice of the filing of this Notice of Removal and file a copy with the Clerk of the Eighteenth Judicial District for the Parish of Iberville, as required by 28 U.S.C. § 1446(d).

30.

This Notice of Removal is signed and submitted pursuant to Rule 11 of the Federal Rules of Civil Procedure.

31.

Georgia Gulf reserves the right to amend or supplement this Notice of Removal.

WHEREFORE, GEORGIA GULF CORPORATION AND GEORGIA GULF CHEMICALS & VINYLS, L.L.C. hereby remove this cause from the Eighteenth Judicial District Court for the Parish of Iberville, State of Louisiana, to the United States District Court for the Middle District of Louisiana for further disposition.

DATED: June 3, 2002.

All of which is most respectfully submitted.

By Attorneys,

BREAZEALE, SACHSE & WILSON, L.L.P.

_____

Emile C. Rolfs, III (#11431)
Luis A. Leitzelar (#20927)
R. Charles Ellis (#20800)
W. Brett Mason (#22511)
One American Place, 23rd Floor
Baton Rouge, LA 70821-3197
Telephone: (225) 387-4000
Facsimile:  (225) 381-8029

116

F. Barry Marionneaux (#09277)
F. Charles Marionneaux (#18320)
MARIONNEAUX & MARIONNEAUX
23615 Railroad Avenue
Plaquemine, LA 70764
Telephone: (225) 687-6884
Facsimile: (225) 687-6886

**COUNSEL FOR DEFENDANTS GEORGIA
GULF CORPORATION AND GEORGIA GULF
CHEMICALS & VINYLS, L.L.C.**

117

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

**BILL ABRAM, ET AL**                           CIVIL ACTION NO: _____

                        **Plaintiffs,**

**VERSUS**

**GEORGIA GULF CORPORATION,**
**GEORGIA GULF CHEMICALS &**
**VINYLS, L.L.C.**

                        **Defendants.**

## AFFIDAVIT

STATE OF LOUISIANA

PARISH OF EAST BATON ROUGE

     BEFORE ME, the undersigned authority, personally came and appeared

## W. BRETT MASON

who, after first being duly sworn, did depose and say:

     That all of the allegations contained in the Notice of Removal filed herein are true and correct

to the best of his knowledge, information and belief.

_____
W. BRETT MASON (#22511)

SWORN TO AND SUBSCRIBED BEFORE ME, Notary, this 3rd day of June, 2002.

_____
NOTARY PUBLIC

BR 421782 1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**BILL ABRAM, ET AL**                          CIVIL ACTION NO: _____

                      **Plaintiffs,**

**VERSUS**

**GEORGIA GULF CORPORATION,**
**GEORGIA GULF CHEMICALS**
**& VINYLS, L.L.C.**
                      **Defendants.**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was this day hand delivered and/or mailed; postage prepaid and properly addressed to Mr. Walter C. Dumas, DUMAS & ASSOCIATES, 1263 Government Street, Baton Rouge, Louisiana 70821 and Mr. Richard J. Arsenault, NEBLETT, BEARD & ARSENAULT, Post Office Box 1190, Alexandria, Louisiana 71309-1190.

Baton Rouge, Louisiana, this ___3___ day of June, 2002

                              _____
                              W. BRETT MASON (#22511)

5 7 1 0 2

SUIT No. 57,102 "C"

# EIGHTEENTH JUDICIAL DISTRICT COURT

## PARISH OF IBERVILLE

## STATE OF LOUISIANA

J. G. "BUBBIE" DUPONT, JR., CLERK OF COURT

Bill Abram, etal

Plaintiff

vs.

Georgia Gulf Corporation etal

Defendant

Date Filed May 10, 2002

Clerk of Court

Attorneys for Plaintiff

Walter C. Dumas

Baton Rouge La. 70821

Attorneys for Defendant

EXHIBIT A

tabbies®

18th JUDICIAL DISTRICT COURT

PARISH OF IBERVILLE

STATE OF LOUISIANA

BILL ABRAM, ET AL.

SUIT NO. 57/02

DIVISION: C

VERSUS

GEORGIA GULF CORPORATION and
GEORGIA GULF CHEMICALS AND
VINYLS, L.L.C.

*************************************************************************************

## PLAINTIFFS' ORIGINAL PETITION FOR DAMAGES

Plaintiffs, Bill Abram individually and on behalf of Aaron Abram; Bill Abram; Julie Abram Green individually and on behalf of Jared Abram; Edith M. Frazier individually and on behalf of Kendall Terrell Abram; Nathaniel Abram; Tellis Abram; Rita Alex; George Alexander; Inez C. Alexander; Lisa Videau Alexander; Jerry Alfred, Jr.; Julia Alfred; Vanessa Gillis Leblanc individually and on behalf of Alton Allen; Sheryl W. Allen individually and on behalf of Joseph Allen, Jr.; Sheryl W. Allen; Mary Ann Almonte-Esteves; Wilbert Ambeau, Jr.; Robin Ambeau Porter individually and on behalf of Alauna J. Ambeau; Anna Ambeau; Audry M. Ambeau; Barry W. Ambeau; Enola P. Ambeau; Eva Ambeau; John Ambeau; Louis Ambeau; Audrey M. Ambeau individually and on behalf of Markita Ambeau; Audrey M. Ambeau individually and on behalf of Marvin Ambeau; Bobby A. Anderson; Kimberly Anderson; Vonja J. Anderson; Wanda Anderson; Valarie D. Andrews; Rosetta Andrews; Rachael Ardoin; Cherry Ann Arnold; Elnora Arnold; Alfred Arthur; Brenda J. Arthur; Delois G. Arthur; James Augustus; Henry J. Bailey, Jr.; Vada Eugene Baker; Cynthia Baptist; Erma J. Bates; Austin C. Batiste; Brenda Bazille; Kiease Becnel; Kiease Becnel individually and on behalf of Marquel Becnel; Lillie Mae Bennett; Marlisa A. Bess; Joseph Bobo, III; Geraldine Thomas individually and on behalf of Kristopher Bobo; Edwina C. Boudreaux; Florestine Boudreaux; Shelita D. Boudreaux individually and on behalf of Jayvante J. Boudreaux; Florestine Boudreaux individually and on behalf of Nikita Boudreaux; Shelita D. Boudreaux; Sarah Bova individually and on behalf of Brian M. Bova; Sarah Bova individually and on behalf of Marvin Bova; Melinda Bova; Sarah M. Bova; Ganica R. Braxton; Betty L. Fletcher individually and on behalf of Aaron L. Bridges; Tricia Annette Bridges; Patricia J. Briley individually and on behalf of Jasmine Briley; Patricia J. Briley; Patricia J. Briley individually and on behalf of Tyler Briley; Shirley Johnson Brock; Ricky Brooks individually and on behalf of Bianca N. Brooks; Cassandra W. Brooks; Lucilla Adline Brooks individually and on behalf of Da'Vante Brooks; Florence A. Brooks; Lamaka Brooks; Lisa C. Verrett Brooks; Lucilla Adline Brooks; Ricky Brooks individually and on behalf of Nicholas D. Brooks; Ricky Brooks; Jeanne H. Brossette; Alma H. Brown; Barbara Brown; Brenda Stewart Brown; Cynthia York individually and on behalf of Charles Brown; Kim Lechelle Delmore individually and on behalf of Dexter Brown; Erica D. Brown; Josie M.J. Brown; Lateidra Danne Brown; Lateidra Danne Brown individually and on behalf of Lekolby Brown; Ida Davis individually and on behalf of Lucille Brown; Ora Lee Brown; Samuel Bernard Brown; Victoria L. Brown; Joanne E. Burnett; Charles Butler; Cheryl A. Butler; Clarence J. Butler; Era S. Butler; Ethel J. Butler; Gwendolyn J. Butler; Cheryl A. Butler individually and on behalf of Jerron Butler; Era S. Butler individually and on behalf of Tommie Butler; Deborah Calloway; Carla M. Coates individually and on behalf of Dionickka S. Calloway; Carla M. Coates individually and on behalf of Karmisha D. Calloway; Carla M. Coates individually and on behalf of Malcolm J. Calloway; Darlene W. Carlin; Shajuana P. Carriere; Everline P. Mellieon individually and on behalf of Shakayla Carriere; Joan W. Carter; Richard Carter; Michael Chaney; Rhoda V. Chaney; Annette Chatman; Carlis J. Chatman; Charleta Davis individually and on behalf of Warren Clark, Jr.; Brenda L. Clark individually and on behalf of Angellica L. Clark; Brenda L. Clark; Carla M. Coates; Henry Colbert, Jr.; Annie M. Colbert; Lizzie J. Coleman; Oscar Coleman; Ron K. Coleman; Rose J. Coleman; Shameka Coleman; Spencer Coleman; Marlin Wayne Jordan individually and on behalf of Shyneisha

Page 1 of 20

SCANNED
IBERVILLE PARISH
PLAQUEMINE, LA

Collins; Catherine B. Collins; Sharonda L. Cotton; Patricia Craige; Sinda Creaige; Dora Crochet;
Tiffany R. Cummings individually and on behalf of Ebony Cummings; Tiffany R. Cummings
individually and on behalf of Tamisha Cummings; Tiffany R. Cummings; Don L. Cushenberry
individually and on behalf of William Cushenberry, IV; William Cushenberry, Jr.; Mellissa
Cushenberry individually and on behalf of Brennan Cushenberry; Don L. Cushenberry; Elliot
Cushenberry; Lloyd Cushenberry; Mellissa Cushenberry; Norma Smith Cushenberry; Paula Cher
Cushenberry; Don L. Cushenberry individually and on behalf of Porsche Cushenberry; Rawn D.
Cushenberry; Shawn R. Cushenberry; Wilma C. Cushenberry; Joseph Cushenberry; Eldrick
Cushenberry; Alonzo S. Daniels; Nelson Leroy Daniels; Regina Daniels; Regina Daniels individually
and on behalf of Terry Daniels; Timothy G. Daniels; Chennesia D. Darville; Deshoin N. Darville;
Deshoin N. Darville individually and on behalf of Justin Darville; Brooks Davidson; Charleta Davis;
Monique D. Davis individually and on behalf of Demetrail Davis; Eugenia Davis individually and
on behalf of Donovan Davis; Eugenia Davis; Ida Davis; Arthur Davis, Jr.; Eugenia Davis
individually and on behalf of Kenderyius Davis; Loretta Davis; Michael A. Davis; Michelle E.
Davis; Monique D. Davis; Eugenia Davis individually and on behalf of Rayvon Davis; Sandra
Davis; Lasonya N. Jackson individually and on behalf of Brenden Delmore; Kim Lechelle Delmore;
Kim Lechelle Delmore individually and on behalf of Laderrias Delmore; Penny D. Delmore; Doris
B. Delone; Amy Elizabeth Demoulin; Gina Lynn Holiday individually and on behalf of Raven J.
Demoulin; Janice B. Dempsey individually and on behalf of D'Angela Dempsey; Janice B.
Dempsey; Alexander Dennis; Ernest Dennis, Jr.; Linda Y. Williams Dixon; Amy Lowery
Dominique; Amy Lowery Dominique individually and on behalf of Angel Dominique; Terry S.
Dominique individually and on behalf of Chanel C. Dominique; Amy Lowery Dominique
individually and on behalf of Felton Dominique; Terry S. Dominique; Alcide E. Dorsey; Richard T.
Dougherty; Kendrick D. Dummons; Bobbie J. Dunbar; Clarence J. Dunbar; Coty Marie Dunbar;
Coty Marie Dunbar individually and on behalf of Emma Marie Dunbar; Coty Marie Dunbar
individually and on behalf of Jamaal Dunbar; Coty Marie Dunbar individually and on behalf of
John Dunbar; Coty Marie Dunbar individually and on behalf of Kimmely Dunbar; Cynthia Walker
individually and on behalf of Latasha Dunbar; Michael Anthony Dunbar; Valerie L. Dunbar;
Wardell James Dunbar; Coty Marie Dunbar individually and on behalf of Willie Dunbar; Sharon
Denise Todd individually and on behalf of Robert Dundy, Jr.; Robert Dundy; Joe Dunn, Jr.; Valerie
Jean Dunn; Eddie Durr; Haver Durr; Gloria Eaglin; Charles E. Ealem; Ruth G. Ealy individually
and on behalf of Lajamise Ealy; Ruth G. Ealy; Alfred Early; Annie M. Early; Andrika Nicole
Edwards; Betty Emerson; Latoya L. Emerson; Grace E. Ennels; James H. Erwin individually and on
behalf of Brandon Erwin; James H. Erwin individually and on behalf of Caleb Erwin; James H.
Erwin individually and on behalf of Cameron Erwin; James H. Erwin; James H. Erwin individually
and on behalf of Mikayla Erwin; Audrey M. Favorite; Bridget V. Favorite; Carrie Favorite; Lauwana
Favorite individually and on behalf of Christopher Favorite; Lauwana Favorite individually and on
behalf of Jessica Favorite; Lauwana Favorite individually and on behalf of Ladarus Favorite;
Lauwana Favorite; Audrey M. Favorite individually and on behalf of Luke Favorite; Joyce Fleming
individually and on behalf of Alexis Fleming; Carol Craig Fleming individually and on behalf of
Carol Craig Fleming; Cedonia W. Fleming; Carol Craig Fleming individually and on behalf of
Courtney D. Fleming; Don E. Fleming; Emma Jean Patterson Fleming; Gloria Fleming; Joyce
Fleming; Kedrick Fleming; Lawrence K. Fleming; Lorraine J. Fleming; Carol Craig Fleming
individually and on behalf of Rodrick J. Fleming; Sylvester R. Fleming; Betty L. Fletcher; Roxie Hall
Populars individually and on behalf of Keith Fort; Calvey Francis; Joseph Franklin, Jr.; Christine J.
Franklin; Lazerrick Franklin; Mary L.B. Franklin; Rosa M. Franklin; Tremayne D. Franklin;
Jacqueline A. Frazier individually and on behalf of Freddie Frazier, Jr.; Charles Frazier; Edith M.
Frazier; Jacqueline A. Frazier individually and on behalf of Frederick D. Frazier; Jacqueline A.
Frazier; Keith Frazier; Tommy L. Fuller, Jr.; Joyce Marie Snowten individually and on behalf of
Ariel Fuller; Joyce Marie Snowten individually and on behalf of Chanell Fuller; Alice M. Gailes;
Ellen W. Gaines; D. L. Garner; Leola Garner; Alisa Marie Garrison; Alisa Marie Garrison
individually and on behalf of Ja'Lynn Garrison; Shawn B. Garrison; Elizabeth Gayles; Carla Jean
George; Linda A. Gibson; Edward John Gillis, III; Edward J. Gillis, Sr.; Norman J. Gillis; Nakima
Gilmore individually and on behalf of Aaron Gilmore; Ella Gooden Gilmore; Nakima Gilmore
individually and on behalf of Isiah Gilmore, Jr.; Nakima Gilmore; Isiah Gilmore, Sr.; Ashley
Glasper; Krystal Shauntell Glasper; Ora Lee J. Glasper; Daisy Goodlow; Cynthia T. Gordon;
Edward Gordon; Gerald Gordon; Delois G. Arthur individually and on behalf of Octavia L.
Gordon; Robert Hampton Grace, Jr.; Robert H. Grace, Sr.; Cormanda Lynette Grace; Deloris
Grace; Ira Dean Grace; Isaac H. Grace; Joyce A. Grace; Terry M. Grace individually and on behalf
of Ronald Grace, Jr.; Terry M. Grace individually and on behalf of Rashad Grace; Reginald Grace;
Hayward Grace; Ayanna T. Graves individually and on behalf of Antrica J. Graves; Ayanna T.
Graves; Ayanna T. Graves individually and on behalf of De'Andre D. Graves; Joyce R. Green

individually and on behalf of Alexandria Green, III; Bobby R. Green; Cheryl R. Green; Joyce R. Green; Joyce R. Green; Julie Abram Green; Rossilyn Green individually and on behalf of Keaira Green; Rossilyn Green individually and on behalf of Keonntai Green; Rossilyn Green; Sunny Green; Sunny J. Green; Alvin Greene; Ceola Moore Greene; Alvin Greene individually and on behalf of Daria Greene; Hellary Greene, Jr.; Ryan C. Greene; Charisse Griffin; Deshon A. Hall; Shelia Hall individually and on behalf of Lakeisha Hall; Shelia Hall; Elisia Hamulton; Arthur L. Handley; Eddie L. Hargrove; Barbara Harris; Helen Harris; Maurice A. Harris; Reginald Harris; Tenita Harris; Melvin Hasten, Jr.; Annette Hasten; Charles Hasten; Cheryl Hasten; Annette Hasten individually and on behalf of Jarvis M. Hasten; Melvin L. Hasten; Jeffery D. Hayes; Margie S. Hayes; Arthur Haymond; Cynthia B. Heard; Robert P. Hebert; Debra Ann Henderson; Kathleen J. Henry individually and on behalf of Allayah S. Henry; Kathleen J. Henry; Linda Faye Higgens; Ephom Hillard; George Hilliard, Jr.; Louis Hilliard; Edna Alana Hines; Dorothy Holiday; Gina Lynn Holiday; Ella Holland; Helen P. Holland; Joe Holland; Victoria A. Holland individually and on behalf of Jules L. Holland; Jules R. Holland; Manfield Holland; Victoria A. Holland; Alma Hollins; Eddie Hollins; Frederick L. Hollins; Bessie Howard; Cassandra M. Howard; Celia D. Howard; Cora Howard; Dominica D. Cole Howard; Leonard L. Howard; Oscar Hubbard; Sheila Hubbard; Joyce C. Irving-Walker; Eddie Jackson, Jr.; Albertha Jackson; Audrey E. Jackson; Audrey M. Jackson; Clarence Jackson; Clarence Jackson; Corey L. Jackson; Deborah Jackson; Edward Jackson; Erma H. Jackson; Glenda M. Jackson; Kristina A. Jackson; LaSonya N. Jackson; Milton Jackson; Octavia Jackson; Olivia E. Jackson; Perry Jackson; Robert L. Jackson; Russell Jackson; Russtin Kajon Jackson; Linda A. Gibson individually and on behalf of Shaquanna Jackson; Stephenia M. Jackson; Willie Jackson; Kelvin Jackson; Wilson James, IV; Allen James, Jr.; Kathleen J. Henry individually and on behalf of Brandon James; Brett Steve James; James W. Greene; Lucilla Adline Brooks individually and on behalf of Jada Coreynekwa James; Jeanie R. James; Loretta James; Jimmie Jarvis, Jr.; Leroy Jenkins, Jr.; Barbara Jenkins; Heisley Jimenez; Gregory Johnson; Vanessa Gillis LeBlanc individually and on behalf of Terry Johnson, Jr.; Ralph Johnson, Sr.; Calvin W. Johnson; Charlene D. Johnson; Colleen Patrice Johnson; Constance W. Johnson; Vanessa Gillis LeBlanc individually and on behalf of Crystal Johnson; Sindy Johnson individually and on behalf of Damesha Johnson; Gregory T. Johnson individually and on behalf of Danitra Johnson; Delores W. Johnson; Deneka M. Johnson; Vanessa Gillis LeBlanc individually and on behalf of Dionne Johnson; Doris A. Johnson; Ernestine L. Johnson; Georgina G. Johnson; Geraldine Johnson; Geraldine Refuge Johnson; Gladys Johnson; Gregory T. Johnson; Lakeisha Riley individually and on behalf of Jamarcus Johnson; Sindy Johnson individually and on behalf of James Johnson; Jamey Dwayne Johnson; Lorraine J. Fleming individually and on behalf of Jeremy J. Johnson; Audrey Mosby individually and on behalf of Jessica Johnson; Vanessa Gillis LeBlanc individually and on behalf of Joshua Johnson; Lorraine J. Fleming individually and on behalf of Joshua J. Johnson; Deneka M. Johnson individually and on behalf of Kyle Johnson; Latandra Javay Johnson; Michael Johnson; Ophelia V. Johnson; Sindy Johnson; Christie L. Marks individually and on behalf of Ta'mychell Q. Johnson; Taron J. Johnson; Lauwana Favorite individually and on behalf of Tre'vone Johnson; Cedric Randall Jones; Charles E. Jones; Rhea M. Jones individually and on behalf of Christian Jones; Kathy B. Jones individually and on behalf of Christopher Jones; Shauntell Jones Wilson individually and on behalf of Jacob Jones; Jacqueline Ann Jones; Joyce Jones; Kathy B. Jones; Penny D. Delmore individually and on behalf of Kelsie Jones; Larry Jones; Linda Jones; Sandra Marie Jones individually and on behalf of Lotoya Rodern Jones; Mary Jones; Sandra Marie Jones individually and on behalf of Masitia Nicole Jones; Retta W. Jones; Rickey Jones; Ronald A. Jones; Sandra Marie Jones; Shirley Jones; Sidney Jones; Rhea M. Jones individually and on behalf of Stevencia Jones; Yolanda L. Jones individually and on behalf of Travis Jones; Yolanda L. Jones; Rhea M. Jones; Loretta Jordan individually and on behalf of Ashley Jordan; Burnell Jordan; Debra A. Jordan; Doris Jordan; Gwendolyn Jordan; Latricia Jordan; Linda Jordan; Loretta Jordan; Marlin Wayne Jordan individually and on behalf of Marlin Wayne Jordan; Roland D. Jordan; Toya Jordan; Perry Jackson individually and on behalf of Lauren Jordan; Lester Joseph, II; Albertha Joseph; Carla D. Joseph; Eloise Joseph; Erroll L. Joseph; Ethel Joseph; Charlene H. Joshua; Christina Marie Kador individually and on behalf of Alexis Chauntelle Kador; Brenda Kador; Christina Marie Kador; Dorothy Kelley; Cephas Omar Kemp; Clarence A. Key; Nina Key; Joyce Keys; Pauline D. Knighten; Lois A. LaCour; Sharon Shanette Lane individually and on behalf of Chinquita Lane; Sharon Shanette Lane individually and on behalf of Jerrick Lane; Sharon Shanette Lane individually and on behalf of Justin Lane; Sharon Shanette Lane individually and on behalf of Lakeisha Lane; Sharon Shanette Lane individually and on behalf of Marcus Lane; Sharon Shanette Lane; Debra Martin White individually and on behalf of Terrance T. Lane; Tonia Renee Lane; Leo J. Lang; Charlotte M. Lanieu; Brenda Ann Lanieu individually and on behalf of Katrena Lanieu; Cornelius Lanieux, Jr.; Brenda Ann Lanieu; Erica D. Brown individually and on behalf of Leanne Lawless; Yolanda B. Laws; Vanessa Gillis Leblanc; Marcus Montrell Lee; Terran Lyn Lewis; Aretha Link;

Bridget V. Favorite individually and on behalf of Lennet Little, III; Jacqueline Lodge individually and on behalf of Christian Lodge; Jessica Faye Levin Lodge individually and on behalf of Aaron Lodge, Jr; Frank Lodge, Jr.; Aaron K. Lodge; Adeline Lodge; Jessica Faye Levin Lodge individually and on behalf of Alexis Lodge; Anitra Lynette Lodge; April Shantel Lodge; Augustine S. Lodge; Beverly Lodge; Lakeidra Deshay Lodge individually and on behalf of Diamond Lodge; Frank Lodge; Jacqueline Lodge; Jessica Faye Levine Lodge; Lakeidra Deshay Lodge; Sandra Davis individually and on behalf of Latoya Lodge; Lucille Lodge; Troy D. Lodge; Lorraine London; Jerome Lowery; Jerome Lowery, Jr.; Olivia Luckett; Christie L. Marks; Jerome Martin, Jr.; Angela Martin individually and on behalf of Aanesha Martin; Angela Martin individually and on behalf of Aaniya Martin; Veronica D. Martin individually and on behalf of Amy Martin; Angela Martin; Delores D. Martin; Veronica D. Martin individually and on behalf of Eric Martin; Delores D. Martin individually and on behalf of La'felsha D. C. Martin; Debra Martin White individually and on behalf of Latisha Deshay Martin; Roland J. Martin; Veronica D. Martin individually and on behalf of Samantha Martin; Veronica D. Martin; Veronica D. Martin individually and on behalf of Victoria Martin; Barbara Mayfield; Reginald McBee; Willie D. McBee; Clifton McNell; Everline P. Mellieon; Leo Mellieon; Leroy Mickles, Jr.; Edna W. Mickles; Aron Miles, Jr.; Carrie B. Miles; Gary Miles; Wanda A. Miles; Robert Miller; Wylonda Miller; Debra C. Milligan; Robin Milligan; James Mitchell; Cynthia Monroe; Cynthia Monroe individually and on behalf of Dominec Monroe; Cynthia Monroe individually and on behalf of Samuel Monroe; Sosthan Monroe; Victor Monroe; Ceola Moore Greene individually and on behalf of Marcus Moore; Andrea T. Morgan; Bernice Morgan; Tolbet Morris, Jr.; Angela Marie Morris; Angela Marie Morris individually and on behalf of Bradley Morris; Charles Morris; Marilyn A. Morris; Marilyn A. Morris individually and on behalf of Sierra Danielle Morris; Angela Marie Morris individually and on behalf of Naquilla Morris; Audrey Mosby; Yolanda Mosby; Bobby Moss; Deaneres Murphy; Curtis Murry; Marilyn L. Murry; Darlene Muse; Mellissa Cushenberry individually and on behalf of Andrea Breone Nador; Sylvia Nash; Joyce B. Nelson; Ben Nelson; Benny Nelson; Cleveland Nelson; Gwendolyn Nelson individually and on behalf of Dyniesha La'shay Nelson; Gwendolyn Nelson; Gwendolyn Nelson individually and on behalf of Jamie Nelson; Joe Nelson; Lillie Mae Bennett individually and on behalf of Keywanda Q. Nelson; Laquinta Verchelle Nelson; Laquinta Verchelle Nelson individually and on behalf of Ryneisha Nelson; Irma Dine Stephens individually and on behalf of James Northern, III; Barbara P. Oby individually and on behalf of John E. Oby, Jr; Barbara P. Oby; Tomas Ortega; Denia Calvey Oubre individually and on behalf of Dekyla Oubre; Denia Calvey Oubre; Daquanta Adrienne Erika Palmer; Beverly H. Parker; Mary Paten; William Paten; Marilyn L. Murry individually and on behalf of Byron K. Patterson; Dedrick D. Patterson; Geraldine Patterson individually and on behalf of Ebony Patterson; Geraldine Patterson; Ingrid Michelle Patterson; Marguerite Patterson; Roedreick Patterson; Tamica Danielle Patterson; Terrance G. Patterson; Virginia M. Patterson; Diane Payton individually and on behalf of Chaston Payton; Brenda A. Payton; Brenda A. Payton individually and on behalf of Carmisha L. Payton; Diane Payton; Brenda A. Payton individually and on behalf of Ieshia Payton; Rozina C. Perkins; Emma Phillips; Toni Phillips; Morticia L. Pierce; Vessie Pierce; Tina Pindexter individually and on behalf of Ashia Pindexter; Tina Pindexter individually and on behalf of Joseph Pindexter; Tina Pindexter individually and on behalf of Pebbles Pindexter; Tina Pindexter; Tina Pindexter individually and on behalf of Kortnie Pindexter; Tina Pindexter individually and on behalf of Porsche Pindexter; Vera Populars; Herman Populars, Sr; Vera Populars individually and on behalf of Natasha Populars; Noleta M. Populars; Roxie Hall Populars; Robin Ambeau Porter individually and on behalf of Jordan L. Porter; Robin Ambeau Porter; Tissuetta Porter; Thomas Powers, Jr.; Jackey R. Pugh; Santos Ramos individually and on behalf of Carlos Ramos; Santos Ramos; Olevia F. Raven; Victoria W. Rawls; Vilmore Redditt, Jr; Evelyn S. Reed; Katheisha L. Reed; Katheisha L. Reed individually and on behalf of Kelvin Reed; Kevin T. Reed; Leonard Reed, Jr.; Pearl F. Reed; Shauntell Jones Wilson individually and on behalf of Shedrick Reed, Jr.; Labarick L. Refuge; Kimberly Marie Ricard; Catherine B. Collins individually and on behalf of Dion Richardson, Jr.; Bertha G. Verret individually and on behalf of Avery Richardson; Joseph Riley, Jr.; Andre Riley; Lakeisha Riley; Dorothy Weatherspoon individually and on behalf of Shamara Riley; Joslyn A. Rivett; Janie W. Robertson; Leon C. Rodrigue Jr; Crystal S. Rodrigue; Wardell James Rodrique; Shelia Marie Sterling individually and on behalf of Nadia Rodriquez; Shelia Marie Sterling individually and on behalf of Pauletta S. Rodriquez; Shelia Marie Sterling individually and on behalf of Terrica B. Rodriquez; Brent Ross; Jerry Dean Ross; Mary Ross; Patricia Ann Ross; Troylynn Ross; Enith Broussard Roy; Ruby T. Scott; Jill D. Ruffin individually and on behalf of Brandi Ruffin; Jill D. Ruffin individually and on behalf of Byron V. Ruffin; Jill D. Ruffin; Oretha Ruffin; Lasondra Titus Russell; Valarie J. Sampson; Barbara P. Oby individually and on behalf of Joseph S. Scott, II; Henry Scott, Jr; Reginald McBee individually and on behalf of Marquishah Scott; D'ann L. Scott; D'ann L. Scott individually and on behalf of Darren Scott; D'ann L. Scott

individually and on behalf of Dorsay Scott; Barbara P. Oby individually and on behalf of Jamica S. Scott; Mark T. Scott; Mark T. Scott individually and on behalf of Markesa M. Scott; Velma Scott; Sharon Williams-Semien individually and on behalf of Joy Semien; Sharon Williams-Semien individually and on behalf of Precious Semien; Tony Sewell; Valerie L.Dunbar individually and on behalf of Javonta Sherman; Gwendolyn G. Sibley; Melchezideck Simon; Alice M. Gailes individually and on behalf of Achillie Smith; Alfred Smith; Barbara Harris individually and on behalf of Ella Smith; Carla D. Joseph individually and on behalf of Erroll Smith; Carla D. Joseph individually and on behalf of Errol'neysha Smith; George Smith; John Smith; Laquinta Verchelle Nelson individually and on behalf of Johnell Smith; Joseph L. Smith; Lela F. Smith; Mary Smith; Richard Smith, Jr.; Robert Smith; Ronald Smith; Russel G Smith; Shirley Smith; Velma M. Smith; Verginald Lee Smith; Herman Smith; Avis J. Snowten; Avis J. Snowten individually and on behalf of Gerlyn Snowten; Avis J. Snowten individually and on behalf of Jessica C. Snowten; Joyce Marie Snowten; Hazel Sparrow; Valentine Spencer, Sr.; Erma M. Spooner; Eddie Troy Spriggs; Deshoin N. Darville individually and on behalf of Galencia Spriggs; Girtie Starks; Irma Dine Stephens individually and on behalf of Eric Glenn Stephens; Irma Dine Stephens; Matthew L. Stephens; Shelia Marie Sterling individually and on behalf of James A. Sterling; Shelia Marie Sterling; Tamara Stevens; Tamara Stevens individually and on behalf of Trevis Stevens; Roy Stewart individually and on behalf of Roy Stewart, Jr.; George W. Stewart Jr; Angela Lodge Stewart; Calvin Stewart; Roy Stewart individually and on behalf of Demarcus Stewart; Ernestine Johnson Stewart; Eugene Stewart; Lieselotte M Stewart; Maudria Stewart; Roy Stewart; Shawndreka D. Stewart; Frederick Stewart; Rhonda Stigers individually and on behalf of Dereginald Stigers; Rhonda Stigers; Brenda T. Tasker; Curtis Tatney, Jr.; Shantel C. Tatney; Van Tatney; Emily James Taylor; Geraldine Taylor; James L. Taylor; Mary T. Taylor; Nira D. Taylor; Terry M. Grace; Sibil Thibeaux; Albertha M. Thomas; Lois W. Thomas individually and on behalf of Chelsea Thomas; Lois W. Thomas individually and on behalf of Derrick Thomas; Junius Thomas; Lois W. Thomas; Matthews W. Thomas individually and on behalf of Maliana Thomas; Matthews W. Thomas; Matthews W. Thomas individually and on behalf of Monique Thomas; Geraldine Thomas; Edward Thompson, Jr.; Jerelyn Thornton; Kelanda Thurman; Karen Cushenberry Tilley; Karen Cushenberry Tilley individually and on behalf of Mary Tilley; Sharon Denise Todd individually and on behalf of Iyehesa C. Todd; Jenell A. Todd; Joyce R. Todd; Tonette LaChelle Todd individually and on behalf of La'kandrus Todd; Sharon Denise Todd; Tonette Lachelle Todd; Travis Anthony Todd; Tonette LaChelle. Todd individually and on behalf of Trevor Todd; Connie Yvette Torrence; Aida Luz Torres; David E. Torres; Zeno D. Travis, III; Etta Travis; Helen S. Travis; Dwayne Turner; Monika Turner; Ethel P. Valentine; Wardell Valentine; Laurence Veal; Bertha G. Verret; Lisa C. Verret Brooks individually and on behalf of Brandon M. Verret; Jeffrey Verrett; Lisa C. Verrett Brooks individually and on behalf of Lindayshea Verrett; Evelyn M. Vessel; Alvin Dennis Videau; Charonda Lanette Videau; Lisa Videau Alexander individually and on behalf of Mike Dwayne Videau; Ronald Videau; Tommie J. Videau; Cassandra M. Howard individually and on behalf of Donald Vondo, Jr; Donald Vondo; Alfred Walker, Jr; Cynthia Walker; Hebert Walker; Patricia Walker; Ollie M. Washington; Roland H. Washington; Stanley Washington; Deborah Watkins individually and on behalf of Philip Watkins, Jr.; Deborah Watkins individually and on behalf of Brandon Watkins; Deborah Watkins; Dorothy Weatherspoon; Antionette West; Jermaine West; Herbert L. West, Jr; Katrina D. Weston; Martha James Whaley; Russell Whaley; Debra Martin White individually and on behalf of Joseph White, Jr.; Connie White; Debra Martin White individually and on behalf of Deanthony Dwayne White; Debra Martin White; Mary Shalita Deggs White; Shakeita L. White; Anthony Whitley; Carolyn C. Whitmore; Lois M. Whitmore; Lois Brooks Wicker individually and on behalf of Emma A. Wicker; Lois Brooks Wicker; Lois Brooks Wicker individually and on behalf of Ryan P. Wicker; Shantel C. Tatney individually and on behalf of Krystal-Seymone Wiggins; Lionel Williams; Shirley Williams individually and on behalf of Joshua Williams; Joseph G. Williams; Andstine Williams; Charlene W. Williams individually and on behalf of Ashley Williams; Atkins Williams; Betty M Williams; Faye G. Williams individually and on behalf of Brittany Nicole Williams; Cedonia Williams; Charlene Williams; Charles Williams, Jr.; Clara ? Williams individually and on behalf of Christopher Williams; Clara B. Williams; Clara L. Williams; Cynthia Williams; Elodie Williams individually and on behalf of Denzel Williams; Dorothy B. Williams; Dorothy P. Williams; Elizabeth Williams; Elizabeth A. Williams; Elodie Williams; Elwin Williams; Ethel Williams; Faye G. Williams; Gregory Williams; Mary Young individually and on behalf of Henery Marcus Williams; Henry Williams; Jason Leon Williams; Charlene Williams individually and on behalf of Joshua Williams; Cynthia Williams individually and on behalf of Joshua Williams; Karen Williams; Kolande S. Williams; Leona V. Williams; Lionel Williams; Louis P. Williams; Louise Williams; Martha Raye Williams; Melissa Williams; Cynthia Williams individually and on behalf of Regina Lashawn Williams; Shirley Williams; Faye G. Williams individually and on behalf of Stacey Williams; Sharon Williams-Semien; Kelly Willie, Jr.;

Eddie Williams, Jr.; Emelda A. Williams; Kiease Becnel individually and on behalf of Joseph Wilson Jr.; Valerie L. Dunbar individually and on behalf of Adrianna Wilson; Grace Wilson individually and on behalf of Andrika D'shelle Wilson; Chyrla Wilson; Grace Wilson individually and on behalf of Daphne Wilson; Edwin Rodrick Wilson; Grace Wilson; Kiease Becnel individually and on behalf of Joneshia Wilson; Joyce Knight Wilson; Julius Wilson, Jr.; Kisha S. Wilson; Shauntell Jones Wilson; Sylvia Wilson; Hazel Wilson; Ruby V. Woods individually and on behalf of Dave Woods; Mildred Woods; Ruby V. Woods; Alexander Wright individually and on behalf of Alexander Wright, III; Alexander Wright; Alexander Wright individually and on behalf of Andre' Wright; Dell D. Wright; Stephen Robert Yaeger; Cynthia York; Rudy York; Deborah Calloway individually and on behalf of Terrica York; Loetia Young; Mary Young; Sheila J. Young; Danna Marie Zachary; Louis Alexander; Geraldine Armstead; Rev. Edward Armstead; Junius Armstead; Patricia Armstead; Willie Armstead; Varnessa Armstead; Alevia A. Barber; Josie J. Battiste individually and on behalf of Dionne Young; Brian Batton; Carl Batton individually and on behalf of Montega Davis and Mariah Davis; Paulette D. Batton; Clarence Batton, Jr. individually and on behalf of Candyce J. Batton; Wanda F. Batton; Mary Batton individually and on behalf of Sterling Batton, Jr., Caleb Batton, JaVaughn Batton and DaVaughn Batton; Sterling Batton, Sr.; Michael J. Batton; Wayne Bloome; Andretta Breaux; Berdell Breaux; Roger Breaux, Sr.; Roger Breaux, Jr.; Janice Bridgewater; Barbara Ann Brown; Percy Brown; India Brown; Wilmer Brown, Jr.; Willie E. Bruce, Sr.; Renee D. Davis individually and on behalf of Van Davis, Jr.; Van Davis; Venecia T. Day; Edward Dunlap; La'Tasha Dunlap; Sybil Francois individually and on behalf of Andre C. Francois; Gregory W. Franklin individually and on behalf of Kenyatta Gilbert and Gregory W. Gilbert; Kiesha Gilbert; Jennifer L. Franklin; Malcolm L. Franklin; Lois Lee Franklin individually and on behalf of Devon Franklin and Evan Franklin; Robert Gillis, Jr.; Crystal K. Harris individually and on behalf of Amandalyn A. Harris; Donald Harris; Donna Harris; Kelly Harris individually and on behalf of Dekiyrian D. Barber and Darius D. D. Harris; Mildred Harris individually and on behalf of Haneefa Lee and Corey Lee; Rhonda S. Harris; Rosalie Harris; Trenderlyn Harris; Irene Hill; Willie Hill; Brekeitha Jackson individually and on behalf of Kelsa Brooke Jackson and Kali B. Ambeau; Frank Jackson, Jr.; Frank Jackson, Sr.; Gerrin M. Jackson; Glenda D. Jackson; Victoria M. James; Charles L. James, Sr.; Bridget Batton Johnson individually and on behalf of Darius Batton and Kayla Young; Kenneth D. Johnson; Dianne Johnson; Louise Johnson; Nikki Lee; Tina Lee; Ada M. McGinnis; Ellis McGinnis, Jr.; Oliver J. McGinnis; Reginald W. McGinnis; Sadie McGinnis individually and on behalf of Kayla Pugh; Barbara R. Mellion; Jamie D. Mellion; Henry D. Mellion; LaMeka Mellion; Evelyn Morgan; Freddie Morgan; John L. Morris, Sr.; James Myles; Ashley Oliver; Ernestine Oliver individually and on behalf of Ashley G. Oliver; Sherell D. Oliver; Herman D. Oliver; Herman Oliver; La'Toya Oubre individually and on behalf of Damion D. Oubre; Mary P. Oubre; Brenda R. Ovete; Lawrence D. Ovete individually and on behalf of Janae L. Ovete; Landa D. Ovete; Loretta A. Pania; Laura Poindexter; Cynthia Renee Pugh; Fannie E. Rider; Sidney Rider; Earl Riley; Lucille A. Rivers; Julia B. Rogers individually and on behalf of Keturah S. Rogers; Kenneth Rogers; Kendra Rogers; Kentika M. Rogers; Takiya M. Skidmore; Belinda Smith individually and on behalf of Dwayne Smith, Jr.; Dwayne Smith, Sr.; Harriett Sparks; Agnes Stewart; Henry Stewart individually and on behalf of Philadelphia Stewart and Daniel Stewart; Debra Stewart; Henry Stewart, III; Lance Stewart individually and on behalf of Anthony Stewart; Albertha M. Thomas; Robert Thomas, Sr.; Corey A. Thomas; Robin R. Thomas; Martha M. Tillman individually and on behalf of Jernieca D. Tillman and Jereme' D. Tillman; Willie Tillman, Jr.; Carchell L. Tillman; Dawanda N. Tillman; Tonya D. Warner individually and on behalf of Kiya M. Smith; Kayla T'Shay Warner; Evelyn Washington; Clifton L. Watson; Mary I. Watson individually and on behalf of Cassandra R. Watson; Ann Marie Williams individually and on behalf of Breeann L. D. Williams; Charles Williams; Charles E. Williams individually and on behalf of Sharone J. Williams; Idell C. Williams; Eddie Williams, Jr.; Elizabeth A. Williams individually and on behalf of Jacqueline Williams; Joseph Williams, Jr. individually and on behalf of Joseph Williams, III and Nina Dillon; Michelle Williams; Nathaniel Williams; Nicole L. Williams; Precious Williams individually and on behalf of Shannon Williams; Clarence Wilson; Georgenne Batton; Delores D. Winston; Charlotte Woodfork individually and on behalf of Arviniece G. Tillman, Arnicka K. Woodfork and Armoni K. Woodfork; Arvin Sean Woodfork; Cassandra Aaron; Edward Adams, individually and on behalf of Eddreal Adams; Edward Adams; Stephanie G. White individually and on behalf of Markelle Adams; Alma Adolph; Gregory S. Adolph; Sharish Adolph individually and on behalf of Le Tree Adolph; Sharish Adolph individually and on behalf of Lemond Adolph; Leroy Adolph; Sharish Adolph individually and on behalf of Leroy Adolph, Jr.; Sam Adolph; Sharish Adolph; Joseph K. Albert; Ruthie Albert; Mary Alcee individually and on behalf of Markest Alcee; Mary Alcee individually and on behalf of Marlon Alcee; Mary Alcee individually and on behalf of Marshawn Alcee; Marvin Alcee; Mary Alcee; Christopher Alexander; Crystal Alexander; Janice Alexander; Willie Alexander; Betty Allen; Carol Allen; Charles J. Allen; Darnetta Allen; Darnetta Allen individually and on behalf of Diamone

Allen; Ellen Allen; Lloyd Allen; Mitchel Allen; Naomie C. Allen; Darnetta Allen individually and on behalf of Scylar Allen; Willie Y. Allen; Calvin Anderson; Clifford E. Anderson; Jeremy Anderson; Zelda Butler individually and on behalf of Joey D. Anderson; Norma Anderson individually and on behalf of Launjarius Anderson; Norma Anderson; Willie Anderson; Sherman Fort individually and on behalf of Sean Angaele; Alvin Antoine; Bernice Antoine; Cassandra Antoine; Kimberly Antoine; Kimberlyn Antoine; Cassandra Antoine individually and on behalf of Malik Antoine; Marjorie Antoine; Oretha Antoine; Troy A. Antoine; Troy Antoine, Sr.; Jerry Armwood, Sr. individually and on behalf of Joy Armwood; Jerry Armwood, Sr. individually and on behalf of Jerry Armwood, Jr.; Jerry Armwood, Sr.; Genell Arnold individually and on behalf of Ashley Arnold; Genell Arnold; Genell Arnold individually and on behalf of Joshua Arnold; Lorenzo Arnold; Earldean Arvie; Roger Arvie, Jr.; Roger Arvie, Sr.; Dorothy Asberry; Dorothy Asberry individually and on behalf of Lawerence Asberry; James Louis individually and on behalf of Megan Asler; Olga A. Pack individually and on behalf of Travis Atkins; Marie Augustus; Virgil Baker; Jeanette Banks individually and on behalf of Chelsea Banks; Jeanette Banks; Jeanette Banks individually and on behalf of Michael Banks; Shirley Banks; Jeanette Banks individually and on behalf of Whitney Banks; Alfred Barber; Dionne Riley individually and on behalf of Darren Barrett; Mary M. Bartney; Maudrie Bartney; Kathy Bates; Kathy Bates individually and on behalf of Howard B. Bates, Jr.; Juanita Gordon individually and on behalf of Kapric Batiste; Juanita Gordon individually and on behalf of Morris Batiste; Almeta Battiste; Cheryl Battiste; Edward Battiste; Lea Battiste; Mary Battiste; Sherman Battiste; Edward Battiste, Jr.; Henry Jackson, III individually and on behalf of Charity Battley; Henry Jackson, III individually and on behalf of Lacey Battley; Michelle Y. Bazille; Charles F. Beardon; Charles F. Beardon individually and on behalf of Charles M. Beardon; Joseph Beardon; Joyce Beardon; Sherrelle Beardon individually and on behalf of Kennedi Beardon; Sherrelle Beardon; Charles F. Beardon individually and on behalf of Tristen Beardon; Louis Beardon, Jr.; Cheleta Bell; Eola Bell; Jessica Bell individually and on behalf of Generett Bell; Jeffery E. Bell; Jessica Bell; John A. Bell; Josephine Bell; Josephine R. Bell; Larry N. Bell; Nellie W. Bell; Wanda Bell; Junius Bell, Jr.; Mary Bellington; Leroy H. Mitchell individually and on behalf of Lakita L. Beloney; Petra M. Bennett individually and on behalf of Bianca Bennett; Petra M. Bennett individually and on behalf of Brittany Bennett; Clarence Bennett; Cynthia L. Bennett; Cynthia L. Bennett individually and on behalf of Dorsha D. Bennett; Petra M. Bennett individually and on behalf of Joseph Bennett; Cynthia L. Bennett individually and on behalf of Kayla D. Bennett; Patricia Bennett; Petra M. Bennett; Cynthia L. Bennett individually and on behalf of Shaquille O. Bennett; Angel Bernard; Audrey M. Bernard; Glenda Bernard; Audrey M. Bernard individually and on behalf of Ieasha T. Bernard; Kedra Bernard; Leanna Bernard; Leo Bernard; Darrell Berry; Constance Lafayette individually and on behalf of Najee Berry; Constance Lafayette individually and on behalf of Ofari Berry; Brad Bertrand; Eddie Bessie; Erma Bessie; Freddie Bessie; Hazel Bessie; Mary Bessie; Horace Bessie, Sr.; Julia Bessix; Phillip Bessix, Jr.; Mary Blake; Wayne Blalock; Cheryl D. Blalock; Lynell Blanton individually and on behalf of Christy Blanton; Lynell Blanton; Bridgette Dunn individually and on behalf of Brandy Borden; Fred D. Bosely; Anthony Bosley; Casandra Bosley; Anthony Bosley individually and on behalf of Chelsea Bosley; Dennis Bosley; Anthony Bosley individually and on behalf of D'Waynia Bosley; Joann Bosley; Lawrence Bosley; Thomas Bosley; Fred Bosley, Sr.; Herman Bosley, Jr.; Christopher Bouligny; Joseph R. Bourgeois; Marie Bourgeois; Jess Stovall individually and on behalf of Jasper Bowden; Dana Hall individually and on behalf of Alona Bowman; Stacy Bracken individually and on behalf of Juston Bracken; Stacy Bracken; Stacy Bracken individually and on behalf of Tanesha Bracken; Stacy Bracken individually and on behalf of Tyler Bracken; Dana S. Bradford; James E. Brady; Margarette W. Brady; Troy A. Brady; Barry Braxton; Enid Braxton; Louis Breadon; Yvonne M. Walker individually and on behalf of Iris S. Breaux; Yvonne M. Walker individually and on behalf of Shanika R. Breaux; John Knight individually and on behalf of Nicholas Breckenridge, Jr.; Corelia Bridgewater; Tracie Bridgewater individually and on behalf of Keion Bridgewater; Tracie Bridgewater; Tracie Bridgewater individually and on behalf of Tra'Von Bridgewater; Tracie Kitts individually and on behalf of Vintriceiya Bridgewater; Gale Briggs individually and on behalf of Brittany Briggs; Gale Briggs; Sheryl D. Brooks; Alene M. Brown; Frank Louis, Sr. individually and on behalf of Andrea Brown; Claiborne Brown; Earline Brown; Eli Brown; Ivory Brown; Jacklyn Brown; Janet Davis individually and on behalf of Jazz Brown; Ivory Brown individually and on behalf of Jeremy Brown; Janet Davis individually and on behalf of Justin Brown; Ivory Brown individually and on behalf of Katrina Brown; Kevin D. Brown; Levi Brown; Linda H. Brown; Linda Brown; Ora L. Brown; Richard Brown; Claiborne Brown individually and on behalf of Shannon Brown; Shelley Brown; Shirley Brown; Troy L. Brown individually and on behalf of Traniqua L. Brown; Troy L. Brown; Wanda H. Brown; Zelma Brown; Elton G. Brown, Sr.; Willie Brown, Sr.; Robert E. Brown, Sr.; Gloria Brumfield; Gloria Brumfield individually and on behalf of Taylor Brumfield; Mary Alcee individually and on behalf of Marcus Buggage; Mary Alcee individually and on behalf of Marvin

Buggage; Karen A. Buggs individually and on behalf of D'Quincy Buggs; Karen A. Buggs; Karen A. Buggs individually and on behalf of Kent Buggs; Joseph Bunch; Joseph Bunch individually and on behalf of Joshua Bunch; Joyce Bunch; Shirley Bunch; Joseph Bunch individually and on behalf of Joseph Bunch, Jr.; Zelda Butler; Trudy Hardy individually and on behalf of Courtney Butler; Zelda Butler individually and on behalf of Roshecia Butler; Virginia Butler; Herbert Bynum individually and on behalf of De'Von H. Bynum; Beverly Bynum; Chetwin J. Bynum; Gaytha L. Bynum; Herbert Bynum; Margaret S. Bynum; Shenita R. Bynum; James E. Bynum, Jr.; Angella Byrd; Archie Byrd; Brenda Byrd; Elmer Byrd; Irene Byrd; Patricia Byrd; Richard J. Carlin; Stacy D. Carr individually and on behalf of Erneshia Carr; Stacy D. Carr; Alice Carter; Carlos Carter; Alice Carter individually and on behalf of Courtney Carter; Elma Carter; Joe A. Carter; Patricia A. Carter; Pamela Casemere individually and on behalf of Carla Casemere; Pamela Casemere; Tammy Dosey individually and on behalf of Ikesha Casey; Aurejana H. Ceaser; Carla W. Ceaser; Carla W. Ceaser individually and on behalf of Colin Ceaser; Carla W. Ceaser individually and on behalf of Kai Lyn Ceaser; Kenna Ceaser; David Cedotal; David Cedotal individually and on behalf of Dwayne Cedotal; Edith Cedotal; Felicia Cedotal; Catherine Celestin individually and on behalf of Candace Celestin; Catherine Celestin; Patrick J. Celestin; Quinekki Chachere; Deidre Chappell; Katina Christophe; Sylvia A. Christophe individually and on behalf of Kayla Christophe; Sylvia A. Christophe individually and on behalf of Nicholas J. Christophe; Sylvia A. Christophe; Janet Vaughn individually and on behalf of Alexis Christopher; Kimberlia James individually and on behalf of De'Aubrey Christopher; Janet Vaughn individually and on behalf of Dewayne Christopher; Kimberlia James individually and on behalf of Freddrick Christopher; Heather Christopher; Jamie M. Christopher; Jonathan P. Christopher; Ronda Christopher individually and on behalf of Kenneth Christopher; Ronda Christopher individually and on behalf of Nicole Christopher; Robert Christopher; Ronda Christopher; Janet Vaughn individually and on behalf of Shavette Christopher; Michael Church; Denise Claiborne; Denise Claiborne individually and on behalf of Dylan Claiborne; Ideal Claiborne; Fabara Critney individually and on behalf of Kyle Claiborne; Catherine Clark; Catherine Clark individually and on behalf of Mikale D. Clark; Paul Clark; Carolyn Clayton; Carolyn Clayton individually and on behalf of Coco A. Clayton; Inez Clayton; Marcus Clayton; Shirley Clayton; Jesse Clayton, Sr. individually and on behalf of Jesse J. Clayton, Jr.; Jesse Clayton, Sr.; Tina Turner individually and on behalf of Ty Clemmons, Jr.; Gilda Coffee; Vidrine W. Colar; Aliss Coleman; Antoinette Coleman; Ernest Coleman; Gregory Coleman; Amanda C. Keller individually and on behalf of Leasly Coleman; Olivia Coleman; Patricia Coleman; Arthur Collar; Ernestine Collier; Cederick Collins; Eva Collins; Frederick Collins; Paulette Collins; Sylvester Toston individually and on behalf of Raphael L. Collins; Sylvester Toston individually and on behalf of Redinand Collins; Loretta Cooley individually and on behalf of Darrence Cooley; Loretta Cooley; Patricia Cooley; Percy Cooley, Sr.; Josephine Cotton; Margaret A. Cotton; Patricia Cotton; Rakeesha Cotton; Tomeka Cotton; Dylan Cox; Sterla Cox, Sr. individually and on behalf of Franklin Cox; Sterla Cox, Sr. individually and on behalf of Justin Cox; Lynette Cox; Sterla Cox, Sr. individually and on behalf of Sterla Cox, Jr.; Janna Craig; Mary Craig; Bennie Crawford; Lenora D. Crawford; Fabara Critney; Jennifer Critney; Ricky L. Critney; Robert Critney, Jr. individually and on behalf of Robert Critney, III; Robert Critney, Jr.; Dorothy R. Crockett; Margery Morgan individually and on behalf of Andre Croon; Wilmer Scott individually and on behalf of Cory Cummings; Wilmer Scott individually and on behalf of Jeremy Cummings; Leonard Cummings; Wilmer Scott individually and on behalf of Lioretta Cummings; Brandon Cunningham; Annie Cyprain; Annie Cyprain individually and on behalf of Krystal Cyprain; Bobbie Cyprain, Sr.; Marvin Cyrus; Christy Daniels individually and on behalf of Chadrick Daniels; Christy Daniels; Christy Daniels individually and on behalf of Coby Daniels; Christy Daniels individually and on behalf of Corey Daniels; Christy Daniels individually and on behalf of Courtlyn Daniels; Christy Daniels individually and on behalf of Courtney Daniels; Anthony Daryon; Clifton M. Davis; Janet Davis; Landry Davis; Louise J. Davis; Lucy M. Davis; Janet Davis individually and on behalf of Marketa Davis; Martha Davis; Melanie Davis; Shalana L. Davis; Jimmy J. Robert, Sr. individually and on behalf of Arinsha Decuir; Jimmy J. Robert, Sr. individually and on behalf of Denota Decuir; Jimmy J. Robert, Sr. individually and on behalf of Jimesha Decuir; Latasha Martin individually and on behalf of Tyron D. Delmore; Gaytha L. Bynum individually and on behalf of Tyson Dempsey; Ashley Denham; Joseph Bunch individually and on behalf of Terry Denham; Janice Jones individually and on behalf of Diamante Dents; Arthur Dickerson; Barbara Dickerson; Quentin Dickerson individually and on behalf of Courtney Dickerson; Arthur Dickerson individually and on behalf of Crystal Dickerson; Arthur Dickerson individually and on behalf of Cylerly Dickerson; Quentin Dickerson; Quentin Dickerson individually and on behalf of Quinesha Dickerson; Shelia Dickerson; Henri Payne individually and on behalf of Travis Dickerson; Viquinna Diebeuon; Darlene Dixon individually and on behalf of Cedrick Dixon; Darlene Dixon individually and on behalf of Courtney Dixon; Darlene Dixon; Darlene Dixon individually and on behalf of Richard

Dixon; Eddie Dogan; Michael Domingue; Jennifer Critney individually and on behalf of Magnum Domino; Peter Donald; Alberta Donatto; Henry Dorsey, Jr. individually and on behalf of Brittney Dorsey; Henry Dorsey, Jr. individually and on behalf of Candice Dorsey; Damon Dorsey; Yvette Dorsey individually and on behalf of Demontrell Dorsey; Derwin Dorsey; Edith Dorsey; Fannie Dorsey; Yvette Dorsey individually and on behalf of Rene Dorsey; Rodney W. Dorsey; Shakia H. Dorsey; Tyrone Dorsey; Wilmer Dorsey; Yvette Dorsey; Henry Dorsey, Jr.; Roy E. Dorty; Tammy Dorsey; Lloyd Doucette, Jr.; Elizabeth A. Douglas; Evelyn Douglas; Faebreanne Douglas; Stella Murphy individually and on behalf of Jazmin Douglas; Renwick Douglas individually and on behalf of J'Myrehea Douglas; Renwick Douglas; Reynard H. Douglas, Jr. individually and on behalf of Reynecia Douglas; Ronald Douglas; Renwick Douglas individually and on behalf of S'Ylecia Douglas; Renicca Williams individually and on behalf of Zmyrehea Douglas; Reynard H. Douglas, Jr. individually and on behalf of Reynard H. Douglas, III; Reynard H. Douglas, Jr.; Reynard H. Douglas, Sr.; Angela R. Dowdy; Marlene Doyle-Moore individually and on behalf of David Doyle; Frank D. Doyle; Tamara D. Doyle; Marlene Doyle-Moore; Devlin Dukes; Cassandra Antoine individually and on behalf of Devin Dunbar; Debra Duncan; Henry Duncan; Bridgette Dunn; Cynthia Dunn; Lance Dunn; Paul Dunn; Charley Dunn, Jr.; Carl K. Dunn, Jr.; Dezie Eades; Adlean Edwards; Darrel Edwards; Darrel Edwards individually and on behalf of Daryle Edwards; Tywanda Edwards individually and on behalf of Dornessia Edwards; Adlean Edwards individually and on behalf of Gary Edwards; Harold Edwards; Welton Smith individually and on behalf of Krystal D. Edwards; Tywanda Edwards; Wanda Edwards; Yancy Edwards; Byran Jackson, Sr. individually and on behalf of Marion N. Elmore; Albert Emery; Albert Emery individually and on behalf of Nicholas Emery; Rev. James England; Julia England; Debra English individually and on behalf of Asia English; Debra English; Willie M. Guss individually and on behalf of Jontrell Esco; Renna Fabre; Kachanna R. Fair; Davis Fair, Jr.; Wardell R. Irvin individually and on behalf of Jordan Favorite; Ronald Favorite; Sharon L. Fefie individually and on behalf of Aleshia Fefie; Sharon L. Fefie individually and on behalf of Areshia Fefie; Sharon L. Fefie; Lamont Fells individually and on behalf of Lameka Fells; Lamont Fells; Rowena B. Fields individually and on behalf of Cameron C. Fields; Jacqueline Fields; Carol Allen individually and on behalf of Rajanee' Fields; Rowena B. Fields; Carol Allen individually and on behalf of Shamar Fields; Marie Augustus individually and on behalf of Charles Fletcher; Michael Florida, Sr.; Landry C. Fontenot; Barbara Forest; Cherisse Forest; Cherisse Forest individually and on behalf of Dilon Forest; Cherisse Forest individually and on behalf of Jonathan Forest, Jr.; Sherman Fort; Coretta L. Wilson individually and on behalf of Jonathan M. Fountain; Debbie Francis individually and on behalf of Damion Francis; Debbie Francis; Carl K. Dunn, Jr. individually and on behalf of Keithan Francois; Arthur H. Franklin; Tahita Franklin individually and on behalf of Davonne Franklin; Donald Franklin; Earl Franklin; Tahita Franklin; Rachelle Smith individually and on behalf of Tremayne Franklin; Ernest Franklin, Sr.; Carmelita Wilson individually and on behalf of Charmaine Freeman; Carmelita Wilson individually and on behalf of Shawn Freeman, Jr.; Sharon L. Fefie individually and on behalf of Anthony Fefie, Jr; Leo C. Gable; Sadie Gage individually and on behalf of Breianna Gage; Sadie Gage individually and on behalf of Quintrell Gage; Sadie Gage; Herman Gage, Jr.; Wanda Galloway; Joseph Gasper; Louise Gasper; Thomas J. Gatlin; Brenda Gautier; Hilda T. Gautier; Bernadine Gay; Carlton Gay; Drexel Gay; Cynthia Gayden; Leila Gayden; Paul Gayden; Diane Lee individually and on behalf of Shameca Gibson; Twanna Gilbeaux; Ollie Gildersleeve individually and on behalf of Emmanuele Gildersleeve; Ollie Gildersleeve; Ollie Gildersleeve individually and on behalf of Xavier Gildersleeve; John Knight individually and on behalf of Bianca Gildersleeve; Georgiana Gillis; Georgiana Gillis individually and on behalf of James Gillis, Jr.; Isaac Gilmore; Isaac Gilmore individually and on behalf of Raven Gilmore; Isaac Gilmore individually and on behalf of Robin Gilmore; Charlene D. LeBlanc individually and on behalf of Jeremy B. Gipson; Charles Glasper; Raymard M. Parker, Sr. individually and on behalf of Devin Godchaux; Raymard M. Parker, Sr. individually and on behalf of Devon Godchaux; Carolyn Gordon; Bridgette Dunn individually and on behalf of Dennis Gordon; Jacqueline P. Gordon; Juanita Gordon; Kiffany Gordon individually and on behalf of Kaylon Gordon; Jacqueline P. Gordon individually and on behalf of Kennedra Gordon; Kiffany Gordon individually and on behalf of Kierra Gordon; Kiffany Gordon; Juanita Gordon individually and on behalf of Nannisha Gordon; Barbara Granger; Charlie B. Granger; Barbara Gray; Barbara Gray individually and on behalf of Clifford Gray; Dorothy Gray; Jonathan Gray; Mary Gray; Percy Gray; Robin Gray; Tiquanica Gray; Alex Gray, Jr.; Stephanie G. White individually and on behalf of Ashley Green; Betty Green; Darlene W. Green individually and on behalf of Carly Green; Darlene W. Green individually and on behalf of Channin Green; Darlene W. Green individually and on behalf of Christopher Green; Geisha Spriggs individually and on behalf of Damien Green; Darlene W. Green; Patricia Green individually and on behalf of Devin Green; Gladys M. Green; Kevin Green; Lionel Green; Patricia Green individually and on behalf of Lutasshi Green; Patricia Green individually and on behalf of Malik

Green; Patricia Green; Tameka Green; Viola Green; Geisha Spriggs individually and on behalf of
Marvin Green, Jr.; Shameka Gremillion individually and on behalf of Aikeen Gremillion; Shameka
Gremillion individually and on behalf of Ajarrius Gremillion; Darlene Gremillion; Shameka
Gremillion; Darlene Gremillion individually and on behalf of Tiffany Gremillion; Schantell Griffin;
Cedric Grimes; Cedric Grimes individually and on behalf of Jalen Grimes; Lillie Grimes; Gerald
Grimes, Jr.; Eric Guidry; Jerrenda D. Guidry; Jerrenda D. Guidry individually and on behalf of
Tyler J. Guidry; Harvey Guss individually and on behalf of Adrian Guss; Harvey Guss; Lois Guss;
Willie M. Guss individually and on behalf of March Guss; Harvey Guss individually and on behalf
of Marcus Guss; Quenisha Guss; Sherita Guss; Willie M. Guss; Willie Guss, Jr.; James Gwin; Shirley
A. Johnson individually and on behalf of Rodrick Hale; Shirley A. Johnson individually and on
behalf of Tiffany Hale; Priscilla Hall individually and on behalf of Chelsea Hall; Dana Hall; Kelvin
D. Hall; Mervin Hall; Priscilla Hall; Roger D. Hall; Henry Hall, Jr.; Khaya Hamilton; Ossie
Hamilton; Robert J. Hardesty, Jr. individually and on behalf of Demarcus Hardesty; Robert J.
Hardesty, Jr. individually and on behalf of Quintina Hardesty; Robert J. Hardesty, Jr.; Elaine G.
Hardin; Elaine G. Hardin individually and on behalf of Kevin Hardin; Marcio A. Hardy individually
and on behalf of Malik A. Hardy; Marcio A. Hardy; Trudy Hardy; Antonio C. Harris; Brandon
Harris; Florence Harris; Joyce B. Robinson individually and on behalf of Fredrick Harris; Jannie
Harris; Gladys M. Green individually and on behalf of Jnkenzi I. Harris; Latasha Harris; Lillie
Harris; Lionel Harris; Latasha Harris individually and on behalf of Najoua Harris; Noah F. Harris;
Shelia Harris; Shemetreal Harris; George Harris, Jr.; Hannah Harrison; Grover C. Harrison, Jr.;
Donald Hart; Crystal Alexander individually and on behalf of Jaeleah Hart; Benita Hawkins; Benita
Hawkins individually and on behalf of Brennen Hawkins; Earl Hawkins; Ruth White individually
and on behalf of Jaymel Hawkins; Jerome Hayes; Shameka Gremillion individually and on behalf of
A'Jayvis Haynes; Stephanie Haynes; Jerry Hebert individually and on behalf of Jerrica L. Hebert;
Jerry Hebert; Wanda W. Hebert; Annette N. Henderson; Frankie D. Henderson; Annette
Henderson individually and on behalf of Johnny D. Henderson; Annette N. Henderson individually
and on behalf of Kristen S. Henderson; Rose L. Henderson; Frankie D. Henderson, Jr.; Tvriya Mc
Kines individually and on behalf of Brianna Henry; Tvriya Mc Kines individually and on behalf of
Crystal Henry; Tvriya A. McKines individually and on behalf of Devante Henry; Shelia R. Henry;
Gilbert L. Henry, Sr.; Phillip Herbert individually and on behalf of Julian Herbert; Phillip Herbert
individually and on behalf of Jvez Herbert; Phillip Herbert; Thomas Herbert, Jr.; Kristain Hertzock;
Leo Hilton; Aronda Holiday; Emma Holloway; Jackie Honore; Leo M. Honore; Constance
McDermott individually and on behalf of Kayla Honry; Rufus Houston; Darryl L. Howard; Terilyn
Howard individually and on behalf of Noah M. Howard; Terilyn Howard; Demetris Hudson; J. C.
Hughes; Roddrick Hughes; Pamela Robinson individually and on behalf of Earnest L. Hunt; Althia
Hymes; Ronald W. Spradley individually and on behalf of Barry Hymes; Ronald W. Spradley
individually and on behalf of Brandon Hymes; Ronald W. Spradley individually and on behalf of
Brittany Hymes; Paul Hymes; Louis Ike, Jr.; Wardell R. Irvin individually and on behalf of Jamaar
W. Irvin; Wardell R. Irvin individually and on behalf of Krystle L. Irvin; Wardell R. Irvin individually
and on behalf of Lindsay Irvin; Wardell R. Irvin; Anitra Isaac; Gerald J. Isaac; Gerald J. Isaac
individually and on behalf of Gerald Isaac, Jr.; Joseph Isaac; Latherine Isaac; Lenora Isaac; Gerald J.
Isaac individually and on behalf of Lettie N. Isaac; Yolanda Isaac; Byron Isac; Andre' Jackson;
Beatrice Jackson; Brenda Jackson; Brittaney D. Jackson; Darlene D. Jackson; Deidra Jackson; Helen
L. Jackson; Mary Gray individually and on behalf of Jonathan Jackson; Kelvin Jackson; Keoshia
Jackson; Lionel Jackson; Malcolm Jackson; Millie A. Jackson; Monica Jackson; Robert Jackson;
Tessa M. Morgan individually and on behalf of Terron Jackson; Terry Jackson; Mary Gray
individually and on behalf of Tonyetta Jackson; Henry Jackson, III; Ernest Jackson, Sr. individually
and on behalf of Ernest Jackson, Jr.; Ernest Jackson, Sr.; Byran Jackson, Sr. individually and on
behalf of Byran Jackson, Jr.; Byran Jackson, Sr.; Emanuel Jacob individually and on behalf of Darius
Jacob; Emanuel Jacob individually and on behalf of Eboniss D. Jacob; Emanuel Jacob; Tanya
Powell individually and on behalf of Donisha Jacobs; Tanya Powell individually and on behalf of
Tanisha Jacobs; Dionel L. Jacobs, Sr.; Dionel L. Jacobs, Sr. individually and on behalf of Dionel L.
Jacobs, Jr.; Gwendolyn Bartney-James individually and on behalf of Arienna James; Gwendolyn
Bartney-James individually and on behalf of Austin James; Ceola James; Marie Augustus
individually and on behalf of Chandler James; Lavanecia L. James individually and on behalf of
Darwin C. James; Lavanecia L. James individually and on behalf of Devin L. James; Lavanecia L.
James individually and on behalf of Donovan J. James; Gwendolyn Bartney-James; Jarrian L. James;
Jordon James; Kimberlia James; Lavanecia L. James; Martina James; Tony D. James; Donald James,
Jr.; Charles L. James, Jr.; Charles L. James, Sr.; Curry Janisha; Chanel Jarmon individually and on
behalf of Aisha Jarmon; Chanel Jarmon; Chanel Jarmon individually and on behalf of Corel
Jarmon; Chanel Jarmon individually and on behalf of Trevor Jarmon; Melvin L. Jarreaus; James A.
Jarreau, Jr.; Ruby Jefferson; Alice S. Jenkins; Craylon Parker individually and on behalf of Amuya

Jenkins; Craylon Parker individually and on behalf of Aysa Jenkins; Carolyn Jenkins; Latoya Jenkins individually and on behalf of Courtland D. Jenkins; David Jenkins; Edith T. Jenkins; Latoya Jenkins; Alice S. Jenkins individually and on behalf of Nadia A. Jenkins; Kedra Washington individually and on behalf of Terry Jenkins; Kedra Washington individually and on behalf of Tonya Jenkins; Jackie Johnsen; Sidney Washingto, Jr. individually and on behalf of Amy Johnson; Latunga Johnson individually and on behalf of Antonio Johnson; Brenda M. Johnson; Carolyn Johnson individually and on behalf of Brittany Johnson; Carolyn Johnson; Carolyn Johnson; Carrie Johnson; Reikan Johnson individually and on behalf of Chandi R. Johnson; Brenda Jackson individually and on behalf of Damon Johnson; Daniel E. Johnson; Dorothy Johnson; Ebony Johnson; Emanuel Johnson; Gloria D. Johnson; Gwenevere Johnson; Howard Johnson; Jacqueline S. Johnson; Andre Riley, Sr. individually and on behalf of Jamacus Johnson; Latunga Johnson individually and on behalf of Jamalcolm Johnson; Rhonda Johnson individually and on behalf of Janay Johnson; Latunga Johnson individually and on behalf of Javonte Johnson; Rhonda Johnson individually and on behalf of Jaway Johnson; Barbara Perry individually and on behalf of Jeremy Johnson; Jessie Johnson; Reikan Johnson individually and on behalf of Jonathan M. Johnson; Connie White individually and on behalf of Justin Johnson; Brenda M. Johnson individually and on behalf of Jyric Johnson; Brenda M. Johnson individually and on behalf of Kenny Johnson; Latunga Johnson; Lawrence Johnson; Gladys Seals individually and on behalf of Lionel Johnson; Ebony Johnson individually and on behalf of Makayla Johnson; Della Odom individually and on behalf of Marvin Johnson; Gwenevere Johnson individually and on behalf of Rashad Johnson; Reikan Johnson; Renetta Johnson; Rhonda Johnson; Shermaine Johnson; Shirley A. Johnson; Siah Johnson; Travis Johnson; Velma Johnson; Diane Washington individually and on behalf of Curly Johnson, III; Huey Johnson, III; Jennifer Payton individually and on behalf of Jessie Johnson, III; Robert Johnson, III; Kedra Bernard individually and on behalf of Aaron Johnson, Jr.; Lawrence Johnson, Jr.; Michael Johnson, Jr.; Rhonda Johnson individually and on behalf of Roland Johnson, Jr.; Lawrence Johnson, Sr.; Anthony G. Nash individually and on behalf of Anthony G. Jones; Brenda Jones; Richard Jones, Jr. individually and on behalf of Christopher Jones; Jo'etta Jones individually and on behalf of Daisha Jones; Galyn Jones; James Jones; Janice Jones; Jo'etta Jones; Debbie Francis individually and on behalf of Jonathan Jones; Joseph Jones; Josephine Jones; Galyn Jones individually and on behalf of Joshua Jones; Joyce T. Jones; Laura K. Jones; Lawrence Jones; Linda G. Milton individually and on behalf of Lucy D. Jones; Lula M. Jones; Melba Jones; Michael Jones; Oliver Jones, Jr. individually and on behalf of Oliver H. Jones; Oliver Jones; Louella Jones individually and on behalf of Paula Jones; Ronald Favorite individually and on behalf of Ronya Jones; Rosa M. Jones; Rose Jones; Shawn Jones; Terrance Jones; Keith Washington, Sr. individually and on behalf of Tireka Jones; Willie Jones; Richard Jones, Jr.; Oliver Jones, Jr.; Wesley Jones, Jr.; Michael K. Jones, Sr.; Adam T. Jordan; Bobby E. Jordan individually and on behalf of Asia A. Jordan; Bobby E. Jordan individually and on behalf of Bobbi G. Jordan; Bobby E. Jordan; Brenda L. Jordan; Brenda Jordan; Eric Jordan; Paula Y. Jordan; Randolph Jordan; Ronald Jordan; Yolanda Jordan; Paula Y. Jordan individually and on behalf of Wilbert Jordan, Jr.; Andre Joseph; Beatrice Joseph; Christopher Joseph; Crystal Joseph; Cynthia Joseph; Herrietta Joseph; Crystal Joseph individually and on behalf of Kaleah N. Joseph; Lasheika Joseph; Cynthia Joseph individually and on behalf of Malcolm Joseph; Vonda Joseph individually and on behalf of Marlon Joseph; Mary C. Joseph; Phillip Joseph; Vonda Joseph; William Joseph; Michael Joseph, Jr.; Melvin Kador; Amanda C. Keller; Ebony D. Keller; Amanda C. Keller individually and on behalf of Nashay Keller; Kimatoya Kelly; Lorraine Kelly; Donald Kitts; Randolph Kitts; Tracie Kitts; Lola Wesley individually and on behalf of Ashante Knight; Harry Knight; Lola Wesley individually and on behalf of Jaion Knight; John Knight; Jamel Knighten; Kelvin Knighten; Mary Knighten; Albert K. Knox; Sharon Knox; Yvonne Knox; Roy V. Knox, Jr.; Roy V. Knox, Sr.; Brandy M. Labode; Joyce M. Labode; Delta McCray individually and on behalf of Lance Labry, Jr.; James Labry, Sr.; Karen Lacox individually and on behalf of Darius Lacox; Sylvia Lacox individually and on behalf of Johnathan Lacox; Sylvia Lacox individually and on behalf of Joshua Lacox; Karen Lacox; Sylvia Lacox; Clerice Lacy; Constance Lafayette; Constance Lafayette individually and on behalf of Markus Lafayette; Constance Lafayette individually and on behalf of Rhikki Lafayette; Eric Landry; Monroe J. Landry; Derrick W. Lands individually and on behalf of Ashley Lands; Derrick W. Lands individually and on behalf of Brittany Lands; Derrick W. Lands; Henry Lands; Karen Lands; Derrick W. Lands individually and on behalf of Latoya Lands; Sheryl D. Lands individually and on behalf of Quentin Lands; Sheryl D. Lands; Sheryl D. Lands individually and on behalf of Tykeira Lands; Paula E. Reed individually and on behalf of Adarrial Lanus; Crystal Laphand; Ernestine Smith individually and on behalf of Ashley Latell; Mary J. Lawrence individually and on behalf of Dominique Lawrence; Mary J. Lawrence; Charlene D. LeBlanc; Charlene D. LeBlanc individually and on behalf of Deonte' S. LeBlanc; Odessa B. LeBlanc; Vanessa LeBlanc; Carolyn R. Lee; Chris B. Lee; Diane Lee; Diane Lee individually and on behalf of Latrisha Lee; Lesley C. Lee; Niesha J.

Lee; Carolyn R. Lee individually and on behalf of Rhea N. Lee; Carolyn R. Lee individually and on behalf of Rhecie N. Lee; Carolyn R. Lee individually and on behalf of Rhenell N. Lee; Niesha J. Lee individually and on behalf of Taigen A. Lee; Lesley C. Lee individually and on behalf of Tyler J. Lee; Richard N. Lee, III; Richard Lee, Jr.; Lesley C. Lee individually and on behalf of Todd G. Lee, Jr.; Todd Lee, Sr.; Warren LeJeune individually and on behalf of Gabrielle LeJeune; Phyllis LeJeune; Warren LeJeune individually and on behalf of Warren LeJeune, III; Warren LeJeune; Mary Lemar individually and on behalf of Crystal Lemar; Dederia Lemar; Derek Lemar; Dederia Lemar individually and on behalf of Erica Lemar; Stacy Lemar individually and on behalf of Lyneisha Lemar; Stacy Lemar individually and on behalf of Mark Lemar; Stacy Lemar individually and on behalf of Markeshia Lemar; Mary Lemar; Dederia Lemar individually and on behalf of Monisha Lemar; Stacy Lemar; Dederia Lemar individually and on behalf of Terrell Lemar; Wanda Lemar; Amy M. Lemoyne; Merrite Leon, Jr.; Alexander Lewis; Gregory A. Lewis individually and on behalf of Ashley Lewis; Sondra Williams individually and on behalf of Dontreal Lewis; Tracy Lewis, Jr. individually and on behalf of Francesca Lewis; Gregory A. Lewis; Jean Lewis; Lashawn M. Lewis; Nadia Lewis; Tracy Lewis, Jr.; Tracy Lewis, Jr. individually and on behalf of Tracy Lewis, III; Oscar N. Porter individually and on behalf of Ashley L. Lights; Nillie Lindsey; Africia Spradley; Africia Spradley individually and on behalf of Lyeshia Link; Africia Spradley individually and on behalf of Lydell Link, Jr.; Lydell Link, Sr.;Tieslia Williams individually and on behalf of Demiracle Little; Lawrence Littles, Jr.; Rosa Lockett; Karen Lacox individually and on behalf of Maurice Lacox; David Lollis; Linda Lollis individually and on behalf of Delicia Lollis; Linda Lollis; Merrick McKenney individually and on behalf of Michael Long, III; Frank Louis, Sr. individually and on behalf of Darrius Louis; Frank Louis, Sr. individually and on behalf of Deandre Louis; David Lollis individually and on behalf of James Louis; Nadia Louis; Frank Louis, Sr. individually and on behalf of Raymond Lous, Jr.; Frank Louis, Sr.; Guy Love; Theresa Love; Matildia Lovely; Twanna Gilbeaux individually and on behalf of Demonta' Mallory; Twanna Gilbeaux individually and on behalf of Maurice Mallory; Christine A. Manchester; Christine A. Manchester individually and on behalf of Davie J. Manchester; Dwaneise Manogin individually and on behalf of Devaughn Smith; Dwaneise Manogin individually and on behalf of Doria Manogin; Dwaneise Manogin; Frank Maracalin, Jr. individually and on behalf of Brittany Maracalin; Lois Maracalin; Frank Maracalin, Jr.; Sarah Marcelin individually and on behalf of Ayrinder Marcelin; Sarah Marcelin individually and on behalf of Charles Marcelin; Sarah Marcelin individually and on behalf of Fatima Marcelin; Sarah Marcelin; Stephanie Marshall individually and on behalf of Jesssanie Marshall; Stephanie Marshall individually and on behalf of Kherwyn Marshall; Stephanie Marshall; Stephanie Marshall individually and on behalf of Kevin Marshall, Jr.; April Martin; Latasha Martin individually and on behalf of Kaci D. Martin; Latasha Martin; Natasha Martin; Norma Martin; Roxie Martin; Odis L. Martin, Jr.; Odis Martin, Sr.; Lola Wesley individually and on behalf of Ronald Martin, Jr.; Pamela Matthews; Robert Matthews; Pamela Matthews individually and on behalf of Calvin Matthews, Jr.; Kimberly May; Kimberly May individually and on behalf of L'Vert May; Janice Mays; Constance McDermott; Tvriya A. McKines individually and on behalf of Adrian McKines; Tvriya A. McKines individually and on behalf of Adriana McKines; Tvriya A. McKines individually and on behalf of Lashara McKines; Tvriya A. McKines; Iris E. McKinney; Robert McQuirter; Ysheka McClain; Bertha McCoy; Delta McCray; Dorothy McDermic; Dorothy McDermic individually and on behalf of Charles McDermic, Jr.; Cathy McGinnis; Ella J. McGinnis; Cathy McGinnis individually and on behalf of Shoniece L. McGinnis; Earline Snearl individually and on behalf of Spencer McGinnis; Betty Allen individually and on behalf of Shundrake McKeel; Merrick McKenney; Melvin McNair, Sr. individually and on behalf of Devan D. McNair; Melvin McNair, Sr. individually and on behalf of Melvin McNair, Jr.; Melvin McNair, Sr.; Everlena Melancon; Alma Melton; Denise Claiborne individually and on behalf of Darius Merrill; Jacqueline Metevia; Ernestine Metevia; Alma R. Middlebrooks; Marvin D. Miles; Jackie Miles, Jr.; Shareese Miller individually and on behalf of Brittany Miller; Shareese Miller individually and on behalf of Isaac Miller; Ricard Miller; Shareese Miller; Shareese Miller individually and on behalf of Travis Miller; Linda G. Milton; Emmett Minor, Jr.; Geraldine Mitchell; Royal Mitchell individually and on behalf of Latoya Mitchell; Leroy H. Mitchell; Joyce M. Labode individually and on behalf of Malcolm J. Mitchell; Royal Mitchell individually and on behalf of Mario Mitchell; Royal Mitchell; Tyrone Mitchell; Wayne T. Mitchell; Roy Mitchell, Jr.; Carol E. Molden; Carol E. Molden individually and on behalf of Rhonda S. Molden; Carol E. Molden individually and on behalf of Ronneka L. Molden; Beola Molden-Oliver; Nikendra T. Molere individually and on behalf of Jaylen M. Molere; Nikendra T. Molere; Evelyn Monroe; Mary Morris individually and on behalf of Donovan Montgomery; Mary Morris individually and on behalf of Tyler Montgomery; Mary Morris individually and on behalf of Wilbert Montgomery; Tammy K. Moore individually and on behalf of Brea Moore; Ceola Moore; Faye Moore; George Moore; Gerry W. Moore; Lafonda Moore individually and on behalf of Jada Moore; Tammy K. Moore individually and on behalf of Jalyn Moore; Lafonda Moore individually and on

behalf of Jermal Moore; Kenneth J. Moore; Lafonda Moore; Olevia Moore; Reginald Moore; Richard Moore; Ronnie C. Moore; Tammy K. Moore; Thomas Moore, Jr.; Tereska Morgan individually and on behalf of Caprice Morgan; Clara Morgan; Tereska Morgan individually and on behalf of Courtney Morgan; Craylon Parker individually and on behalf of Destiny Morgan; Eddie M. Morgan; Michael J. Morgan individually and on behalf of Jerlasa Morgan; Joseph Morgan; Marcus Morgan; Margery Morgan; Michael J. Morgan individually and on behalf of Megan Morgan; Michael J. Morgan; Pamela Morgan; Gregory A. Lewis individually and on behalf of Shanetria Morgan; Tessa M. Morgan individually and on behalf of Taquita Morgan; Tereska Morgan; Tessa M. Morgan; Eddie M. Morgan individually and on behalf of Marvin Morgan, Jr.; Mary Morris; Michael W. Morris; Myrtle Mosaby; Lorraine Kelly individually and on behalf of Angela Mosby; Stella Murphy; Mattye Myles; Anthony G. Nash; Aliska Nelson; Barry Nelson; Betty Nelson; Garatie Nelson; Claudette Netter; Ewell O. Netter; Rosa Netter; Ewell Netter, Jr.; Delores W. Newman individually and on behalf of Anthony Newman; Delores W. Newman; Delores W. Newman individually and on behalf of Erica Newman; Delores L. Nicholas; Leroy Nicholas; Yvonne Nicholas; Tammy O'Bear individually and on behalf of Gentil Nicholas Jr.; Earnest Northern; Janet Wright individually and on behalf of Lakeisha Nunn; Dionne O'Bear; Don O'Bear; Tammy O'Bear; Wade O'Bear; Wanda D. O'Bear; Della Odom; Robin C. Odom; Robin C. Odom individually and on behalf of Tiffani R. Odom; Valarie M. Ogonor individually and on behalf of Phelicia Ogonor; Valarie M.Ogonor on behalf of Phillys Ogonor; Valarie M. Ogonor; Alton J. Oliver, Sr. individually and on behalf of Holly Oliver; Jacqueline B. Oliver; James Oliver; Beola Oliver individually and on behalf of Joseph Oliver; Jacqueline B. Oliver individually and on behalf of Lloyd Oliver; Jacqueline B. Oliver individually and on behalf of Princeton R. Oliver; Shirley Oliver;Vera Oliver; Alton J. Oliver; Sr.; Odessa Walker individually and on behalf of Thaxter Overton; Donald Pack; Donald Pack individually and on behalf of Jasmine Pack; Olga A. Pack; Donald Pack individually and on behalf of Ryan Pack; Stephanie K. Simoneaux individually and on behalf of Kenneth C. Palmer; Corine Parker; Craylon Parker; Louis Parker; Monisha Parker; Louis Parker Sr.; Raymard M. Parker, Sr. Raymard M. Parker, Sr. individually and on behalf of Raymard M. Parker; Jr.; Raymard M. Parker; Sr.; Kristain Hertzock individually and on behalf of Asia Patnam; Stephanie Williams individually and on behalf of Chineshia Patterson; Jess Stovall individually and on behalf of Jonathan Patterson; Michelle Y. Bazille individually and on behalf of Quynekhia M. Patterson; David Paul; Archie Paul Jr.; Arlene Payne; Dedria Payne individually and on behalf of Brittany Payne; Dedria Payne; Henri Payne; Albert Payne, Jr. individually and on behalf of Jasmine Payne; Deidra Payne individually and on behalf of Jay'ara Payne; Deidra Payne individually and on behalf of Korey Payne; Marcus Payne; Ronald Payne; Albert Payne Jr.; Albert Payne Sr.; James Payton; Jennifer Payton; Shirley M. Payton individually and on behalf of Jessica Payton; Colette Perkins; Sherry Perkins individually and on behalf of Quinesha Perkins; Sherry Perkins; Sherry Perkins individually and on behalf of Steven Perkins; Quinesha L Perry; Barbara Perry; Elizabeth Douglas individually and on behalf of Antonio J. Phenix; Alphonse Phillips; Makelia Phillips individually and on behalf of Landon Phillips; Makelia Phillips individually and on behalf of La'ren Phillips; Makelia Phillips; Makelia Phillips individually and on behalf of Maya Phillips; Denise Claiborne individually and on behalf of Darin Picou; Denise Claiborne individually and on behalf of Devin Picou; Herbert Bynum individually and on behalf of Danielle Pierre; Lillian Pierre; Lillian Pierre individually and on behalf of Rakeesha Pierre; Lillian Pierre individually and on behalf of Teriyone Pierre; Cynthia Pinkey; Kaishia Pinkney; Terry Pinkney; Lester Pinkney Jr.; Lester Pinkney, Sr.; Pearl Pittman; Walter Pittman, Jr.;Alexis Plant; Linda Lollis individually and on behalf of Ashley Plant; Linda Lollis individually and on behalf of Keiosha Plant; Ahdola M. Polk; Subola M. Polk; Edmond Pollard, Jr.; Beverly B. Porch; Beverly B. Porch individually and on behalf of Kimberly Porch; Beverly B. Porch individually and on behalf of Larry J. Porch; Lashundra Porch; Oscar N. Porter individually and on behalf of Aaron L. Porter; Janelle I. Porter; Lawrence D. Porter; Mary Porter; Oscar N. Porter; Sherial L Porter; Hollis Powell, Sr. individually and on behalf of Delfontay J. Powell; Emma Powell; Tyrone Powell individually and on behalf of Jalyn Powell; Tyrone Powell individually and on behalf of Javin Powell; Tanya Powell individually and on behalf of Jeremy Powell; Joseph H. Powell; Emma Powell individually and on behalf of Joshua J. Powell; Hollis Powell, Sr. individually and on behalf of Nickolas J. Powell; Hollis Powell, Sr. individually and on behalf of Rae'quan J. Powell; Samantha Powell; Hollis Powell, Sr. individually and on behalf of Shaterica J. Powell; Timmy Powell individually and on behalf of Takiaya Powell; Tanya Powell; Timmy Powell; Tyrone Powell; Hollis Powell Sr. individually and on behalf of Hollis H. Powell Jr.; Hollis Powell Sr.; Aliska Nelson individually and on behalf of Mychal Preston; Pauline B. Price; Willie Prim Jr.; Hilda Pruitt; Dinah G. Purnell; Robert D. Purnell; Izell Pursley, Sr.; Kristain Hertzock individually and on behalf of Asia Putman; Brenda R. Smith individually and on behalf of Brandon Rachal; Arlene Spears individually and on behalf of Andrea Randall; Darrell Randall; Arlene Spears individually and on behalf of Justin Randall; Antone Raone; Nadia Lewis individually

and on behalf of Darrius Redditt; Angela R. Dowdy individually and on behalf of Courtenay Reece; Angela R. Dowdy individually and on behalf of Cy-Cherise Reed; Paula E. Reed individually and on behalf of Kieonna N. Reed; Paula E. Reed; Paulisha V. Reed; Angela R. Dowdy individually and on behalf of Tamikka Reed; Don O'Bear individually and on behalf of Destiney Reid; Barry T. Ricard; Blair D. Ricard; Carrie A. Ricard; Helen Y. Ricard; Paulette Ricard; Paulette Ricard individually and on behalf of Renika Ricard; Victor Ricard; Cynthia Richardson individually and on behalf of Theron Richardson; Cynthia Richardson individually and on behalf of Brittney Richardson; Sherman Fort individually and on behalf of Charmaine Richardson; Alton J. Oliver, Sr. individually and on behalf of Christopher Richardson; Cynthia Richardson; Desiree Richardson; Kaishea Pinkney individually and on behalf of Imari Richardson; Desiree Richardson individually and on behalf of Makalia Richardson; Mary Ann Richardson; Preselia Richardson; Desiree Richardson individually and on behalf of Talib Richardson; Willie Richardson; Cynthia Richardson individually and on behalf of Timothy Richardson II; Claiborne Brown individually and on behalf of Jasmine Ridley; Andre Riley, Sr.; Dionne Riley; Dionne Riley individually and on behalf of Jamarius Riley; Joseph Riley; Lakeisha Riley; Andre Riley, Sr. individually and on behalf of Andre Riley; Jr.; Earline Webb individually and on behalf of Keyeumbra Roach; Keshia Roberson; Jimmy J. Robert, Sr. individually and on behalf of Jimmy J. Robert Jr.; Jimmy J. Robert Sr.; Avis M. Roberts individually and on behalf of Anderson Roberts; Avis M Roberts; Erica Roberts; Avis M. Roberts individually and on behalf of Joshua Roberts; Dianne Robertson; Johnnie Robertson; Johnny W. Robertson; Mary Robertson; Wendy L. Robertson; Mary Robertson individually and on behalf of Johnny Robertson Jr; Pamela Robinson individually and on behalf of Joshua Robinson; Joyce B. Robinson; Jennifer Critney individually and on behalf of Jyrius Robinson; Leroy Robinson; Pamela Robinson; Patricia Rogers individually and on behalf of Alisha Rogers; Crystal Rogers; Darlene Rogers; Crystal Rogers individually and on behalf of Diamante Rogers; Eddie Rogers; Katherine M. Rogers individually and on behalf of Eric T. Rogers; Eva M. Rogers; Crystal Rogers individually and on behalf of Infiniti Rogers; Joseph Rogers; Katherine M. Rogers; Oliver Rogers; Patricia Rogers; Roosevelt Rogers; Leroy Rogers III; Leroy Rogers, Jr.; Wesley Rogers, Sr.; Katherine M. Rogers individually and on behalf of William Rogers; III; Linda D. Rome individually and on behalf of Courtney Rome; Linda D. Rome; Frederick A. Royal, Sr.; Barbara Ruffin; Barbara Ruffin individually and on behalf of Renaldo Ruffin; Barbara Ruffin individually and on behalf of Reuben Ruffin; Albert Ruggs; Eartha Ruggs individually and on behalf of Early Ruggs; Eartha Ruggs; Jackie Johnsen individually and on behalf of Alexis Ruth; Lena Ruth; Jackie Johnsen individually and on behalf of Titus Ruth; Evelyn Douglas individually and on behalf of Alicia R. Samuel; Cynthia Samuel; Cynthia Samuel individually and on behalf of Prestique Samuel; Preston L. Samuel; Calvin Anderson individually and on behalf of Joshua Sanders; Florida Scott; Sharon Scott; Stanley Scott; Wilmer Scott; Torrionda Seaberry individually and on behalf of Anquenette Seaberry; Torrionda Seaberry individually and on behalf of Cassie Seaberry; Torrionda Seaberry; Gladys Seals; Robert Seals; Cynthia Searcy; Shequana Searcy; Maxine Schofield; Adline Shankling; Wilbert Shankling; Danielle M. Sharper individually and on behalf of Bre'Anna Sharper; Danielle M. Sharper individually and on behalf of Brittni A. Sharper; Danielle M. Sharper; Thomas Sheppard; Charles Simmons, Jr. individually and on behalf of Chacity Simmons; Charles Simmons Jr. individually and on behalf of Cheanah Simmons; Charles Simmons, Jr. individually and on behalf of Chieke Simmons; Shirley Simmons individually and on behalf of Jonathan Simmons; Shirley Simmons; Yvette Simmons; Charles Simmons Jr.; Stephanie K. Simoneaux individually and on behalf of Briana A. Simoneaux; Stephanie K. Simoneaux individually and on behalf of Jenna K. Simoneaux; Stephanie K. Simoneaux; Joyce K. Simpson; Carolyn Singleton; Kerney Singleton; Mary Singleton; Mary Singleton individually and on behalf of Tiara Singleton; Tiwander Singleton; William Singleton; William Singleton; Jr.; Carla Smith individually and on behalf of Alex L. Smith; Alvin L. Smith; Carla Smith individually and on behalf of Brandon J. Smith; Brenda R Smith; Timmy Powell individually and on behalf of Canetria Smith; Carla Smith; Carolyn Smith; Elaine Smith; Elvina Smith; Ernestine Smith; Ja-Coby Smith; Jennifer D. Smith; Juliaette Smith; Linda A. Smith; Nova Smith; Rachelle Smith; Randy Smith; Virginia Smith; Welton Smith; Lawrence Smith, Sr.; John Smothers; Mary Smothers; Shelia Snearl individually and on behalf of Afton Snearl; Sheryl L. Snearl individually and on behalf of Andrea M. Snearl; Shelia Snearl individually and on behalf of Astrid Snearl; Devaris Snearl; Earline Snearl; Kervin Snearl; Shelia Snearl; Sheryl L. Snearl; Devaris Snearl individually and on behalf of Tamryn Snearl; Earline Snearl individually and on behalf of Tiffany Snearl; Tiffany J. Snearl; Albert L. Southern; Arlene Spears; Charles Spears; Arlene Spears individually and on behalf of Charleston Spears, Patrenia Spears individually and on behalf of Kelsey Spears; Patrenia Spears; Arlene Spears individually and on behalf of Zoie Spears; Patrenia Spears individually and on behalf of Perry Spears III; Africia Spradley; Ronald W. Spradley individually and on behalf of Bianca Spradley; Inez Clayton individually and on behalf of China Spradley; Gloria Spradley; Michell Spradley; Africia Spradley individually and on behalf of Doneshia

Spradley; Richard Spradley; Ronald W. Spradley; Theda L. Spradley; Karen Spriggs individually and on behalf of Cody D. Spriggs; Gail Spriggs; Geisha Spriggs; Karen Spriggs individually and on behalf of Jamil J. Spriggs; Karen Spriggs; Kennon Spriggs; Lisa W. Spriggs; Otis T. Spriggs; Gaynell Williams individually and on behalf of Natasha Spriggs; Carla Smith individually and on behalf of Corey Starks; Frank Louis, Sr. individually and on behalf of Rashunda Starwood; Shadrach Stephens; Shedrick Stephens; Rosla Stert; Gloria Brumfield individually and on behalf of Joseph Stevenson; Gloria Brumfield individually and on behalf of Taylor Stevenson; John Woods individually and on behalf of Caldrifa Stewart; Paula Y. Jordan individually and on behalf of Devine Stewart; Gladys A. Stewart; Loretta Stewart; John Woods individually and on behalf of Quande'sha Stewart; John Woods individually and on behalf of Raynesha Stewart; Dominic Stovall; Jess Stovall; David Stovall, Jr.; Joycelyn Strickland; Barbara Striggs; Benita Sylve individually and on behalf of Darnecia Sylve; Benita Sylve; Carol Tackno; Rubin Tackno III; Nikendra T. Molere individually and on behalf of Kayla D. Taylor; Nora Taylor; Stacy Taylor; Denia Thomas; Priscilla Thomas individually and on behalf of Deonte Thomas; Frances C. Thomas; Gregory Thomas; Kerry Thomas; Latoya Thomas; Priscilla Thomas individually and on behalf of Lauren Thomas; Priscilla Thomas; Priscilla Thomas individually and on behalf of Shandolyn Thomas; Yvonne S. Thomas; Sondra Williams individually and on behalf of Darylniece Tillman; Harriet Tillman; Paula Tillman; Sondra Williams individually and on behalf of Daryl Tillman; Jr.; Frances Tobias; Leonard Tobias individually and on behalf of Kevin Tobias; Leonard Tobias; Sylvester Toston; Constance Lafayette individually and on behalf of Marketa Triggs; Douglas Trimble; Donna R. Turner; Monica G. Turner individually and on behalf of Javaunda Turner; Joseph Turner; Kecert K. Turner; Monica G. Turner individually and on behalf of Ke'vaunda Turner; Linda D. Turner; Monica G. Turner; Monica G. Turner individually and on behalf of Shavaunda Turner; Tina Turner;Mary Valdez; Janet Vaughn; Janet Vaughn individually and on behalf of Luther Vaughn, IV; Maricha Veals; Roland Veals, Jr. individually and on behalf of Roland Veals, III; Roland Veals, Jr.; Roland Veals, Sr.; Kenneth Vessel individually and on behalf of Kayla Vessel; Kenneth Vessel individually and on behalf of Kelly Vessel; Kenneth Vessel individually and on behalf of Kendra Vessel; Kenneth Vessel individually and on behalf of Kenisha Vessel; Kenneth Vessel; Kenneth Vessel individually and on behalf of Kenyona Vessel; Sherman Vicks individually and on behalf of Corinthia Vicks; Sherman Vicks; Sherman Vicks individually and on behalf of Sherman Vicks; Virginia Critney; Tonya Wade; Clarence E Walker; Denise Walker; Dorothy Walker; Gloria Walker; Denise Walker individually and on behalf of Kenneth R Walker; Denise Walker individually and on behalf of Khaleisha C Walker; Odessa Walker; Para Walker; Yvonne M. Walker; Odessa Walker individually and on behalf of Melvin Walker, III; John Walker, Jr.; Kerry Wallace; Willie M. Wallace; Tracie Bridgewater individually and on behalf of Jevonce Warner; Antonio D. Washington; Sidney Washington, Jr. individually and on behalf of Brandon Washington; Diane Washington individually and on behalf of Crystal Washington; Sidney Washington, Jr. individually and on behalf of Dedrick Washington; Derrick D. Washington; Diane Washington; Jeannette Washington; Ernestine Collier individually and on behalf of Jefferson C. Washington; Maria B. Washington individually and on behalf of Justin W. Washington; Kedra Washington; Kenneth Washington, Sr. individually and on behalf of Kejuan Washington; Sidney Washington, Jr. individually and on behalf of Kirstain Washington; Kedra Washington individually and on behalf of LaTonya Washington; Maria B. Washington; Nichola Washington; Ollie M. Washington; Keith Washington, Sr. individually and on behalf of Rakim Washington; Tracie Bridgewater individually and on behalf of Travon Washington; Walter Washington; Sidney Washington, Jr. individually and on behalf of Sidney Washington, III; Keith Washington, Sr. individually and on behalf of Keith Washington, Jr.; Sidney Washington, Jr.; Kenneth Washington, Sr. individually and on behalf of Kenneth Washington, Jr.; Arthur Washington, Sr.; Keith Washington, Sr.; Kenneth Washington, Sr.; Lillie Washington; Kendrick Watkins; Shawadrick Watkins; Valencia Watkins; Wendy L. Robertson individually and on behalf of Letrois D. Watson, Jr.; Earline Webb; George Weber; Barbara A. Wesley individually and on behalf of Amber Wesley; Irene Wesley individually and on behalf of April Wesley; Barbara A. Wesley; Dana Wesley; Irene Wesley individually and on behalf of Danielle Wesley; Irene Wesley; Lola Wesley; Susan Wesley individually and on behalf of Mikea Wesley; Barbara A. Wesley individually and on behalf of Nedria Wesley; Susan Wesley; Calvin R. West; Ella L. West; Ella L. West individually and on behalf of Karsheener R. West; Milton W. West; Serena Weston; Betty Green individually and on behalf of Alicia White; Brian White; Connie White; Dorothy White; Brian White individually and on behalf of Kelsey White; Betty Green individually and on behalf of Marvin White; Ruth White; Stephanie G. White; Winifred R. Whitfield; Blane Williams; George Harris, Jr. individually and on behalf of Adrianne M. Williams; Alfred Williams; Ashley Williams; Bryan Williams; Raina Williams individually and on behalf of Bryce Williams; Gaynell Williams individually and on behalf of Bryan K. Williams; Raina Williams individually and on behalf of Caitlyn Williams; Charles Williams; Shimele Williams individually and on behalf of Chasity Williams;

Clarence Williams; Gwendolyn Williams individually and on behalf of Coranda F. Williams; Irene Wesley individually and on behalf of Deidra Williams; Gregory Thomas individually and on behalf of Dewann Williams; Gaynell Williams; Gerald J. Williams; Gerald L. Williams; Gernasha Williams; Gloria Williams; Gwendolyn Williams; Henry Williams; Herman Williams; Ingrid N. Williams; Janice Williams; Rosa Jones individually and on behalf of Jasmine Williams; Joyce T. Jones individually and on behalf of Joy R. Williams; Lorena Williams; Manuel Williams; Margaret O.Williams; Karen Spriggs individually and on behalf of Michael J. Williams; Stephanie Williams individually and on behalf of Myeka Williams; Joyce T. Jones individually and on behalf of Nathan E. Williams; Stephanie Williams individually and on behalf of Nyeshia Williams; Carolyn Jenkins individually and on behalf of Pauline N. Williams; Raina Williams; Regina Williams; Renicca Williams; Rhondalyn Williams; Rose Williams; George Harris, Jr. individually and on behalf of Shameka L. Williams; Shimele Williams; Sondra Williams; Stephanie Williams; Tieslia Williams; Tina Williams; Veronica Williams; Victor Williams; Raina Williams individually and on behalf of Walter Williams; Veronica Williams individually and on behalf of Sidney Williams, Jr.; Sidney Williams, Sr.; John W. Williams, Sr.; Mary Wilson individually and on behalf of Calla Wilson; Carmelita Wilson; Dietra Wilson individually and on behalf of Catyra Wilson;Coretta L. Wilson; Devetta P. Wilson; Dietra Wilson; Dorothy Wilson; Ethel Wilson; Carla W. Ceaser individually and on behalf of Jerome Wilson; Coretta L. Wilson individually and on behalf of Johnisha L. Wilson; Coretta L. Wilson individually and on behalf of Johnny L. Wilson; Dietra Wilson individually and on behalf of Marnique Wilson; Mary Wilson; Ruben Wilson; Sarah Wilson; Tammy Wilson; Mary Wilson individually and on behalf of Theron Wilson; Carmelita Wilson individually and on behalf of Theronlyn Wilson; Dietra Wilson individually and on behalf of Marlon L. Wilson, Jr.; Lashonda Windham individually and on behalf of Deamndre Windham; Gail Windham; Lashonda Windham; Shirley Wisham; Earline Witherspoon; Beatrice Woodfork; Janet Woodfork; Sandra Woodfork; Wilmer Woodfork; Betty S. Woods; Clarence C. Woods; Iona Woods; Jessie Woods; John Woods; Phyllis G. Woods; Betty S. Woods individually and on behalf of Sidney E. Woods; Betty S. Woods individually and on behalf of Stewart A. Woods; Vicki Woods; Victor Woods; Virado Woods; Janet Wright; Rita Wright; Ceola Young; Joseph Bunch individually and on behalf of Crystal Young; Dorothy Young individually and on behalf of Darkeithan Young; Dorothy Young on behalf of Derwinnea Young; Dorothy Young; Dorothy M. Young; Marlon Young; Mona L. Young; Mona Young individually and on behalf of Mykeisha Young; Selena Young; Dorothy Young individually and on behalf of Zhania Young; Mona Young individually and on behalf of Willie Young, Jr.; Gloria P. Zanders respectfully represent the following:

1.

Made defendants herein are:

(1)     Georgia Gulf Corporation, a foreign corporation doing business in the State of

        Louisiana, which may be served through its registered agent for service of process,

        Corporation Service Company, 320 Somerulos Street, Baton Rouge, Louisiana

        70802-6129; and

(2)     Geogia Gulf Chemicals and Vinyls, L.L.C., a foreign corporation doing business in

        the State of Louisiana, which may be served through its registered agent for service

        of process, Corporation Service Company, 320 Somerulos Street, Baton Rouge,

        Louisiana 70802-6129; and

2.

On or about May 11, 2001, a fire erupted in the Phenol Unit of the Georgia Gulf

Plaquemine, Louisiana facility.

3.

The fire caused the release of phenol, phenolic tar, cumene, cumyl phenol and other toxic, noxious, and hazardous chemicals from the Georgia Gulf Plaquemine facility. The released chemicals permeated the atmosphere adjacent and down wind of the Plaquemine facility and into the surrounding communities.

4.

Plaintiffs allege that the above mentioned chemicals are toxic, noxious, and hazardous substances and have been classified as such by the Environmental Protection Agency and the Louisiana Department of Environmental Quality. More importantly, these chemicals contain levels of toxicity which, following exposure, can cause eye irritation, throat irritation, coughing, skin irritation, mucous membrane irritation, upper respiratory tract problems, lung problems and other medical complications.

5.

Plaintiffs allege that the release of these chemicals caused an immediate hazard to the safety, health, and general well being of the general public surrounding the Georgia Gulf Plaquemine facility. Plaintiffs, who either lived in or were present in the area of the emissions, were exposed to these toxic, noxious and hazardous chemicals released from the Georgia Gulf Plaquemine facility.

6.

As a result of their exposures to the above mentioned toxic, noxious, and hazardous chemicals, the plaintiffs have suffered, and in the future may suffer, physical and mental injuries including but not limited to eye, skin, and throat irritations; liver damage; kidney damage; neurological damage; pulmonary damage; cytogenetic damage; organ disease; skin disorders; respiratory disorders; gastrointestinal problems; fatigue; headaches; muscle pain; confusion; weakness; appetite loss; emotional distress; mental depression; anxiety; and fear of damage to their future health, all as a result of these exposures to the above mentioned chemicals. As a result of their exposure to the above mentioned toxic, noxious, and hazardous chemicals, plaintiffs suffer the fear of contracting cancer and other diseases. Plaintiffs also have and will suffer from emotional distress, mental anguish, mental depression, anxiety, and other psychological and behavioral changes as a result of their exposures and/or fear of exposure to the above mentioned toxic, noxious, and hazardous chemicals and their well founded fear of contracting diseases.

7.

Plaintiffs also have and may suffer:

a.    Past, present, and future physical pain and suffering;

b.    Lost wages and impairment of wage earning capacity;

c.    Loss of enjoyment of life;

d.    Loss of consortium;

e.    Medical, hospital and pharmaceutical expenses;

f.    Fear and fright;

g.    Other damages to be proven at the trial of this matter.

8.

After the fire and release of the chemicals from the Georgia Gulf Plaquemine facility, a "shelter in place" was ordered and plaintiffs were instructed to stay in their homes to prevent exposure to the toxic, noxious, and hazardous chemicals released from the Georgia Gulf Plaquemine facility. As a result, plaintiffs suffered additional damages including inconvenience, aggravation and disruption of their daily schedules.

9.

The cause-in-fact of the damages herein sued upon was the negligence and misconduct of the defendants named herein which resulted in the injuries and damages the plaintiffs now suffer. The defendants are at fault in the following non-exclusive respects:

a.    Failing to maintain the plant and its related equipment in a safe, operational condition so as to prevent fire and the unauthorized releases of toxic, noxious, and hazardous chemicals;

b.    Failing to properly inspect, discover or repair damages or defects in the equipment used or operated at its plants;

c.    Failing to use proper workmanship in the maintenance of the equipment used or operated at the plant;

d.    Failing to properly screen, select, hire and/or train contractors, employees or other persons to perform services at its plant, who, due to their lack of skill and/or prudence, were incompetent to perform the activities expected of them;

e.    Failing to properly supervise and control employees, contractors, or other persons at the plant ;

f.    Failing to take adequate safety measures to prevent plaintiffs from being exposed to toxic, noxious, and hazardous chemicals;

g.    Failing to install proper monitoring devices at the perimeter of its plant;

h.     Failing to take proper precautionary measures in the manufacturing, handling, storage, and transporting of toxic, noxious, and hazardous chemicals including but not limited to phenol, phenolic tar, cumene and cumyl phenol;

i.     Failing to properly warn the plaintiffs of the chemical releases;

j.     Failing to timely and accurately provide the plaintiffs with information on the nature and characteristics of the chemicals which were released into the atmosphere from its plant;

k.     Failing to implement or enforce rules and regulations to prevent or respond to a fire and/or chemical release from its plant;

l.     Failing to properly contain or control the chemical releases once the fire occurred;

m.     Failing to exercise the degree of care commiserate with existing circumstances at the time of the unauthorized chemical releases;

n.     Failing to maintain proper mitigation systems in the case of fire and/or chemical release; and

o.     Any and all acts of negligence and/or misconduct which will be shown and/or demonstrated through discovery and/or proven at the trial of this matter.

10.

In addition to the above cited negligence, the actions of the defendants were in violation of applicable safety standards and statutes and its failure to follow these applicable standards and statutes constituted negligence per se.

11.

In addition to the negligence stated above, and in the alternative thereto, the injuries and damages suffered by plaintiffs were caused by the negligent acts or omissions of the defendants which acts or omissions may be beyond proof by the plaintiffs herein, but which were within the knowledge and control of the defendants, there being no other possible conclusion that the fire and subsequent release of chemicals resulted but for the negligence of the defendants. Furthermore, the fire and release of chemicals  would not have occurred had the defendants exercised the high degree of care imposed on it in the handling and storage of hazardous substances. Plaintiffs, therefore, plead the doctrine of *res ipsa loquitur.*

12.

Plaintiffs' causes of action arise out of the same facts and present the same legal and factual issues. Specifically, the cause of the fire and chemical release and the allegations of fault and liability are common issues to all of the plaintiffs' individual causes of action. As such, common issues are present and plaintiffs' individual causes of actions are properly cumulated pursuant to Louisiana Code of Civil Procedure Article 463.

Page 19 of  20

13.

Plaintiffs aver that the investigation of this matter is ongoing and that it may be necessary at a later date to seek leave of court to supplement and amend this petition for damages to include additional causes of action as well as additional parties.

14.

Pursuant to Louisiana Code of Civil Procedure Article 893, plaintiffs allege that each individual plaintiff's claim does not exceed $50,000.00.

WHEREFORE, petitioners pray that after due proceeding are had, there be judgment in favor of plaintiffs and against defendants, Georgia Gulf Corporation and Georgia Gulf Chemicals and Vinyls, L.L.C., for a sum reasonable in the premises together with legal interests thereon from the date of judicial demand, until paid, and for all costs of these proceedings.

Respectfully submitted,

Walter C. Dumas #5163
Patti Durio Hatch #22719
DUMAS & ASSOCIATES
1263 Government Street
Baton Rouge, LA 70821
Telephone: (504) 383-4701

Richard J. Arsenault #2563
John Randall Whaley #25930
NEBLETT, BEARD & ARSENAULT
Attorneys at Law
Post Office Box 1190
Alexandria, LA 71309-1190
Telephone: (318) 487-9874

BY: _____
WALTER C. DUMAS (#5163)

**PLEASE SERVE:**
Georgia Gulf Corporation
through its registered agent for service of process:
Corporation Service Company
320 Somerulos Street
Baton Rouge, Louisiana 70802-6129

Georgia Gulf Chemicals and Vinyls, L.L.C.
Through its registered agent for service of process:
Corporation Service Company
320 Somerulos Street
Baton Rouge, LA 70802-6129

FILED

2002 MAY 10  P 2: 12

DY CLERK - EXOFFICIAL
IBERVILLE, LOUISIANA

Page 20 of 20

Form: 0020

CITATION

ABRAM, BILL ET AL                    No. 60100057109    DIV: C

VERSUS                               18th Judicial District Court
                                     State of Louisiana
GEORGIA GULF CORPORATION             Parish of Iberville

The State of Louisiana and said Court to

GEORGIA GULF CORPORATION
320 SOMERULOS STREET
BATON ROUGE, LA 70802-6129

    You are hereby summoned either to comply with the demand contained in the

petition of the said BILL ABRAM, ET AL                              a copy

of which accompanies the citation, or deliver your answer to the said petition

in the office of the Clerk of said Court, held at the Court House at

Plaquemine, in said Parish, within 15 days after the service hereof under

penalty of default.

    Witness the Honorable Judges of said Court, this 10 day of    MAY

A.D. 2002

                                    s/Dorothy M. Young

                                    _____
                                    Deputy Clerk

--------------------------------------------------------------------

                        SERVICE INFORMATION

Received on the _____ day of _____ and on the ___ day of

_____ served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his

domicile in the parish, in the hands of _____
a person apparently over the age of sixteen years, living and residing in
said domicile and whose name and other facts connected with this service I
learned by interrogating the said person, said party herein being absent from
his residence at the time of said service.

RETURNED:

PARISH OF _____    the ___ day of _____

SERVICE    $ _____    By _____
                                   Deputy Sheriff
MILEAGE    $ _____

TOTAL      $ _____

                    [ File Copy ]

Form - 0020                    CITATION

| ABRAM, BILL, ET AL | No: 00000057402 | Div: |
| VERSUS | 18th Judicial District Court |
| | State of Louisiana |
| GEORGIA GULF CORPORATION | Parish of Iberville |

The State of Louisiana and said Court, to

GEORGIA GULF CHEMICALS & VINYLS, L.L.C.
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS: CORPORATION SERVICES
COMPANY, 320 SOMERULOS STREET
BATON ROUGE, LA 70802-6129

   You are hereby summoned either to comply with the demand contained in the
petition of the said BILL ABRAM, ET AL _____ copy
of which accompanies this citation, or deliver your answer to the said petition
in the office of the Clerk of said Court, held at the Court House in
Plaquemine, in said Parish within 15 days after the service hereof, under
penalty of default.

   Witness the Honorable Judges of said Court, this 10 day of MAY

A.D. 2002.

                              s/Deputy M. Young
                              Deputy Clerk

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                    SERVICE INFORMATION

Received on the _____ day of _____ and on the _____ day of
_____ served the above named party as follows:

PERSONAL SERVICE on the party herein named

DOMICILIARY SERVICE on the party herein named by leaving the same at his

domicile in the parish in the hands of _____
a person apparently over the age of fifteen years, living and residing in
said domicile and whose name and other facts connected with this service I
learned by interrogating the said person, said party herein being absent from
his residence at the time of said service.

RETURNED:

PARISH OF _____ this _____ day of _____

SERVICE  $ _____        By _____
MILEAGE  $ _____           Deputy Sheriff
TOTAL    $ _____

                    [ File Copy ]

Form: 0020

CITATION

ABRAM, BILL ET AL                    No.: 00000057102
                                     18th Judicial District Court
        VERSUS                       State of Louisiana
GEORGIA GULF CORPORATION             Parish of Iberville

The State of Louisiana and said Court to:

GEORGIA GULF CHEMICALS & VINYLS, L.L.C.
THROUGH ITS REGISTERED AGENT FOR SERVICE OF PROCESS, CORPORATION SERVICES
COMPANY, 320 SOMERULOS STREET
BATON ROUGE, LA 70802-6129

    You are hereby summoned either to comply with the demand contained in the
petition of the said BILL ABRAM, ET AL.                        a copy
of which accompanies the citation, or deliver your answer to the said petition
in the office of the Clerk of said Court, held at the Court House at
Plaquemine, in said Parish, within 15 days after the service hereof, under
penalty of default.

    Witness the Honorable Judges of said Court, this 10 day of    MAY
A.D. 2002.

                                     s/Dorothy M Young

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                         SERVICE INFORMATION

Received on the _13_ day of _May_ _02_ and on the _14_ day of
_May_ _02_ served the above named party as follows:
PERSONAL SERVICE on the party herein named _Cynt Robert_
DOMICILIARY SERVICE on the party herein named by leaving the same at his
domicile in the parish in the hands of
a person apparently over the age of sixteen years, living and residing in
said domicile and whose name and other facts connected with this service I
learned by interrogating the said person, said party herein being absent from
his residence at the time of said service.

RETURNED

PARISH OF                            this      day of

SERVICE    $                         By
                                        Deputy Sheriff
MILEAGE    $

TOTAL      $

                    [ Original Copy]

Form  0020

CITATION

ABRAM, BILL ET AL                    No. 0000005702      DIV. C

VERSUS                               18th Judicial District Court
GEORGIA GULF CORPORATION             State of Louisiana
                                     Parish of Iberville

The State of Louisiana and said Court to

GEORGIA GULF CORPORATION
320 SOMERULOS STREET
BATON ROUGE, LA  70802-6129

You are hereby summoned either to comply with the demand contained in the petition of the said BILL ABRAM, ET AL                    copy of which accompanies the citation, or deliver your answer to the said petition in the office of the Clerk of said Court, held at the Court House at Plaquemine, in said Parish, within 15 days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, this 10 day of MAY A.D. 2002

                                     s/Dorphy M. Young
                                     Deputy Clerk

SERVICE INFORMATION

Received on the 13 day of May 02 and on the 14 day of May 02 served the above named party as follows:

PERSONAL SERVICE on the party herein named Agent Robert

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish, in the hands of
a person apparently over the age of sixteen years, living and residing in said domicile and whose name and other facts connected with this service I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.

RETURNED:

PARISH OF                              this        day of

SERVICE    $

MILEAGE    $

TOTAL      $

[ Original Copy ]

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**BILL ABRAM, ET AL**                          CIVIL ACTION NO: _____

                      **Plaintiffs,**

**VERSUS**

**GEORGIA   GULF   CORPORATION,**
**GEORGIA GULF CHEMICALS**
**& VINYLS, L.L.C.**
                    **Defendants.**

## PROOF OF SERVICE

**W. BRETT MASON**, being duly sworn, does depose and say:

That he is the counsel for Georgia Gulf Corporation and Georgia Gulf Chemicals & Vinyls,

L.L.C. defendants herein; that on the _3_ day of June, 2002, after the Notice of Removal had been

filed with the above court, he mailed a copy of said Notice of Removal and attachments to the

following attorneys for plaintiffs by depositing same in the United States Mail, postage prepaid, and

properly addressed

TO:   Mr. Walter C. Dumas            Mr. Richard Arsenault
       DUMAS & ASSOCIATES       NEBLETT, BEARD & ARSENAULT
       1263 Government Street        Post Office Box 1190
       Baton   Rouge,   Louisiana      70821   Alexandria, Louisiana  71309-1190

Affiant further deposes and says that on the same day, immediately following the delivery

of the aforesaid papers, he had a copy of said Notice of Removal delivered by hand to the Clerk of

Court for the 18th Judicial District Court for the Parish of Iberville, State of Louisiana for filing, in

BR:421782.1

the matter entitled *Bill Abram, et al. v. Georgia Gulf Corporation, Georgia Gulf Chemicals and Vinyls, LLC,* bearing Suit Number 57,102, Division "C" on the docket of said court.

_____

W. BRETT MASON (#22511)

SWORN TO AND SUBSCRIBED BEFORE ME, Notary, this 3ʳᵈ day of June, 2002.

_____

NOTARY PUBLIC

BR:421782.1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**BILL ABRAM, ET AL**                              CIVIL ACTION NO: _____

           **Plaintiffs,**

**VERSUS**

**GEORGIA GULF CORPORATION,**
**GEORGIA GULF CHEMICALS**
**& VINYLS, L.L.C.**
           **Defendants.**

## NOTICE TO ADVERSE PARTIES

TO:   Mr. Walter Dumas              Mr. Richard J. Arsenault
       DUMAS & ASSOCIATES       NEBLETT, BEARD & ARSENAULT
       1263 Government Street         Post Office Box 1190
       Baton Rouge, LA 70821        Alexandria, LA 71309-1190

YOU ARE HEREBY NOTIFIED that this on this  3  day of June, 2002, defendants

GEORGIA GULF CORPORATION and GEORGIA GULF CHEMICALS & VINYLS, L.L.C.

have filed the attached Notice of Removal together with other attached documents with the Clerk

of Court, Middle District of Louisiana, 777 Florida Street, Suite 139, Baton Rouge, Louisiana

70801, and a copy of said Notice of Removal has this date also been filed with the Clerk of Court

for the 18th Judicial District Court, Parish of Iberville, State of Louisiana.

    This Notice is filed pursuant to 28 U.S.C. §1446(d) to effect the removal of this action

from this Court to the aforesaid United States District Court.

    All of which is most respectfully submitted.

BR:421782.1

By Attorneys:

**BREAZEALE, SACHSE & WILSON, L.L.P.**

_____
Emile C. Rolfs, III (#11431)
Luis A. Leitzelar (#20927)
R. Charles Ellis (#20800)
W. Brett Mason (#22511)
P.O. Box 3197
One American Place, 23rd Floor
Baton Rouge, Louisiana 70821-3197
Telephone: (225) 387-4000
Telecopier:  (225) 376-5619


F. Barry Marionneaux (#09277)
F. Charles Marionneaux (#18320)
MARIONNEAUX & MARIONNEAUX
23615 Railroad Avenue
Plaquemine, LA 70764
Telephone: (225) 687-6884
Facsimile: (225) 687-6886

**ATTORNEYS FOR GEORGIA GULF
CORPORATION and GEORGIA GULF CHEMICALS
& VINYLS, L.L.C.**

BR:421782.1

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

BILL ABRAM, ET AL                    CIVIL ACTION NO: _____

               Plaintiffs,

VERSUS

GEORGIA GULF CORPORATION,
GEORGIA GULF CHEMICALS
& VINYLS, L.L.C.
               Defendants.

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing Notice of Removal was this day hand delivered and/or mailed; postage prepaid and properly addressed to Mr. Walter C. Dumas, DUMAS & ASSOCIATES, 1263 Government Street, Baton Rouge, Louisiana 70821 and Mr. Richard J. Arsenault, NEBLETT, BEARD & ARSENAULT, Post Office Box 1190, Alexandria, Louisiana 71309-1190.

Baton Rouge, Louisiana, this ___3___ day of June, 2002

                                 _____
                                 W. BRETT MASON (#22511)